# EXHIBIT A

# CIGmall.Net

**Cheap & Discount Cigarettes !!!**

Cheap cigarettes



Generic Medicines from $1.67

### Choose cigarettes

- **555 State Express**
- **Alliance**
- **American Spirit**
- **Bailey's**
- **Barclay**
- **Basic**
- **Benson & Hedges**
- **Berley**
- **Bond**
- **Boss**
- **Bracar**
- **Bronco**
- **Cambridge**
- **Camel**
- **Capri**
- **Carlton**
- **Carnival**
- **Chesterfield**
- **Craven A**
- **Dallas**
- **Davidoff**
- **Delta**
- **Desert Sun**
- **Doral**
- **DU Maurier**
- **Dunhill**
- **Epique**
- **Esse**
- **Eve**
- **Gauloises**
- **Gitanes**
- **Gold Coast**
- **GPC**
- **Grand Prix**
- **GT One**
- **Karelia**

◆ **Home** ◆ **Info** ◆ **FAQ** ◆ **Shopping cart**

Welcome to CIGmall.Net!! Only here you can order premium tobacco products at the best prices on the Internet.

**Purchase Reporting? NO!     All 50 states? YES!**

We offer fresh cigarettes online with many brands to buy online. You can purchase your favorite brands of cigarettes at the lowest price and save money and time by ordering online and receiving your first class cheap cigarettes right at your door.

### L&M LIGHTS BOX




$9.00

Price per 200 cigarettes, 1-carton

### Lucky Strike





$12.10

Price per 200 cigarettes, 1-carton

### CAMEL FILTERS BOX




$12.80

Price per 200 cigarettes, 1-carton

### MARLBORO RED BOX




$12.70

Price per 200 cigarettes, 1-carton

CIGmall.Net provides you with the most cheapest cigarettes on the market, including cigarettes like Marlboro, Camel, Winston, Dunhill, Mild Seven, Rothmans, Salem, Pall Mall, Parliament, L&M, Monte Carlo, Bond, and many other fine, fresh and good quality discount cigarettes brands. Don't hesitate, order now and try the best online cigarettes!

## Buy cheap cigarette online

**WARNING: You must be at least 21 years old to shop at CIGmall.Net**

 **News**

**3.27.2005**
Smokers could finance teacher raise package

**9.30.2004**
Smokers reap big savings buying cigarettes online RETAIL:American Indians can offer good deals because of tax-free sales, but many groups are trying to stop it.

**6.27.2004**
Starting Monday, cigarettes sold in New York state will be safer. The state is now requiring all cigarettes to be of low ignition strength. Officials said they will be less likely to cause a fire if you accidentally leave one unattended

- Kent
- Kentucky's Best
- Kool
- L&M
- Lark
- Liggett Select
- Lucky Strike
- Magna
- Malibu
- Marathon
- Marlboro
- Matinee
- Maverick
- Max
- Merit
- Mild Seven
- Misty
- Montclair
- Monte Carlo
- More
- Multifilter
- Muratti
- Newport
- Next
- Now
- Old Gold
- Pall Mall
- Parliament
- Peter I
- Philip Morris
- Player
- Player Canadian
- President
- Pyramid
- Quest
- R1
- Rave
- Rothmans
- Russian Style
- Salem
- Samurai

**4.06.2004**

British American Tobacco (BAT) has been conducting trials on new cigarettes that would be laced with flavors like chocolate, wine, sherry, tea, cocoa, cherry juice, corn syrup, vanilla, and maple syrup, the Independent reported June 3.

**5.11.2004**

For many Russians and foreigners alike, cheap cigarettes are one of the main comforts of living in Russia. Not only are cigarettes themselves cheaper (due to lower production costs), but taxes on them are also among the lowest in the world — Russia even beats Ukraine in that category.

- **Saratoga**
- **Satin**
- **Shield**
- **Silver**
- **Sobranie**
- **Sonoma**
- **Sovereign**
- **Style**
- **Tahoe**
- **Tareyton**
- **True**
- **Tucson**
- **USA**
- **USA Gold**
- **Vantage**
- **Viceroy**
- **Virginia Slims**
- **Vogue**
- **Wave**
- **West**
- **Winston**

 **Tobacco facts**

- **Nicotine**
- **Why is tobacco so addictive?**
- **What is in Cigarettes?**

 **Funny smoking**



 

⋄ **Contact us**   ⋄ **Partners**

© CIGmall.Net

# CIGmall.Net

cigarettes

**Cheap & Discount Cigarettes !!!**



**Generic Medicines** from *$1.67*

**Choose cigarettes**

◆ Home  ◆ Info  ◆ FAQ  ◆ Shopping cart

- **555 State Express**
- **Alliance**
- **American Spirit**
- **Bailey's**
- **Barclay**
- **Basic**
- **Benson & Hedges**
- **Berley**
- **Bond**
- **Boss**
- **Bracar**
- **Bronco**
- **Cambridge**
- **Camel**
- **Capri**
- **Carlton**
- **Carnival**
- **Chesterfield**
- **Craven A**
- **Dallas**
- **Davidoff**
- **Delta**
- **Desert Sun**
- **Doral**
- **DU Maurier**
- **Dunhill**
- **Epique**
- **Esse**
- **Eve**
- **Gauloises**
- **Gitanes**
- **Gold Coast**
- **GPC**
- **Grand Prix**
- **GT One**
- **Karelia**

## Shipping Times and Costs:

| Manufactured in | Countries | Shipping Times | Shipping Costs |
|---|---|---|---|
| Ukraine | USA | 9-18 days | $ 5.95 / 1 carton |
| Russia | USA | 11-20 days | $ 5.95 / 1 carton |
| USA | USA | 3-6 working days | $ 6.95 / 1 carton |

## What kind of information do we collect from you?

Our primary goal in collecting personal information is to provide our visitors and customers with a superior customized online experience. When you browse and shop on our site, we collect two types of information about our visitors: personal information and non-personally identifiable information.

## Personal Information

Personal information is requested when you place an order. We need to know your name, billing address, shipping address, telephone number, E-mail address, and product details to process your order and to notify you of your order status

## Non-Personally Identifiable Information

This refers to information that do not identify a specific individual itself. The information of this kind may include the URL you came from, IP address, domain types (e.g. .com or .org, etc.), your browser type, the country, state and telephone area code where your server is located, the pages of our site that were viewed during a visit, the advertisements you clicked. We use this information for enhancing the operation of our site, serving advertisements, for statistical purposes and to administer our systems.

## How do we use the information we collect?

We do not sell or rent your personal information to others. The information provided to us as a result of your online purchase such as your gender, name, E-mail address, phone number(s) and shipping address is used only to send orders, to inform you of your order status and send our company newsletter and promotional information. This information is completely confidential and will not be disclosed or sold to any other party. We may also use non-personally identifiable information about our web site visitors such as URL you came from, IP address, domain types, your browser type, the country, the pages of our site that were viewed during a visit, the advertisements you clicked. We use this information for enhancing the operation of our site, serving advertisements, for statistical purposes and to administer our systems

## Secure Ordering

Our web-site was developed to support secure online purchasing through secure socket layer (SSL) technology. All information that you provide during the shopping process is encrypted for your protection. You'll know that you're in an encrypted area when you see a solid key when using Netscape Navigator or a closed lock when using Internet Explorer. When you place your order online, your personal information will be encrypted and transmitted via a secured connection to be processed by our authorized online retailer only - a worldwide credit card processing company which serves more than 3000 online stores. The Secure Transaction System provides 128 bit encryption to ensure safe transmission of your credit card details through the checkout process. Your credit card details are not available for us and used only to process your order online.

## Links

9/12/2007 4:28 PM

- **Kent**
- **Kentucky's Best**
- **Kool**
- **L&M**
- **Lark**
- **Liggett Select**
- **Lucky Strike**
- **Magna**
- **Malibu**
- **Marathon**
- **Marlboro**
- **Matinee**
- **Maverick**
- **Max**
- **Merit**
- **Mild Seven**
- **Misty**
- **Montclair**
- **Monte Carlo**
- **More**
- **Multifilter**
- **Muratti**
- **Newport**
- **Next**
- **Now**
- **Old Gold**
- **Pall Mall**
- **Parliament**
- **Peter I**
- **Philip Morris**
- **Player**
- **Player Canadian**
- **President**
- **Pyramid**
- **Quest**
- **R1**
- **Rave**
- **Rothmans**
- **Russian Style**
- **Salem**
- **Samurai**

Our web site may contain links to other sites. Please be aware that we are not responsible for the privacy practices of other sites. We encourage our customers to be aware when they leave our site and to read the privacy statements of each and every web site that collects personally identifiable information. This privacy statement applies solely to information collected by CIGmall.Net site

## Cookies

We do not use cookies in the operation of our site at the moment

## Questions and comments

CIGmall.Net welcomes your questions and comments concerning privacy. Please send E-mail to support@cigmall.net

## Privacy Policy changes

If we will make changes to any terms or conditions of the Privacy Policy, the changes will be posted in this document so that you will always know what information we gather and how we might use it. If at any point we decide to use the information in a manner different from that stated at the time it was collected, we will notify you by E-mail. You will have a choice as to whether or not we may use your information in this different manner. We will use information in accordance with the Privacy Policy under which the information was collected.

- **Saratoga**
- **Satin**
- **Shield**
- **Silver**
- **Sobranie**
- **Sonoma**
- **Sovereign**
- **Style**
- **Tahoe**
- **Tareyton**
- **True**
- **Tucson**
- **USA**
- **USA Gold**
- **Vantage**
- **Viceroy**
- **Virginia Slims**
- **Vogue**
- **Wave**
- **West**
- **Winston**

 **Tobacco facts**

- **Nicotine**
- **Why is tobacco so addictive?**
- **What is in Cigarettes?**

 **Funny smoking**

 

⬦ **Contact us**  ⬦ **Partners**

© **CIGmall.Net**

# CIGmall.Net

cigarettes

**Cheap & Discount Cigarettes !!!**


**Generic Medicines** from $1.67



**Choose cigarettes**

◇ **Home** ◇ **Info** ◇ **FAQ** ◇ **Shopping cart**

- **555 State Express**
- **Alliance**
- **American Spirit**
- **Bailey's**
- **Barclay**
- **Basic**
- **Benson & Hedges**
- **Berley**
- **Bond**
- **Boss**
- **Bracar**
- **Bronco**
- **Cambridge**
- **Camel**
- **Capri**
- **Carlton**
- **Carnival**
- **Chesterfield**
- **Craven A**
- **Dallas**
- **Davidoff**
- **Delta**
- **Desert Sun**
- **Doral**
- **DU Maurier**
- **Dunhill**
- **Epique**
- **Esse**
- **Eve**
- **Gauloises**
- **Gitanes**
- **Gold Coast**
- **GPC**
- **Grand Prix**
- **GT One**
- **Karelia**

1. Making order
2. About our products
3. Delivery
4. Legality
5. Customs
6. Guarantee
7. Non-disclosure
8. Payments

## Making order

### How can I make an order?

Since www.CIGmall.net is an online store you can place your order online paying by credit card or check.

On the Menu page you will find all the available brands. Select a brand and click on it. This will take you to the selected brand family page. Then click on the flavor of your choice. It will be automatically added to your shopping cart. If you want to buy more than one brand or style just select another brand from the "Chose your cigarettes" column and repeat the process. When you are done click "Go To Secure Checkout". You will be taken to Secure Server and you should fill in all the required fields. After that click "Purchase". At this point you will have to proceed with your payment. Your payment will be processed in US Dollars, through a highly secured server designed to keep your identity and payment details private. After you complete ALL STEPS, your order is considered placed.

### Is there a maximum order?

No. The quantity of cigarettes that can be purchased at CIGmall.Net is left to the discretion of customers who must be aware of the laws in force in their country and the sanctions they may incur.

ATTENTION! First time customers are allowed to order not more than 12 cartons. First time customers who want to order a quantity of cigarettes larger than 12 cartons should send us the following documents:

a photocopy of the physical credit card front & back (only the first four and the last four digits of the credit card number to be seen) a written statement and signature from the cardholder declaring the order is legitimate Please send the required docs to support@cigmall.net Thank you. Please don't forget to quote you order number and your full name in the email message!

### How can I find out my order status?

After you've placed your order at CIGmall.Net you will be automatically notified by E-mail when we approve and ship your order. Please, notice that we do not ship orders within 24 hours to give you a possibility to change or update your postal address and / or the order items. In such cases you must immediately send us an e-mail with your changes. Please enclose your order number when writing about changes in your order.

[top]

## About our products

### Are the cigarettes sold at CIGmall.Net first choice?

The cigarettes sold at CIGmall.Net are of the highest quality available on the market. We sell brands made in Ukraine, Russia and USA.

### Do you sell other brands of cigarettes?

Not currently. The only brands we sell are shown on the Home page.

- **Kent**
- **Kentucky's Best**
- **Kool**
- **L&M**
- **Lark**
- **Liggett Select**
- **Lucky Strike**
- **Magna**
- **Malibu**
- **Marathon**
- **Marlboro**
- **Matinee**
- **Maverick**
- **Max**
- **Merit**
- **Mild Seven**
- **Misty**
- **Montclair**
- **Monte Carlo**
- **More**
- **Multifilter**
- **Muratti**
- **Newport**
- **Next**
- **Now**
- **Old Gold**
- **Pall Mall**
- **Parliament**
- **Peter I**
- **Philip Morris**
- **Player**
- **Player Canadian**
- **President**
- **Pyramid**
- **Quest**
- **R1**
- **Rave**
- **Rothmans**
- **Russian Style**
- **Salem**
- **Samurai**

## Is there any difference between the white filter and the brown filter Marlboro Lights?

Yes. The first are made to match the taste of American smokers while the second are suited to European tastes. Philip Morris does not provide any other information on this matter. According to smokers (and suggestions), the "white filters" may be slightly stronger. There is only one way to find out. Try them!

## Will you be offering other brands in the future?

Yes. The number and type of available brands may change in time.

[top]

# Delivery

## What countries do you deliver to?

We deliver to USA only.

## How long does the delivery take?

Delivery times are 9-18 days for cigarettes made in Ukraine, 11-20 days for cigarettes made in Russia and 3-6 working days for USA made ones.

## What are your delivery rates?

Delivery rate is $5.95/carton for European (Ukraine, Russia) made cigarettes and $6.95 for Usa made cigarettes.

## Are the mailing times shown on site guaranteed?

No. Air Mail delivery can be affected by mailing problems in the destination US state. But we meet mailing problems so rare that no statistics can be made out of this.

## If I place an order on Saturday, when my order will be sent?

When we receive orders we guarantee to ship them in 2 working days (usually it takes not more than 36 hours). Orders placed on Thursdays are processed on Fridays and shipped on Mondays. Orders placed on Fridays, Saturdays and Public Holidays are processed on the first working day after reception and shipped on the second day. The day and time when your order was packed and shipped you'll receive by special e-mail. Please, notice that we do not ship orders within 24 hours to give you a possibility to change or update your postal address and/or the order items. In such cases you must immediately send us an e-mail with your changes . Please don't forget to quote your order number when writing about changes in your order.

## I bought twelve (6 and 6) cartons of cigarettes one week ago and I have received only one parcel of 6 cartons. Is that normal?

Yes. The cartons are shipped in parcels (one parcel contains not more than 6 cartons for King Size and 8 cartons for Slims) within 2 days but in rare cases they reach destination together. The time between the first and the last parcel delivery is in average 5 to 10 days for the United States.

## Do you deliver by any couriers? (e.g.: DHL, UPS, TNT, etc.)

No. We work with the European AirMail only.

## Can I track my order?

No, as the parcels are sent by AirMail there are no trackings.

[top]

# Legality

## Is it legal to resell cigarettes ordered from CIGmall.Net ?

No. This is against the law in any country of the world.

## Is it illegal to order a large quantity of cigarettes, for example, 50 cartons?

The quantity of cigarettes that can be purchased at CIGmall.Net is left to the discretion of customers who must be aware of the laws in force in their country and the sanctions they may incur if their intention is to resell "duty free" cigarettes. It is the responsibility of the Buyer to ascertain and comply with the laws relating to the purchase and use of any tobacco goods. In order to determine the applicable limits on purchases or taxing responsibilities, if any, imposed

- Saratoga
- Satin
- Shield
- Silver
- Sobranie
- Sonoma
- Sovereign
- Style
- Tahoe
- Tareyton
- True
- Tucson
- USA
- USA Gold
- Vantage
- Viceroy
- Virginia Slims
- Vogue
- Wave
- West
- Winston

 **Tobacco facts**

- **Nicotine**
- **Why is tobacco so addictive?**
- **What is in Cigarettes?**

 **Funny smoking**



 

by your particular state, the consumer may want to contact their state authorities.

[top]

## Customs

**Do you guarantee that no duty will be paid worldwide?**
We cannot guarantee that no tax will be paid worldwide because some countries may occasionally apply the international postal regulations and standards. In the USA, parcels containing 200 cigarettes are exempted from taxes.

[top]

## Guarantee

**Will I get my money back or have the goods replaced if the parcel is lost, stolen or damaged?**
CIGmall.Net offers a 100% money back guarantee covering the price of the cigarettes and shipping costs if, for any reason, the purchase is not deemed satisfactory.

**Can I withdraw the order placed with your online store?**
You can withdraw your order within 24 hours of its placement.

[top]

## Non-disclosure

**Does CIGmall.Net use personal data of customers (mailing address, e-mail address, etc.) for advertising campaigns or other promotional activities?**
We do not sell or rent your personal information to others. The information provided to us as a result of your online purchase, such as your name, E-mail address, phone number(s) and point of delivery or forwarding address are only used for shipping.

**Does CIGmall.Net have a database containing the customer's credit card details?**
No. Your personal information will be encrypted and transmitted via secure.

**Does CIGmall.Net store information on who bought cigarettes online on files?**
No, we don't store this information.

[top]

## Payments

**What payment methods do you accept?**
We accept Credit Cards (Visa only) and eChecks.

**Can I pay by postal order or money order?**
No. Unfortunately we accept credit cards and eChecks only.

**Can I place an order by telephone or Fax?**
No. You can place your order online only.

**How to pay by check?**
Payment by check is a processing service that allows customers to pay for cigarettes over the Internet by check without the need to mail a check. To pay by check please follow the below steps: Get your checkbook. Pull out the next valid check. Copy all information from that check to the last checkout form. Press the "Complete Purchase" button on the last checkout form and wait for the confirmation screen. Write void on your check and keep it with your printed receipt. Make sure to record an entry in your check register for the amount of this check and the check number. You will see this transaction in your monthly bank statement soon.

**What is your Chargeback policy?**

We will not tolerate credit card chargebacks and any customer attempting or threatening to do this will be immediately barred from making any future purchases on this website as well as having their card blacklisted among processors. If there is a problem we will always seek a solution resulting in either a refund or a reship in line with our structured reship and refund procedure.

**[top]**

◇ **Contact us**  ◇ **Partners**

© **CIGmall.Net**

# CIGmall.Net



*cigarettes*

**Cheap & Discount Cigarettes !!!**



**Generic Medicines from $1.67**

    ◆ **Home** ◆ **Info** ◆ **FAQ** ◆ **Shopping cart**    

**Choose cigarettes**

- **555 State Express**
- **Alliance**
- **American Spirit**
- **Bailey's**
- **Barclay**
- **Basic**
- **Benson & Hedges**
- **Berley**
- **Bond**
- **Boss**
- **Bracar**
- **Bronco**
- **Cambridge**
- **Camel**
- **Capri**
- **Carlton**
- **Carnival**
- **Chesterfield**
- **Craven A**
- **Dallas**
- **Davidoff**
- **Delta**
- **Desert Sun**
- **Doral**
- **DU Maurier**
- **Dunhill**
- **Epique**
- **Esse**
- **Eve**
- **Gauloises**
- **Gitanes**
- **Gold Coast**

Discount Cigarettes Tax free cheap cigarette store offers Marlboro cigarettes from $13-70 from Russia!

Cheap Cigarettes online Cheap cigarettes from Western Europe!

The Cheap Cigarettes One of the largest cigarette European online saler

Generic pharmacy online - #1 source of generic medications.

**Cheap cigarettes online** 2-Cheap-Cigarettes.Com offers online discount cigarettes.

salem cigarettes

Cheap cigarettes online, cheap smokes Cigarettes4smokes.com sales fresh, cheap and high quality tax free discount cigarettes online !

Cheap cigarettes, discount Cigars EAGLE CIGS.com - tax free discount cigarettes online from RUSSIA, Cuban Cigars!

Cigars online Original Cuban Cigars!

Cheap cigarettes Cheap Cigarettes Store offers cheapest cigarettes online. All premium cigarette brands.

Cigarettes shop online - buy cheap discount marlboro, camel cigarettes with tax and duty free

This site designated to provide people over the world a big selection of carefully chosen quality and cheap cigarette.

Romeo Y Julieta cigars Churchills - Romeo Y Julieta cuban cigars Churchills

Discount perfume online

Get discount perfume here!

cheap cigarettes online

#### #1 Cheapest cigarette store

Cheap cigars online, discount Cigars store Cigars shop CheapSmokingCigars.com - buy cheap and discount cuban cigars online!

Online cuban cigars Buy authentic Cuban cigars online at My-Cuban-Cigars.Com!

cuban cigars store - Original Cuban cigars!

Buy cigarettes online, online cigarettes Discount cigarettes online store

Smokers-Mall - The Place To Buy Cheap Cigarettes Online At Smokers-Mall.com You can buy World"s Well Known Brands and pay the cheapest price for them.

Cheap discount cigarettes Providing Discount Cheap Cigarettes Online from Indonesia.

Cheap cigars Original Cuban cigars online at Cheap Cigars Sale! Free shipping.

Cheap Cigarettes, cheap tobacco store Cigarettes online store, provide discount cigarettes.

Cheap discount cigarettes Our store sales fresh, cheap and high quality discount cigarettes online !

Cheap cigs online Cigs from Europe

Cheap smokes 4-smokes offers cheap smokes

Nicotinefix.us Cheap Cigarettes Online - Discount Cigarettes Cheap

Generic Pharmacy Online - Generics-RX.com - Buy generic Viagra, Levitra, Cialis online.

Generic drugs buy online - Gold-RX.com offers cheap generic pills online. No prescription. Free and fast shipping.

Generic Pharmacy - Generic-RX.net offers generic pills online. No prescription. Free shipping.

Generic propecia - V-Med-Online.Com - Generic Propecia and Male Pattern Hair Loss.

Generic drugs - Generic Drugs Online. Cheap Drugs.

Side effects of Viagra? - At Viagra how to .com, you can find all about Viagra. What are the side effects of Viagra?

Generic viagra pills - Rx-Line.Com Indian based pharmacy offers cheap generic pills online. No prescription. Fast shipping. Viagra, Propecia, Cialis etc.

**Hairy pussy? It"s not what you think...**

midwest gift world - over 3,000 gift ideas! - online gift shop with up to 40% off on great gift ideas for any occasion or holiday! exclusives, novelties, and collectibles at fantastic low prices! fundraisers and wholesale pricing available.

Online cuban cigars shop - Home of tax free and duty free Cuban cigars.

Discount Cigars Humidors "The premier cigar website; BestCigarPrices.com purchases only the major brand cigars and cigar accessories including, Cuban cigars, cigar humidors and cigar lighters.

Hookahs and Flavored Tobacco SouthSmoke.com is a leader in providing high quality hookahs for your smoking pleasure. We are your #1 source for Hookahs, Water Pipes, and Flavored Tobacco, offering the lowest prices available anywhere.

Benson & Hedges - Your ultimate source to find cigarettes at discount prices. Order our Benson and Hedges,

- **GPC**
- **Grand Prix**
- **GT One**
- **Karelia**
- **Kent**
- **Kentucky's Best**
- **Kool**
- **L&M**
- **Lark**
- **Liggett Select**
- **Lucky Strike**
- **Magna**
- **Malibu**
- **Marathon**
- **Marlboro**
- **Matinee**
- **Maverick**
- **Max**
- **Merit**
- **Miid Seven**
- **Misty**
- **Montclair**
- **Monte Carlo**
- **More**
- **Multifilter**
- **Muratti**
- **Newport**
- **Next**
- **Now**
- **Old Gold**
- **Pall Mall**
- **Parliament**
- **Peter I**
- **Philip Morris**
- **Player**
- **Player Canadian**
- **President**
- **Pyramid**

Agriniou & Arista, Assos International flip top cigarettes online.

Free Link Exchange directory at LinkExchanged.com - Exchange links with multiple websites.

Elib directory: A specialist directory of websites with information on shopping centres and shopping online.

HappySmokeShack.com - The best legal herbal buds online! Rolling papers, herb grinders, mood enhancement pills and much more!

Want big boobs? Doctors guide to implants - a resource for women who take their breasts seriously

Prepaid Phone Cards Phone Cards 4 You shows you where to find cheap international and domestic phone cards.

Free Direct TV systems (receivers & dish) Direct TV 4 you shows you where you can get up to 4 free Direct Tv receivers and a free Direct TV dish.

Prepaid Calling Cards Calling Cards 4 You shows you where you can buy cheap domestic and international phone cards online.

Discount Long Distance Phone Service Rates Discount Long Distance 4 you shows you where you can get cheap long distance phone service rates, so you can stop paying outrageous long distance prices

Mexican Pharmacy Saven when buying your prescription drugs. Buy at our mexican pharmacy and save!

Lord-of-the-rings.org - Devoted to Tolkien books and the movies, allows to build a personal fan page. Chat rooms and forum for The Lord of the Rings fans available.

AmbuStat Air Ambulance - Nationally recognized air ambulance company, specializing in transferring patients within the United States.

Total Travel Insurance Travel Insurance - Quotes from every major travel insurance company. Over 50 plans compared, easy to buy online from Total Travel Insurance.

cigarette, cigarettes, cheap cigarettes, discount cigarettes, cheap smokes, cheap cigs, cigars, tobacco, tobacco products, marlboro, camel, menthol, kool, winston, smokeless, smokes, smoking, marathon, cheap, discount, tax free cigarettes, premium, generic, brand name, cigarettes online

Discount Cigarettes Tax free cheap cigarette store offers Marlboro cigarettes from $13-70 from Russia!

Updated Miami Bars and Dance Clubs - Nightlife Guide

Discount cigars shop cigar humidor cigar lighter Online cigars retailer Discount cigars,cigar humidor,cigar lighter and online cigar retailer at cigars-now

Home Security Burglar Alarm Systems Information on home security

Cigar Humidors from Tampa Humidor Tampa Humidor is the leader in providing quality cigar humidors, smoking accessories, and cigars at unbelievable prices.

Cheap Web Hosting Domain Hosting Powerhoster provides the cheapest, affordable, discount Budget web hosting, home based business opportunity Chance.

All-Directory and this site is listed under Tobacco
All-List Directory and this site is listed under Tobacco
Application Directory and this site is listed under E-commerce
Company-List Business Directory and this site is listed under Shopping & Retail
Computer Directory and this site is listed under Electronic Commerce
Dating Directory and this site is listed under Miscellaneous
Web Directory by EZList and this site is listed under Tobacco
Finance Directory and this site is listed under Commercial Loans
Online Directory by Guide-Pro and this site is listed under Tobacco
Health & Rx Directory and this site is listed under Services
List-Direct.Com Directory and this site is listed under Tobacco
Yellow Pages by List-Nation and this site is listed under Shopping
ListNation Web Directory and this site is listed under Shopping Services
ListSite.Net Directory and this site is listed under Shopping Services
Web Directory by MegaCatalog and this site is listed under Shopping
Shopping Directory and this site is listed under Gifts, Flowers & Food
Software Directory and this site is listed under E-commerce
Premium Online Directory and this site is listed under Shopping
Travel Catalog & Directory and this site is listed under Miscellaneous
Encyclopedia and this site is listed under Tobacco

- **Quest**
- **R1**
- **Rave**
- **Rothmans**
- **Russian Style**
- **Salem**
- **Samurai**
- **Saratoga**
- **Satin**
- **Shield**
- **Silver**
- **Sobranie**
- **Sonoma**
- **Sovereign**
- **Style**
- **Tahoe**
- **Tareyton**
- **True**
- **Tucson**
- **USA**
- **USA Gold**
- **Vantage**
- **Viceroy**
- **Virginia Slims**
- **Vogue**
- **Wave**
- **West**
- **Winston**

 **Tobacco facts**

- **Nicotine**
- **Why is tobacco so addictive?**
- **What is in Cigarettes?**

**Funny smoking**

Free Web Hosting and this site is listed under Shopping
Used Cars and this site is listed under Shopping Services
Zip Codes and this site is listed under Tobacco
Celebrity Pictures and this site is listed under Tobacco
Data Recovery and this site is listed under Tobacco

24/7 Duty Free shopping at Dutyfreedepot Over 1,500 brand name cigarettes, tobacco, alcohol, fragrance products & more for the lowest prices only at Dutyfreedepot.
The Search Group Directory - Submit your Web Site! We offer Free and Premium web site submission to the General Web Directory.
Data Recovery Software
Link.Ezer.com exchange links more traffic::Free Add URL or Plus Free Automated reciprocal exchange links and directory search engine submission. Instant link back.
Hawaii Fishing - Experience heart pounding big game sport fishing.
California Fishing Guide - Experience heart pounding sport fishing action. Catch more Kings. California fishing guide with thirty years experience gives all out fishing effort.
HindSight Canada Fishing Charter - Experience adrenalin-pounding Canadian Sportfishing action. Master Guide with thirty years experience with gives all out effort. Pinpoints the best time and place to fish.
Online casino - The online gaming portal.

## Page 2

Would you like to be listed on our link pages?

Have link bellow in place on your site before you email us links@cigmall.net

```
<A href="http://www.cigmall.net/">Cheap Cigarettes Online</a> Premium
tobacco products at the best prices on the Internet. Marlboro for $12-70
```





◇ **Contact us**  ◇ **Partners**

© **CIGmall.Net**

# CIGmall.Net

**Cheap &** ~~Discount~~ **Cigarettes !!!**



Marlboro cigarettes



**Choose cigarettes**

◆ **Home**   ◆ **Info**   ◆ **FAQ**   ◆ **Shopping cart**

**Marlboro cigarettes from Ukraine**
Delivery times: 9 - 18 days

In accordance with the European regulations that interdict labeling cigarettes as "light", "ultra light" or "mild" some cigarettes have their names changed. In parenthesis you will find the previous names.

- 555 State Express
- Alliance
- American Spirit
- Bailey`s
- Barclay
- Basic
- Benson & Hedges
- Berley
- Bond
- Boss
- Bracar
- Bronco
- Cambridge
- Camel
- Capri
- Carlton
- Carnival
- Chesterfield
- Craven A
- Dallas
- Davidoff
- Delta
- Desert Sun
- Doral
- DU Maurier
- Dunhill
- Epique
- Esse
- Eve
- Gauloises
- Gitanes
- Gold Coast
- GPC
- Grand Prix
- GT One
- Karelia
- Kent
- Kentucky's Best
- Kool
- L&M
- Lark
- Liggett Select



**Marlboro Red pack**

Price: $12.70

Buy now



**Marlboro MX4 Flavor (Medium)**

Price: $12.70

Buy now



**Marlboro Gold pack (Lights brown filter)**

Price: $12.70

Buy now



**Marlboro Silver pack (Ultra Lights)**

Price: $12.70

Buy now



**Marlboro Filter Plus**

Price: $23.90

Buy now

- **Lucky Strike**
- **Magna**
- **Malibu**
- **Marathon**
- **Marlboro**
- **Matinee**
- **Maverick**
- **Max**
- **Merit**
- **Mild Seven**
- **Misty**
- **Montclair**
- **Monte Carlo**
- **More**
- **Multifilter**
- **Muratti**
- **Newport**
- **Next**
- **Now**
- **Old Gold**
- **Pall Mall**
- **Parliament**
- **Peter I**
- **Philip Morris**
- **Player**
- **Player Canadian**
- **President**
- **Pyramid**
- **Quest**
- **R1**
- **Rave**
- **Rothmans**
- **Russian Style**
- **Salem**
- **Samurai**
- **Saratoga**
- **Satin**
- **Shield**
- **Silver**
- **Sobranie**
- **Sonoma**
- **Sovereign**
- **Style**
- **Tahoe**
- **Tareyton**
- **True**
- **Tucson**



**Marlboro Filter Plus One**

Price: $23.90

Buy now

**Marlboro cigarettes from Russia**
Delivery times: 11 - 20 days



**Marlboro Red**

Price: $17.65

Sold out



**Marlboro Lights**

Price: $17.65

Sold out



**Marlboro Ultra Lights**

Price: $17.65

Sold out



**Marlboro Lights Menthol**

Price: $17.65

Sold out



**Marlboro Filter Plus**
**(Will be available from August! )**

Price: $29.50

Sold out

**USA made Marlboro cigarettes**
Delivery times: 3 - 6 working days

- **USA**
- **USA Gold**
- **Vantage**
- **Viceroy**
- **Virginia Slims**
- **Vogue**
- **Wave**
- **West**
- **Winston**

 **Tobacco facts**

- **Nicotine**
- **Why is tobacco so addictive?**
- **What is in Cigarettes?**

 **Funny smoking**



 



**Marlboro 100**

Price: $34.75

Buy now



**Marlboro Blend 27 Box King**

Price: $34.75

Buy now



**Marlboro Box 100**

Price: $34.75

Buy now



**Marlboro Box King**

Price: $34.75

Buy now



**Marlboro Box King 25's**

Price: $34.75

Buy now



**Marlboro King**

Price: $34.75

Buy now



**Marlboro Light Box 100**

Price: $34.75

Buy now



**Marlboro Light Box King**

Price: $34.75

Buy now



**Marlboro Light Box King 25's**

Price: $34.75

Buy now



**Marlboro Light King**

Price: $34.75

Buy now



**Marlboro Light Soft 100**

Price: $34.75

Buy now



**Marlboro Medium 100**

Price: $34.75

Buy now



**Marlboro Medium Box 100**

Price: $34.75

Buy now



**Marlboro Medium Box King**

Price: $34.75

Buy now




**Marlboro Medium Soft King**

Price: $34.75

Buy now



**Marlboro Ment Blue BX 72mm**

Price: $31.93

Buy now

**Marlboro Ment Green BX 72mm**

Price: $31.93

Buy now



**Marlboro Ment Light Box 100**

Price: $34.75

Buy now



**Marlboro Ment Light Box King**

Price: $34.75

Buy now



**Marlboro Ment Milds 100 Box**

Price: $34.75

Buy now



**Marlboro Ment Milds Box King**

Price: $34.75

Buy now



**Marlboro Menthol Box 100**

Price: $34.75

Buy now



**Marlboro Menthol Box King**

Price: $34.75

Buy now



**Marlboro Menthol Light SP 100**

Price: $34.75

Buy now



**Marlboro Menthol Light SP King**

Price: $34.75

Buy now



**Marlboro Menthol SP King**

Price: $34.75

Buy now

**Marlboro Ultra Box 100**

Price: $34.75

Buy now

$12.70 for Marlboro cigarettes.  Case 1:07-cv-08135-DAB    Document 1-2    Filed 09/17/2007    Page 21 of 75

http://www.cigmail.net/cigarettes.asp?brand=marlboro



**Marlboro Ultra Box King**

Price: $34.75

Buy now



**Marlboro Ultra Ment. Box 100**

Price: $34.75

Buy now



**Marlboro Ultra Ment. Box King**

Price: $34.75

Buy now



**Marlboro Blend 27 Soft King**

Price: $34.75

Sold out

◊ **Contact us**  ◊ **Partners**

© **CIGmail.Net**

# CIGmall.Net

*cigarettes*

**Cheap & Discount Cigarettes !!!**





**Choose cigarettes**     ◇ **Home**  ◇ **Info**  ◇ **FAQ**  ◇ **Shopping cart**

If you have any questions, please don't hesitate to contact us anytime and we'll respond to your e-mail within 24 hours. Your valued comments, suggestions and feedback would also be appreciated. If you have any questions or concerns about our policies, please let us know so we can help you or you could access our FAQ for more information.

Please send the mails to:

support@cigmall.net

- **555 State Express**
- **Alliance**
- **American Spirit**
- **Bailey's**
- **Barclay**
- **Basic**
- **Benson & Hedges**
- **Berley**
- **Bond**
- **Boss**
- **Bracar**
- **Bronco**
- **Cambridge**
- **Camel**
- **Capri**
- **Carlton**
- **Carnival**
- **Chesterfield**
- **Craven A**
- **Dallas**
- **Davidoff**
- **Delta**
- **Desert Sun**
- **Doral**
- **DU Maurier**
- **Dunhill**
- **Epique**
- **Esse**
- **Eve**
- **Gauloises**
- **Gitanes**
- **Gold Coast**
- **GPC**
- **Grand Prix**
- **GT One**
- **Karelia**

- **Kent**
- **Kentucky's Best**
- **Kool**
- **L&M**
- **Lark**
- **Liggett Select**
- **Lucky Strike**
- **Magna**
- **Malibu**
- **Marathon**
- **Marlboro**
- **Matinee**
- **Maverick**
- **Max**
- **Merit**
- **Mild Seven**
- **Misty**
- **Montclair**
- **Monte Carlo**
- **More**
- **Multifilter**
- **Muratti**
- **Newport**
- **Next**
- **Now**
- **Old Gold**
- **Pall Mall**
- **Parliament**
- **Peter I**
- **Philip Morris**
- **Player**
- **Player Canadian**
- **President**
- **Pyramid**
- **Quest**
- **R1**
- **Rave**
- **Rothmans**
- **Russian Style**
- **Salem**
- **Samurai**

- **Saratoga**
- **Satin**
- **Shield**
- **Silver**
- **Sobranie**
- **Sonoma**
- **Sovereign**
- **Style**
- **Tahoe**
- **Tareyton**
- **True**
- **Tucson**
- **USA**
- **USA Gold**
- **Vantage**
- **Viceroy**
- **Virginia Slims**
- **Vogue**
- **Wave**
- **West**
- **Winston**

 **Tobacco facts**

- **Nicotine**
- **Why is tobacco so addictive?**
- **What is in Cigarettes?**

 **Funny smoking**



 

◇ **Contact us**  ◇ **Partners**

© CIGmall.Net



**PhilipMorrisUSA**

• Contact Us    • Site Map    • PM USA en Español    • FAQs    • Careers

Search                    [Go]

Search Help

**About Us**

**Progress Toward Our
Mission Goals**

**Product Facts**

**Smoking & Health Issues**

**Legislation & Regulation**

**Our Initiatives & Programs**

**Welcome to the Philip Morris USA Company Website**
Our goal is to be the most responsible, effective and respected developer, manufacturer
and marketer of consumer products, especially products intended for adults.  Learn more ›



## Smoking & Health Issues

Information about health issues related
to smoking...

• Low Tar Cigarettes
• Addiction
• More Topics

**About This Site**

The purpose of this site is
to share information about
our Company, our issues
and our programs. *It is
**not** intended to market,
advertise, promote or offer
coupons for our cigarette
brands.*

### Visit the Parent
### Resource Center



Tips and tools for
talking to your kids
about not smoking.

Now also available
en Español!

Visit Parent
Resource Center ›

### If you decide
### to quit smoking...



Your connection to a
wealth of expert
quitting information.

Now also available
en Español!

Visit QuitAssist™ ›

**Our New Products**

While our primary business
is cigarettes, we continue
to explore new products.
• Read about Marlboro
  Moist Smokeless
  Tobacco
• Visit our smokeless
  tobacco products site

## Company Highlights

Philip Morris USA to Introduce Marlboro Moist Smokeless Tobacco
Company to test market moist smokeless tobacco product in October. Click
here to learn more.

### Say No to a 156% Tax Increase
### on Cigarettes!

Philip Morris USA opposes the proposed increase
in the federal excise tax on cigarettes. If you
oppose the proposed tax increase, click here to
send an email to your legislators.



**Other Topics**

• News & Media
• Community Involvement
• Youth Smoking
  Prevention
• Animal Care & Use
• Regulatory Reporting
  Requirements

Company Highlights Archive
View previous company highlights.

© 2007 Philip Morris USA        Terms of Use | Privacy Statement | Altria Group, Inc.

# EXHIBIT B

# CIGmall.Biz

**Cheap & Discount Cigarettes !!!**



 Recomend

◦ Home  ◦ Info  ◦ FAQ  ◦ Shopping cart

- Tell a friend

 Choose cigarettes

- 555 State Express
- Alliance
- American Spirit
- Bailey's
- Barclay
- Basic
- Benson & Hedges
- Berley
- Bond
- Boss
- Bracar
- Bronco
- Cambridge
- Camel
- Capri
- Carlton
- Carnival
- Chesterfield
- Craven A
- Dallas
- Davidoff
- Delta
- Desert Sun
- Doral
- DU Maurier
- Dunhill
- Epique
- Esse
- Eve
- Gauloises
- Gitanes
- Gold Coast
- GPC

CIGmall.BIZ - very reliable online cigarettes supplier. Here you can buy cigarettes manufactured and shipped from Russia, Ukraine and USA.

**Purchase Reporting? NO!    All 50 states? YES!**

Delivery times are 10-18 days. Shipping fee is only $5.95 per carton.

We accept Credit cards. You can also pay by E-check with additional discount **5.2%**

In addition to the premium brands we offer Salem, 555, Epique, Esse, Gitanes, Mild Seven, Dallas, Next, Peter I, Russian Style, Sovereign, Viceroy and West cigarettes which are quite difficult to be found online.

**Happy shopping!!!**

### MARLBORO RED BOX

$12⁷⁰

Price per 200 cigarettes, 1-carton



### L&M LIGHTS BOX

$9⁸⁰

Price per 200 cigarettes, 1-carton



### Lucky Strike

$12⁴⁰

Price per 200 cigarettes, 1-carton



### CAMEL FILTERS BOX

$12³⁰

Price per 200 cigarettes, 1-carton



## Buy cheap cigarette online

**WARNING: You must be at least 21 years old to shop at CIGmall.Biz**

- **Grand Prix**
- **GT One**
- **Karelia**
- **Kent**
- **Kentucky's Best**
- **Kool**
- **L&M**
- **Lark**
- **Liggett Select**
- **Lucky Strike**
- **Magna**
- **Malibu**
- **Marathon**
- **Marlboro**
- **Matinee**
- **Maverick**
- **Max**
- **Merit**
- **Mild Seven**
- **Misty**
- **Montclair**
- **Monte Carlo**
- **More**
- **Multifilter**
- **Muratti**
- **Newport**
- **Next**
- **Now**
- **Old Gold**
- **Pall Mall**
- **Parliament**
- **Peter I**
- **Philip Morris**
- **Player**
- **Player Canadian**
- **President**
- **Pyramid**
- **Quest**
- **R1**
- **Rave**
- **Rothmans**

- **Russian Style**
- **Salem**
- **Samurai**
- **Saratoga**
- **Satin**
- **Shield**
- **Silver**
- **Sobranie**
- **Sonoma**
- **Sovereign**
- **Style**
- **Tahoe**
- **Tareyton**
- **True**
- **Tucson**
- **USA**
- **USA Gold**
- **Vantage**
- **Viceroy**
- **Virginia Slims**
- **Vogue**
- **Wave**
- **West**
- **Winston**

 **Tobacco facts**

- **Nicotine**
- **Why is tobacco so addictive?**
- **What is in Cigarettes?**

 **Funny smoking**



 

# CIGmall.Biz

**Cheap & Discount Cigarettes !!!**



◊ **Home**  ◊ **Info**  ◊ **FAQ**  ◊ **Shopping cart**

 **Recomend**

- **Tell a friend**

**Choose cigarettes**

- **555 State Express**
- **Alliance**
- **American Spirit**
- **Bailey's**
- **Barclay**
- **Basic**
- **Benson & Hedges**
- **Berley**
- **Bond**
- **Boss**
- **Bracar**
- **Bronco**
- **Cambridge**
- **Camel**
- **Capri**
- **Carlton**
- **Carnival**
- **Chesterfield**
- **Craven A**
- **Dallas**
- **Davidoff**
- **Delta**
- **Desert Sun**
- **Doral**
- **DU Maurier**
- **Dunhill**
- **Epique**
- **Esse**
- **Eve**
- **Gauloises**
- **Gitanes**
- **Gold Coast**
- **GPC**

## Shipping Times and Costs:

| Manufactured in | Countries | Shipping Times | Shipping Costs |
|---|---|---|---|
| Ukraine | USA | 9-18 days | $ 5.95 / 1 carton |
| Russia | USA | 11-20 days | $ 5.95 / 1 carton |
| USA | USA | 3-6 working days | $ 6.95 / 1 carton |

## What kind of information do we collect from you?

Our primary goal in collecting personal information is to provide our visitors and customers with a superior customized online experience. When you browse and shop on our site, we collect two types of information about our visitors: personal information and non-personally identifiable information.

## Personal Information

Personal information is requested when you place an order. We need to know your name, billing address, shipping address, telephone number, E-mail address, and product details to process your order and to notify you of your order status

## Non-Personally Identifiable Information

This refers to information that do not identify a specific individual itself. The information of this kind may include the URL you came from, IP address, domain types (e.g. .com or .org, etc.), your browser type, the country, state and telephone area code where your server is located, the pages of our site that were viewed during a visit, the advertisements you clicked. We use this information for enhancing the operation of our site, serving advertisements, for statistical purposes and to administer our systems.

## How do we use the information we collect?

We do not sell or rent your personal information to others. The information provided to us as a result of your online purchase such as your gender, name, E-mail address, phone number(s) and shipping address is used only to send orders, to inform you of your order status and send our company newsletter and promotional information. This information is completely confidential and will not be disclosed or sold to any other party. We may also use non-personally identifiable information about our web site visitors such as URL you came from, IP address, domain types, your browser type, the country, the pages of our site that were viewed during a visit, the advertisements you clicked. We use this information for enhancing the operation of our site, serving advertisements, for statistical purposes and to administer our systems

## Secure Ordering

Our web-site was developed to support secure online purchasing through secure socket layer (SSL) technology. All information that you provide during the shopping process is encrypted for your protection. You'll know that you're in an encrypted area when you see a solid key when using Netscape Navigator or a closed lock when using Internet Explorer. When you place your order online, your personal information will be encrypted and transmitted via a secured

http://cigmall.biz/info.as

- **Grand Prix**
- **GT One**
- **Karelia**
- **Kent**
- **Kentucky's Best**
- **Kool**
- **L&M**
- **Lark**
- **Liggett Select**
- **Lucky Strike**
- **Magna**
- **Malibu**
- **Marathon**
- **Marlboro**
- **Matinee**
- **Maverick**
- **Max**
- **Merit**
- **Mild Seven**
- **Misty**
- **Montclair**
- **Monte Carlo**
- **More**
- **Multifilter**
- **Muratti**
- **Newport**
- **Next**
- **Now**
- **Old Gold**
- **Pall Mall**
- **Parliament**
- **Peter I**
- **Philip Morris**
- **Player**
- **Player Canadian**
- **President**
- **Pyramid**
- **Quest**
- **R1**
- **Rave**
- **Rothmans**

connection to be processed by our authorized online retailer only - a worldwide credit card processing company which serves more than 3000 online stores. The Secure Transaction System provides 128 bit encryption to ensure safe transmission of your credit card details through the checkout process. Your credit card details are not available for us and used only to process your order online.

### Links

Our web site may contain links to other sites. Please be aware that we are not responsible for the privacy practices of other sites. We encourage our customers to be aware when they leave our site and to read the privacy statements of each and every web site that collects personally identifiable information. This privacy statement applies solely to information collected by CIGmall.Biz site

### Cookies

We do not use cookies in the operation of our site at the moment

### Questions and comments

CIGmall.Biz welcomes your questions and comments concerning privacy. Please send E-mail to support@cigmall.biz

### Privacy Policy changes

If we will make changes to any terms or conditions of the Privacy Policy, the changes will be posted in this document so that you will always know what information we gather and how we might use it. If at any point we decide to use the information in a manner different from that stated at the time it was collected, we will notify you by E-mail. You will have a choice as to whether or not we may use your information in this different manner. We will use information in accordance with the Privacy Policy under which the information was collected.

9/12/2007 4:41 PM

- **Russian Style**
- **Salem**
- **Samurai**
- **Saratoga**
- **Satin**
- **Shield**
- **Silver**
- **Sobranie**
- **Sonoma**
- **Sovereign**
- **Style**
- **Tahoe**
- **Tareyton**
- **True**
- **Tucson**
- **USA**
- **USA Gold**
- **Vantage**
- **Viceroy**
- **Virginia Slims**
- **Vogue**
- **Wave**
- **West**
- **Winston**

 **Tobacco facts**

- **Nicotine**
- **Why is tobacco so addictive?**
- **What is in Cigarettes?**

 **Funny smoking**



 



# CIGmall.Biz

**Cheap & Discount Cigarettes !!!**

◇ Home  •  Info  •  FAQ  ◇  Shopping cart


**Recomend**

- **Tell a friend**


**Choose cigarettes**



- **555 State Express**
- **Alliance**
- **American Spirit**
- **Bailey's**
- **Barclay**
- **Basic**
- **Benson & Hedges**
- **Berley**
- **Bond**
- **Boss**
- **Bracar**
- **Bronco**
- **Cambridge**
- **Camel**
- **Capri**
- **Carlton**
- **Carnival**
- **Chesterfield**
- **Craven A**
- **Dallas**
- **Davidoff**
- **Delta**
- **Desert Sun**
- **Doral**
- **DU Maurier**
- **Dunhill**
- **Epique**
- **Esse**
- **Eve**
- **Gauloises**
- **Gitanes**
- **Gold Coast**
- **GPC**

1. Making order
2. About our products
3. Delivery
4. Legality
5. Customs
6. Guarantee
7. Non-disclosure
8. Payments

## Making order

### How can I make an order?

On the Menu page you will find all the available brands. Select a brand and click on it. This will take you to the selected brand family page. Then click on the flavor of your choice. It will be automatically added to your shopping cart. If you want to buy more than one brand or style just select another brand from the "Chose your cigarettes" column and repeat the process. When you are done click "Go To Secure Checkout". You will be taken to Secure Server and you should fill in all the required fields. After that click "Purchase". At this point you will have to proceed with your payment. Your payment will be processed in US Dollars , a highly secure payment method designed to keep your identity and payment details private. After you complete ALL STEPS, your order is considered placed.

### Is there a maximum order?

No. The quantity of cigarettes that can be purchased at CIGmall.Biz is left to the discretion of customers who must be aware of the laws in force in their country and the sanctions they may incur.

### How can I find out my order status?

After you've placed your order at CIGmall.Biz you will be automatically notified by E-mail when we approve and ship your order. Please, notice that we do not ship orders within 24 hours to give you a possibility to change or update your postal address and / or the order items. In such cases you must immediately send us an e-mail with your changes. Please enclose your order number when writing about changes in your order.

[top]

## About our products

### Are the cigarettes sold at CIGmall.Biz first choice?

The cigarettes sold at CIGmall.Biz are of the highest quality available on the market. We sell brands made in Ukraine, Russia and USA.

### Do you sell other brands of cigarettes?

Not currently. The only brands we sell are shown on the Home page.

### Is there any difference between the white filter and the brown filter Marlboro Lights?

Yes. The first are made to match the taste of American smokers while the second are suited to European tastes. Philip Morris does not provide any other information on this matter. According to smokers (and suggestions), the "white filters" may be slightly stronger. There is only one way to find out. Try them!

### Will you be offering other brands in the future?

Yes. The number and type of available brands may change in time.

[top]

- **Grand Prix**
- **GT One**
- **Karelia**
- **Kent**
- **Kentucky's Best**
- **Kool**
- **L&M**
- **Lark**
- **Liggett Select**
- **Lucky Strike**
- **Magna**
- **Malibu**
- **Marathon**
- **Marlboro**
- **Matinee**
- **Maverick**
- **Max**
- **Merit**
- **Mild Seven**
- **Misty**
- **Montclair**
- **Monte Carlo**
- **More**
- **Multifilter**
- **Muratti**
- **Newport**
- **Next**
- **Now**
- **Old Gold**
- **Pall Mall**
- **Parliament**
- **Peter I**
- **Philip Morris**
- **Player**
- **Player Canadian**
- **President**
- **Pyramid**
- **Quest**
- **R1**
- **Rave**
- **Rothmans**

## Delivery

### Are there countries to which you do not deliver?
Yes. We deliver to USA only.

### Why can't you send me a single parcel containing more cartons?
Because it would be subject to duty since the width and value would not fall within the prescribed international parameters.

### If I make an order Saturday, when my order will be sent?
Usually, your order is processed in 24 hours. Orders received on Saturdays are sent on the first working day following reception (Sundays and public holidays).

### Do you accept military addresses for shipping (FPO, APO)?
- Unfortunately no. We do not accept military addresses for shipping due to little chance of successful delivery. We had many cases when parcel with such destination address were lost.

[top]

## Legality

### Is it legal to resell cigarettes ordered from CIGmall.Biz ?
No. This is against the law in any country of the world.

### Is it illegal to order a large quantity of cigarettes, for example, 50 cartons?
The quantity of cigarettes that can be purchased at CIGmall.Biz is left to the discretion of customers who must be aware of the laws in force in their country and the sanctions they may incur if their intention is to resell "duty free" cigarettes. It is the responsibility of the Buyer to ascertain and comply with the laws relating to the purchase and use of any tobacco goods. In order to determine the applicable limits on purchases or taxing responsibilities, if any, imposed by your particular state, the consumer may want to contact their state authorities.

[top]

## Customs

### Do you guarantee that no duty will be paid worldwide?
We cannot guarantee that no tax will be paid worldwide because some countries may occasionally apply the international postal regulations and standards. In the USA, parcels containing 200 cigarettes are exempted from taxes.

[top]

## Guarantee

### Will I get my money back or have the goods replaced if the parcel is lost, stolen or damaged?
CIGmall.Biz offers a 100% money back guarantee covering the price of the cigarettes and shipping costs if, for any reason, the purchase is not deemed satisfactory.

### Can I withdraw the order placed with your online store?
You can withdraw your order within 24 hours of its placement.

[top]

## Non-disclosure

### Does CIGmall.Biz use personal data of customers (mailing address, e-mail address, etc.) for advertising campaigns or other promotional activities?
We do not sell or rent your personal information to others. The information provided to us as a result of your online purchase, such as your name, E-mail address, phone number(s) and point of delivery or forwarding address are only used for shipping.

- **Russian Style**
- **Salem**
- **Samurai**
- **Saratoga**
- **Satin**
- **Shield**
- **Silver**
- **Sobranie**
- **Sonoma**
- **Sovereign**
- **Style**
- **Tahoe**
- **Tareyton**
- **True**
- **Tucson**
- **USA**
- **USA Gold**
- **Vantage**
- **Viceroy**
- **Virginia Slims**
- **Vogue**
- **Wave**
- **West**
- **Winston**

 **Tobacco facts**

- **Nicotine**
- **Why is tobacco so addictive?**
- **What is in Cigarettes?**

 **Funny smoking**



 

**Does CIGmall.Biz have a database containing the customer's credit card details?**

No. Your personal information will be encrypted and transmitted via secure connection.

**Does CIGmall.Biz store information on who bought cigarettes online on files?**

No, we don't store this information.

**[top]**

## Payments

**What payment methods are acceptable?**

You can pay by Credit Card (Visa) or E-Check.

**What is your Chargeback policy?**

We will not tolerate credit card chargebacks and any customer attempting or threatening to do this will be immediately barred from making any future purchases on this website as well as having their card blacklisted among processors. If there is a problem we will always seek a solution resulting in either a refund or a reship in line with our structured reship and refund procedure.

**[top]**

http://cigmall.biz/cigarettes.asp?brand=marlboro

# CIGmall.Biz

**Cheap & Discount Cigarettes !!!**



Cheap Generic RX



**Recomend**

- Tell a friend

**Choose cigarettes**

- 555 State Express
- Alliance
- American Spirit
- Bailey's
- Barclay
- Basic
- Benson & Hedges
- Berley
- Bond
- Boss
- Bracar
- Bronco
- Cambridge
- Camel
- Capri
- Carlton
- Carnival
- Chesterfield
- Craven A
- Dallas
- Davidoff
- Delta
- Desert Sun
- Doral
- DU Maurier
- Dunhill
- Epique
- Esse
- Eve
- Gauloises
- Gitanes
- Gold Coast
- GPC
- Grand Prix
- GT One
- Karelia
- Kent
- Kentucky's Best
- Kool
- L&M

◇ Home  ◇ Info  ◇ FAQ  ◇ Shopping cart

### Marlboro cigarettes from Ukraine
Delivery times: 9 - 18 days

According to the new regulations on cigarettes that prohibits labeling the cigarettes as "light", "ultra light" or "mild" some sub-brands have new names. Please see the old names written in the brackets.



**Marlboro Red pack**

Price: $12.70

Buy now



**Marlboro MX4 Flavor (Medium)**

Price: $12.70

Buy now



**Marlboro Gold pack (Lights brown filter)**

Price: $12.70

Buy now



**Marlboro Silver pack (Ultra Lights)**

Price: $12.70

Buy now



**Marlboro Filter Plus**

Price: $23.90

Buy now

- **Lark**
- **Liggett Select**
- **Lucky Strike**
- **Magna**
- **Malibu**
- **Marathon**
- **Marlboro**
- **Matinee**
- **Maverick**
- **Max**
- **Merit**
- **Mild Seven**
- **Misty**
- **Montclair**
- **Monte Carlo**
- **More**
- **Multifilter**
- **Muratti**
- **Newport**
- **Next**
- **Now**
- **Old Gold**
- **Pall Mall**
- **Parliament**
- **Peter I**
- **Philip Morris**
- **Player**
- **Player Canadian**
- **President**
- **Pyramid**
- **Quest**
- **R1**
- **Rave**
- **Rothmans**
- **Russian Style**
- **Salem**
- **Samurai**
- **Saratoga**
- **Satin**
- **Shield**
- **Silver**
- **Sobranie**
- **Sonoma**
- **Sovereign**
- **Style**
- **Tahoe**
- **Tareyton**



**Marlboro Filter Plus One**

Price: $23.90

Buy now

**Marlboro cigarettes from Russia**
Delivery times: 11 - 20 days



**Marlboro Red**

Price: $17.65

Sold out



**Marlboro Lights**

Price: $17.65

Sold out



**Marlboro Ultra Lights**

Price: $17.65

Sold out



**Marlboro Lights Menthol**

Price: $17.65

Sold out



**Marlboro Filter Plus**
**(Will be available from August! )**

Price: $29.50

Sold out

USA made Marlboro cigarettes
Delivery times: 3 - 6 working days

- **True**
- **Tucson**
- **USA**
- **USA Gold**
- **Vantage**
- **Viceroy**
- **Virginia Slims**
- **Vogue**
- **Wave**
- **West**
- **Winston**

 **Tobacco facts**

- **Nicotine**
- **Why is tobacco so addictive?**
- **What is in Cigarettes?**

 **Funny smoking**





 **Marlboro 100**

Price: $34.75

Buy now

 **Marlboro Blend 27 Box King**

Price: $34.75

Buy now

 **Marlboro Blend 27 Soft King**

Price: $34.75

Sold out

 **Marlboro Box 100**

Price: $34.75

Buy now

 **Marlboro Box King**

Price: $34.75

Buy now

 **Marlboro Box King 25's**

Price: $34.75

Buy now

 **Marlboro King**

Price: $34.75

Buy now

 **Marlboro Light Box 100**

Price: $34.75

Buy now

 **Marlboro Light Box King**

Price: $34.75

Buy now



**Marlboro Light Box King 25's**

Price: $34.75

Buy now



**Marlboro Light King**

Price: $34.75

Buy now



**Marlboro Light Soft 100**

Price: $34.75

Buy now



**Marlboro Medium 100**

Price: $34.75

Buy now



**Marlboro Medium Box 100**

Price: $34.75

Buy now



**Marlboro Medium Box King**

Price: $34.75

Buy now



**Marlboro Medium Soft King**

Price: $34.75

Buy now



**Marlboro Ment Blue BX 72mm**

Price: $31.93

Buy now



**Marlboro Ment Green BX 72mm**

Price: $31.93

Buy now



**Marlboro Ment Light Box 100**

Price: $34.75

Buy now



**Marlboro Ment Light Box King**

Price: $34.75

Buy now



**Marlboro Ment Milds 100 Box**

Price: $34.75

Buy now



**Marlboro Ment Milds Box King**

Price: $34.75

Buy now



**Marlboro Menthol Box 100**

Price: $34.75

Buy now



**Marlboro Menthol Box King**

Price: $34.75

Buy now



**Marlboro Menthol Light SP 100**

Price: $34.75

Buy now



**Marlboro Menthol Light SP King**

Price: $34.75

Buy now



**Marlboro Menthol SP King**

Price: $34.75

Buy now



**Marlboro Ultra Box 100**

Price: $34.75

Buy now



**Marlboro Ultra Box King**

Price: $34.75

Buy now



**Marlboro Ultra Ment. Box 100**

Price: $34.75

Buy now



**Marlboro Ultra Ment. Box King**

Price: $34.75

Buy now

---

◊ **Contact us**    Cheap cigars online | Cuban cigars | Buy cigars online | cuban Cigars store | Cheap cigars |    © CIGmall.Biz

# CIGmall.Biz

**Cheap & Discount Cigarettes !!!**



**Recomend**

- Tell a friend

**Choose cigarettes**

◆ Home   ◆ Info   ◆ FAQ   ◆ Shopping cart

If you have any questions, please don't hesitate to contact us anytime and we'll respond to your e-mail within 24 hours. Your valued comments, suggestions and feedback would also be appreciated. If you have any questions or concerns about our policies, please let us know so we can help you or you could access our FAQ for more information.

Please send the mails to:

support@cigmall.biz

- **555 State Express**
- **Alliance**
- **American Spirit**
- **Bailey's**
- **Barclay**
- **Basic**
- **Benson & Hedges**
- **Berley**
- **Bond**
- **Boss**
- **Bracar**
- **Bronco**
- **Cambridge**
- **Camel**
- **Capri**
- **Cariton**
- **Carnival**
- **Chesterfield**
- **Craven A**
- **Dallas**
- **Davidoff**
- **Delta**
- **Desert Sun**
- **Doral**
- **DU Maurier**
- **Dunhill**
- **Epique**
- **Esse**
- **Eve**
- **Gauloises**
- **Gitanes**
- **Gold Coast**
- **GPC**
- **Grand Prix**
- **GT One**
- **Karelia**
- **Kent**
- **Kentucky's Best**
- **Kool**
- **L&M**

9/12/2007 4:52 PM

- Lark
- Liggett Select
- Lucky Strike
- Magna
- Malibu
- Marathon
- Marlboro
- Matinee
- Maverick
- Max
- Merit
- Mild Seven
- Misty
- Montclair
- Monte Carlo
- More
- Multifilter
- Muratti
- Newport
- Next
- Now
- Old Gold
- Pall Mall
- Parliament
- Peter I
- Philip Morris
- Player
- Player Canadian
- President
- Pyramid
- Quest
- R1
- Rave
- Rothmans
- Russian Style
- Salem
- Samurai
- Saratoga
- Satin
- Shield
- Silver
- Sobranie
- Sonoma
- Sovereign
- Style
- Tahoe
- Tareyton

- **True**
- **Tucson**
- **USA**
- **USA Gold**
- **Vantage**
- **Viceroy**
- **Virginia Slims**
- **Vogue**
- **Wave**
- **West**
- **Winston**

**Tobacco facts**

- **Nicotine**
- **Why is tobacco so addictive?**
- **What Is in Cigarettes?**

**Funny smoking**





⬦ **Contact us**      Cheap cigars online | Cuban cigars | Buy cigars online | cuban Cigars store | Cheap cigars |      © CIGmall.Biz

# PhilipMorrisUSA

**· Contact Us · Site Map · PM USA en Español · FAQs · Careers**

Search    [Go]

Search Help

**About Us**

**Progress Toward Our Mission Goals**

**Product Facts**

**Smoking & Health Issues**

**Legislation & Regulation**

**Our Initiatives & Programs**

Welcome to the Philip Morris USA Company Website

Our goal is to be the most responsible, effective and respected developer, manufacturer and marketer of consumer products, especially products intended for adults. Learn more ►



## Smoking & Health Issues

Information about health issues related to smoking...

- Low Tar Cigarettes
- Addiction
- More Topics

### About This Site

The purpose of this site is to share information about our Company, our issues and our programs. *It is* **not** *intended to market, advertise, promote or offer coupons for our cigarette brands.*

### Visit the Parent Resource Center

Tips and tools for talking to your kids about not smoking.

Now also available en Español!

Visit Parent Resource Center >

### If you decide to quit smoking...



Your connection to a wealth of expert quitting information.

Now also available en Español!

Visit QuitAssist™ >

### Our New Products

While our primary business is cigarettes, we continue to explore new products.

- Read about Marlboro Moist Smokeless Tobacco
- Visit our smokeless tobacco products site

## Company Highlights

Philip Morris USA to Introduce Marlboro Moist Smokeless Tobacco
Company to test market moist smokeless tobacco product in October. Click here to learn more.

### Other Topics

- News & Media
- Community Involvement
- Youth Smoking Prevention
- Animal Care & Use
- Regulatory Reporting Requirements

### Say No to a 156% Tax Increase on Cigarettes!

Philip Morris USA opposes the proposed increase in the federal excise tax on cigarettes. If you oppose the proposed tax increase, click here to send an email to your legislators.



Company Highlights Archive
View previous company highlights.

© 2007 Philip Morris USA     Terms of Use | Privacy Statement | Altria Group, Inc.

# EXHIBIT C

Cheap Cigarettes online, Buy cheap Marlboro $11.90

http://www.cigmall.us/index.asp




## Choose cigarettes

⚹ **Home**  ⚹ **Info**  ⚹ **FAQ**  ⚹ **Shopping cart**

- **555**
- **Alliance**
- **Bond**
- **Boss**
- **Camel**
- **Chesterfield**
- **Dallas**
- **Davidoff**
- **Delta**
- **Dunhill**
- **Epique**
- **Esse**
- **Gauloises**
- **Gitanes**
- **Karelia**
- **Kent**
- **L&M**
- **Lucky Strike**
- **Magna**
- **Marlboro**
- **Mild Seven**
- **Monte Carlo**
- **More**
- **Muratti**
- **Next**
- **Pall Mall**
- **Parliament**
- **Peter I**
- **President**
- **R1**
- **Rothmans**
- **Russian Style**
- **Salem**
- **Sobranie**
- **Sovereign**
- **Style**

**Welcome to CigMall.us, your BEST online source for cigarettes at Great Prices!**

**CigMall.us is the only place which makes YOU a Happy Smoker!**

We are proud to offer our customers one of the largest selections of cigarettes for everybody's taste. Only here you can buy cigarettes manufactured in **Eastern Europe**(Russia and Ukraine)!

The **low prices, good quality** cigarettes, **fast delivery** and best customer support will convince you that there is no going back to other cigarette supplier. Our secure server and shopping cart are designed to give you a safe and efficient Internet shopping experience. If you have any questions, or would like to learn more about our products and services please visit our FAQ section.

**Thanks for coming by and we hope you are enjoying your visit. Please remember to tell a friend.**

**Purchase Reporting? NO!     All 50 states? YES!**

### Marlboro Red Box



$11.90

Price per 200 cigarettes, 1 carton

### L&M Lights Box



$9.90

Price per 200 cigarettes, 1 carton

### Lucky Strike Box



$11.90

Price per 200 cigarettes, 1 carton

### Camel Filter Box



$11.90

Price per 200 cigarettes, 1 carton

## Buy cheap cigarette online

**WARNING: You must be at least 21 years old to shop at CIGmall.us**

- **Viceroy**
- **Virginia**
- **Vogue**
- **West**
- **Winston**

↖ **Contact us**    Cheap cigars online | Cuban cigars | Buy cigars online | Cigars store | Cheap cigars | Cheap perfume    © **CIGmall.us**

E-TRADING (UK) LIMITED Suite B, Harley Street, London, UK, W1G 9QR

support@cigmall.us 1 800 520 4901





**Choose cigarettes**

★ **Home** ★ **Info** ★ **FAQ** ★ **Shopping cart**

- **555**
- **Alliance**
- **Bond**
- **Boss**
- **Camel**
- **Chesterfield**
- **Dallas**
- **Davidoff**
- **Delta**
- **Dunhill**
- **Epique**
- **Esse**
- **Gauloises**
- **Gitanes**
- **Karelia**
- **Kent**
- **L&M**
- **Lucky Strike**
- **Magna**
- **Marlboro**
- **Mild Seven**
- **Monte Carlo**
- **More**
- **Muratti**
- **Next**
- **Pall Mall**
- **Parliament**
- **Peter I**
- **President**
- **R1**
- **Rothmans**
- **Russian Style**
- **Salem**
- **Sobranie**
- **Sovereign**
- **Style**

## Shipping Times and Costs:

| Made in | Shipping Times | Shipping costs |
|---|---|---|
| Eastern Europe | 10-18 days | $ 5.30 / 1 carton |

## What kind of information do we collect from you?

Our primary goal in collecting personal information is to provide our visitors and customers with a superior customized online experience. When you browse and shop on our site, we collect two types of information about our visitors: personal information and non-personally identifiable information.

## Personal Information

Personal information is requested when you place an order. We need to know your name, billing address, shipping address, telephone number, E-mail address, and product details to process your order and to notify you of your order status

## Non-Personally Identifiable Information

This refers to information that do not identify a specific individual itself. The information of this kind may include the URL you came from, IP address, domain types (e.g. .com or .org, etc.), your browser type, the country, state and telephone area code where your server is located, the pages of our site that were viewed during a visit, the advertisements you clicked. We use this information for enhancing the operation of our site, serving advertisements, for statistical purposes and to administer our systems.

## How do we use the information we collect?

We do not sell or rent your personal information to others. The information provided to us as a result of your online purchase such as your gender, name, E-mail address, phone number(s) and shipping address is used only to send orders, to inform you of your order status and send our company newsletter and promotional information. This information is completely confidential and will not be disclosed or sold to any other party. We may also use non-personally identifiable information about our web site visitors such as URL you came from, IP address, domain types, your browser type, the country, the pages of our site that were viewed during a visit, the advertisements you clicked. We use this information for enhancing the operation of our site, serving advertisements, for statistical purposes and to administer our systems

## Secure Ordering

Our web-site was developed to support secure online purchasing through secure socket layer (SSL) technology. All information that you provide during the shopping process is encrypted for your protection. You'll know that you're in an encrypted area when you see a solid key when using Netscape Navigator or a closed lock when using Internet Explorer. When you place your order online, your personal information will be encrypted and transmitted via a secured connection to be processed by our authorized online retailer only - a worldwide credit card processing company which serves more than 3000 online stores. The Secure Transaction System provides 128 bit encryption to ensure safe transmission of your credit card details through the checkout process. Your credit card details are not available for us and used only to process your order online.

## Links

Our web site may contain links to other sites. Please be aware that we are not responsible for the privacy practices of other sites. We encourage our customers to be aware when they leave our site and to read the privacy statements of each and every web site that collects personally identifiable information. This privacy statement applies solely to information collected by

- **Viceroy**
- **Virginia**
- **Vogue**
- **West**
- **Winston**

CIGmall.us site

### Cookies

We do not use cookies in the operation of our site at the moment

### Questions and comments

CIGmall.us welcomes your questions and comments concerning privacy. Please send E-mail to support@cigmall.us

### Privacy Policy changes

If we will make changes to any terms or conditions of the Privacy Policy, the changes will be posted in this document so that you will always know what information we gather and how we might use it. If at any point we decide to use the information in a manner different from that stated at the time it was collected, we will notify you by E-mail. You will have a choice as to whether or not we may use your information in this different manner. We will use information in accordance with the Privacy Policy under which the information was collected.

◇ **Contact us**     Cheap cigars online | Cuban cigars | Buy cigars online | Cigars store | Cheap cigars | Cheap perfume     © **CIGmall.us**



## Choose cigarettes

▪ Home  ▪ Info  ▪ FAQ  ▪ Shopping cart

- **555**
- **Alliance**
- **Bond**
- **Boss**
- **Camel**
- **Chesterfield**
- **Dallas**
- **Davidoff**
- **Delta**
- **Dunhill**
- **Epique**
- **Esse**
- **Gauloises**
- **Gitanes**
- **Kareila**
- **Kent**
- **L&M**
- **Lucky Strike**
- **Magna**
- **Marlboro**
- **Mild Seven**
- **Monte Carlo**
- **More**
- **Muratti**
- **Next**
- **Pall Mall**
- **Parliament**
- **Peter I**
- **President**
- **R1**
- **Rothmans**
- **Russian Style**
- **Salem**
- **Sobranie**
- **Sovereign**
- **Style**

1. Making order
2. About our products
3. Delivery
4. Payments
5. Legality
6. Customs
7. Guarantee
8. Non-disclosure

## Making order

### How can I make an order?

On the Menu page you will find all the available brands. Select a brand and click on it. This will take you to the selected brand family page. Then click on the flavor of your choice. It will be automatically added to your shopping cart. If you want to buy more than one brand or style just select another brand from the "Chose your cigarettes" column and repeat the process. When you are done click "Go To Secure Checkout". You will be taken to Secure Server and you should fill in all the required fields. After that click "Purchase". At this point you will have to proceed with your payment. Your payment will be processed in US Dollars, a highly secure payment method designed to keep your identity and payment details private. After you complete ALL STEPS, your order is considered placed.

### Is there a maximum order?

No. The quantity of cigarettes that can be purchased at CIGmall.us is left to the discretion of customers who must be aware of the laws in force in their country and the sanctions they may incur. However we don't accept orders larger than 12 cartons from first time customers. This is our company policy to prevent fraudulent orders.

### What is my order status?

You will be automatically notified by E-mail once we approve or ship your order. Please, note that we do not ship orders within 24 hours to give you the possibility to change or update your postal address and / or ordered items. In such cases you must immediately send us an e-mail with your changes. Please enclose your order number when writing about changes in your order. Our delivery times are 10-18 day. Please acknowledge the receipt of your cigarettes!

[top]

## About our products

### Are the cigarettes sold at CIGmall.us first choice?

The cigarettes sold at CIGmall.us are of the highest quality available on the market. We sell brands made in Russia and Ukraine. Cigarettes are manufactured under the authorization of worldwide-known tobacco manufacturers. We offer only fresh cigarettes as we supply with them daily according to the ordered quantity.

### Do you sell other brands of cigarettes in addition to those advertised on your site?

Not currently. We sell only the brands listed on our site.

### Will you be offering other brands in the future?

Yes. We are always seeking ways to provide our customers with the wider range of goods so check us often!

[top]

## Delivery

1 of 3

- **Viceroy**
- **Virginia**
- **Vogue**
- **West**
- **Winston**

### What are your delivery times and cost?

When we receive an order we guarantee to send it within 2 days. Orders placed on Thursdays are processed on Fridays and shipped on Mondays. Orders placed on Fridays, Saturdays and Public Holidays are processed on the first working day after reception and shipped on the second day. Our delivery times are 10-18. Please acknowledge the receipt of your cigarettes! Shipping cost is $5.30 per carton.

### Are there countries to which you do not deliver?

We deliver to USA only!!!

### Do you deliver by couriers (eg. DHL, UPS etc.)?

No. We deliver by USPS (United States Postal Service) only!

### How are the cigarettes packed?

The cigarettes cartons are packed in special carton boxes(parcels) for your cigarettes to reach you in a perfect conditions. Each parcel contains maximum 6 cartons of cigarettes for Regular Size brands and 8 cartons of cigarettes for Slim Size brands.

### Do you accept military addresses for shipping (FPO, APO)?

- Unfortunately no. We do not accept military addresses for shipping due to little chance of successful delivery. We had many cases when parcel with such destination address were lost.

**[top]**

## Payments

### What payment methods do you accept?

You can pay by Credit Card (Visa) or E-Check.

Check processing may take up to 5 business days.

### How safe is to send you my credit card details?

CigMall.us uses the industry standard, Secure Socket Layer (SSL) encryption, to ensure our online ordering facility is fully secured for credit card transactions. By convention, URLs that require an SSL connection start with https: instead of http:.

### What is your Chargeback policy?

We will not tolerate credit card chargebacks and any customer attempting or threatening to do this will be immediately barred from making any future purchases on this website as well as having their card blacklisted among processors. If there is a problem we will always seek a solution resulting in either a refund or a reship in line with our structured reship and refund procedure.

**[top]**

## Legality

### Is it legal to resell cigarettes ordered from CIGmail.us?

No. This is against the law in any country of the world.

### Is it illegal to order a large quantity of cigarettes, for example, 50 cartons?

The quantity of cigarettes that can be purchased at CIGmall.us is left to the discretion of customers who must be aware of the laws in force in their country and the sanctions they may incur if their intention is to resell "duty free" cigarettes. It is the responsibility of the Buyer to ascertain and comply with the laws relating to the purchase and use of any tobacco goods. In order to determine the applicable limits on purchases or taxing responsibilities, if any, imposed by your particular state, the consumer may want to contact their state authorities.

**[top]**

## Customs

### Do you guarantee that no duty will be paid worldwide?

We cannot guarantee that no tax will be paid worldwide because some countries may occasionally apply the International postal regulations and standards. In the USA, parcels containing 200 cigarettes are exempted from taxes.

**[top]**

## Guarantee

### Will I get my money back or have the goods replaced if the parcel is lost, stolen or damaged?
CIGmall.us offers a 100% money back guarantee covering the price of the cigarettes and shipping costs if, for any reason, the purchase is not deemed satisfactory.

### Can I withdraw the order placed with your online store?
You can withdraw your order within 24 hours after its placement.

[top]

## Non-disclosure

### Does CIGmall.us use personal data of customers (mailing address, e-mail address, etc.) for advertising campaigns or other promotional activities?
We do not sell or rent your personal information to others. The information provided to us as a result of your online purchase, such as your name, E-mail address, phone number(s) and point of delivery or forwarding address is only used for shipping.

### Does CIGmall.us have a database containing the customer's credit card details?
No. Your personal information will be encrypted and transmitted via secure connection.

### Does CIGmall.us store information on who bought cigarettes online on files?
No, we don't store this information.

[top]

♦ **Contact us**    Cheap cigars online | Cuban cigars | Buy cigars online | Cigars store | Cheap cigars | Cheap perfume    © **CIGmall.us**

# CigMall.US

**Choose cigarettes**

» **Home**  » **Info**  » **FAQ**  » **Shopping cart**

- **555**
- **Alliance**
- **Bond**
- **Boss**
- **Camel**
- **Chesterfield**
- **Dallas**
- **Davidoff**
- **Delta**
- **Dunhill**
- **Epique**
- **Esse**
- **Gauloises**
- **Gitanes**
- **Karelia**
- **Kent**
- **L&M**
- **Lucky Strike**
- **Magna**
- **Marlboro**
- **Mild Seven**
- **Monte Carlo**
- **More**
- **Muratti**
- **Next**
- **Pall Mall**
- **Parliament**
- **Peter I**
- **President**
- **R1**
- **Rothmans**
- **Russian Style**
- **Salem**
- **Sobranie**
- **Sovereign**
- **Style**
- **Viceroy**

## Marlboro cigarettes from Eastern Europe
**Cigarettes are made in Eastern Europe countries like Russia, Ukraine.
Delivery times: 9 - 18 days**

According to the new regulations on cigarettes that prohibits labeling the cigarettes as "light", "ultra light" or "mild" some sub-brands have new names. Please see the old names written in the brackets.

### Marlboro Red pack



$ 15.95 - 1 carton                    | Buy now |

$ 12.95 x 3 cartons = $ 38.85         | Buy now |

$ 11.90 x 6 cartons = $ 71.40         | Buy now |

### Marlboro MX4 Flavor (Medium)



$ 15.95 - 1 carton                    | Buy now |

$ 12.95 x 3 cartons = $ 38.85         | Buy now |

$ 11.90 x 6 cartons = $ 71.40         | Buy now |

### Marlboro Gold pack (Lights brown filter)



$ 15.95 - 1 carton                    | Buy now |

$ 12.95 x 3 cartons = $ 38.85         | Buy now |

$ 11.90 x 6 cartons = $ 71.40         | Buy now |

### Marlboro Silver pack (Ultra Lights)



$ 15.95 - 1 carton                    | Buy now |

$ 12.95 x 3 cartons = $ 38.85         | Buy now |

$ 11.90 x 6 cartons = $ 71.40         | Buy now |

### Marlboro Lights Menthol

- **Virginia**
- **Vogue**
- **West**
- **Winston**



$ **15.95** – 1 carton                         Sold out

$ **12.95** x 3 cartons = $ 38.85             Sold out

$ **11.90** x 6 cartons = $ 71.40             Sold out

### Marlboro Filter Plus



$ **24.50** – 1 carton                         Buy now

$ **22.90** x 3 cartons = $ 68.70             Buy now

$ **21.90** x 6 cartons = $ 131.40            Buy now

### Marlboro Filter Plus One



$ **24.50** – 1 carton                         Buy now

$ **22.90** x 3 cartons = $ 68.70             Buy now

$ **21.90** x 6 cartons = $ 131.40            Buy now

◊ **Contact us**      Cheap cigars online | Cuban cigars | Buy cigars online | Cigars store | Cheap cigars | Cheap perfume      © **CIGmall.us**

# CigMall.us

 **Choose cigarettes**

≈ **Home**  ≈ **Info**  ≈ **FAQ**  ≈ **Shopping cart**

- **555**
- **Alliance**
- **Bond**
- **Boss**
- **Camel**
- **Chesterfield**
- **Dallas**
- **Davidoff**
- **Delta**
- **Dunhill**
- **Epique**
- **Esse**
- **Gauloises**
- **Gitanes**
- **Karelia**
- **Kent**
- **L&M**
- **Lucky Strike**
- **Magna**
- **Marlboro**
- **Mild Seven**
- **Monte Carlo**
- **More**
- **Muratti**
- **Next**
- **Pall Mall**
- **Parliament**
- **Peter I**
- **President**
- **R1**
- **Rothmans**
- **Russian Style**
- **Salem**
- **Sobranie**
- **Sovereign**
- **Style**

If you have any questions, please don't hesitate to contact us anytime and we'll respond to your e-mail within 24 hours. Your valued comments, suggestions and feedback would also be appreciated. If you have any questions or concerns about our policies, please let us know so we can help you or you could access our FAQ for more information.

Please send the mails to:

support@cigmall.us

- **Viceroy**
- **Virginia**
- **Vogue**
- **West**
- **Winston**

**Contact us**    Cheap cigars online | Cuban cigars | Buy cigars online | Cigars store | Cheap cigars | Cheap perfume    © **CIGmall.us**

# EXHIBIT D





**Cheap cigarettes** cheap Cigarettes Store offers only the finest quality tobacco smokes, delivered to you factory fresh.

cheap cigarettes online, cheap smokes **HOME    INFO    F.A.Q.**

| Philip Morris | British American Tobacco | Japan Tobacco Int. | Others |
|---|---|---|---|
| **BOND** | **555** | **CAMEL** | **DAVIDOFF** |
| **CHESTERFIELD** | **ALLIANCE** | **EPIQUE** | **DELTA** |
| **DALLAS** | **DUNHILL** | **MAGNA** | **ESSE** |
| **L&M** | **KENT** | **MILD SEVEN** | **GAULOISES** |
| **MARLBORO** | **LUCKY STRIKE** | **MONTE CARLO** | **GITANES** |
| **MURATTI** | **PALL MALL** | **MORE** | **KARELIA** |
| **NEXT** | **ROTHMANS** | **PETER I** | **SOBRANIE** |
| **PARLIAMENT** | **VICEROY** | **RUSSIAN STYLE** | **SOVEREIGN** |
| **PRESIDENT** | **VOGUE** | **SALEM** | **STYLE** |
| **VIRGINIA SLIMS** | | **WINSTON** | **WEST** |

SHOPPING CART
TELL A FRIEND
CONTACT US
PARTNERS

**Cheap cigarettes**. Our online store was created as the cheapest cigarettes store in Internet, which offers cheap cigarettes for cheap smokes. Cigarettes-planet.net would like to help you save money and time by delivering your favorite brands of cheap cigarettes to your door at discount prices.

Please note that we send cigarettes cartons packed into a special carton box for your cheap cigarettes to reach you in a perfect condition.

**We ship in the USA only. All 50 states!**
**We do not report any information about our consumers to any authorities!**
**We offer European made cigarettes!**

If you are interested in American made cigs **click here - Discount cigarettes from USA**

While we don't ship to other countries due to the customs problems. Feel free to provide us with proper information about taxes in your country. It will help us to improve on our service and to make our service better and wider.

Most premium cigarettes brands are available and delivered fresh to your doorstep within an average of **9 - 18** working days.



## CAMEL FILTERS BOX



$12.95

Price per 200 cigarettes, 1-carton

## KENT PREMIUM



$14.90

Price per 200 cigarettes, 1-carton

## MARLBORO RED BOX



$13.70

Price per 200 cigarettes, 1-carton



## L&M LIGHTS BOX



$10.80

Price per 200 cigarettes, 1-carton

## LUCKY STRIKE BOX



$13.20

Price per 200 cigarettes, 1-carton

## PALL MALL LIGHTS



$10.80

Price per 200 cigarettes, 1-carton

**WARNING: You must be at least 18 years old to buy at http://www.cigarettes-planet.net**

So don't hesitate, buy cheap cigarettes online.

If you wish to really save money on your cigarettes, choose our online store. Buy Discount Cigarettes Online at Cigarettes-planet.net, the first choice of smokers to find the best deals on tobacco online. Why pay the high price of those premium and generic brands when you can find a very comparable special cigarette brand.

| discount cigarettes | discount cigarettes, cigarettes | online cheap cigarettes | buy online cigarettes cheap | online cigarettes cheap | cheap cigarettes, discount cigarettes online | cigarettes_links.html | © 2003 COPYRIGHT. ALL RIGHTS RESERVED BY CIGARETTES-PLANET.NET | online cigarettes | cheap cigarettes | cheap cigarettes | cigarettes, cheap cigarettes | cheap discount cigars, online cigars | cigars, online cigars shop | cheap cigars from cuba | cuban cigars store | cuban cigars online | marlboro cigarettes | buy online cigarettes | buy cheap online cigarettes | cheap cigarettes, discount cigarettes | Cheap cigarettes online | cheap cigarettes online, buy discount cigarettes | buy cheap online cigarettes | cheap cigarettes | cheap cigarettes online | discount cigarettes | cigaretts | cigarettes cheap | discount dallas cigarettes | buy cheap smokes online | cheap cigarettes, marlboro cigarettes | R1



THE ONLINE CIGARETTES STORE

# cigarettes-planet.net

Cheap cigarettes **HOME**   **INFO**   **F.A.Q.**

| Philip Morris | British American Tobacco | Japan Tobaco Int. | Others |
|---|---|---|---|
| BOND | 555 | CAMEL | DAVIDOFF |
| CHESTERFIELD | ALLIANCE | EPIQUE | DELTA |
| DALLAS | DUNHILL | MAGNA | ESSE |
| L&M | KENT | MILD SEVEN | GAULOISES |
| MARLBORO | LUCKY STRIKE | MONTE CARLO | GITANES |
| MURATTI | PALL MALL | MORE | KARELIA |
| NEXT | ROTHMANS | PETER I | SOBRANIE |
| PARLIAMENT | VICEROY | RUSSIAN STYLE | SOVEREIGN |
| PRESIDENT | VOGUE | SALEM | STYLE |
| VIRGINIA SLIMS | | WINSTON | WEST |

**SHOPPING CART**
TELL A FRIEND
CONTACT US
PARTNERS

## Info

### Delivery Info

| | |
|---|---|
| Shipping cost | $3.45 per carton |
| Handling cost | 7.00 per order |
| Delivery time (Ukraine) | 9-18 days |
| Delivery time (Russia) | 11-20 days |

### Payment Info

**Payment can be made by Visa Card and E-checks online**

**WARNING: You must be at least 18 years old to shop at http://www.cigarettes-planet.net**

| discount cigarettes | discount cigarettes, cigarettes | online cheap cigarettes | buy online cigarettes cheap | online cigarettes cheap | cheap cigarettes, discount cigarettes online | cigarettes_links.html | © 2003 COPYRIGHT. ALL RIGHTS RESERVED BY CIGARETTES-PLANET.NET online cigarettes | cheap cigarettes | cheap cigarettes | cigarettes, cheap cigarettes | cheap discount cigars, online cigars | cigars, online cigars shop | cheap cigars from cuba | cuban cigars store | cuban cigars online | marlboro cigarettes | buy online cigarettes | buy cheap online cigarettes | cheap cigarettes, discount cigarettes | Cheap cigarettes online | cheap cigarettes online, buy discount cigarettes | buy cheap online cigarettes | cheap cigarettes | cheap cigarettes online | discount cigarettes | cigaretts | cigarettes cheap | discount dallas cigarettes | buy cheap smokes online | cheap cigarettes, marlboro cigarettes | R1

Cigarettes - planet.net: discount cigarettes & cheap cigarettes. FAQ    http://www.cigarettes-planet.net/cigarettes_faq.html



## Frequently Asked Questions

DELIVERY

PAYMENTS

PRODUCTS

PRICES

CUSTOMS

RETURN POLICY

**What countries do you deliver your products?**

We deliver to USA only.

**How long does the delivery take?**

Delivery takes 9-18 days from Ukraine and 11-20 days from Russia.

**What are your delivery rates?**

Delivery rate is $3.45 per 1 carton. Please note that we have a handling fee of $7.00 per order.

**Are the mailing times shown on site guaranteed?**

No. Air Mail delivery can be affected by mailing problems in the destination US state. But we meet mailing problems so rare that no statistics can be made out of this.

**If I place an order on Saturday, when my order will be sent?**

When we receive orders we guarantee to ship them in 2 working days

(usually it takes not more than 36 hours). Orders placed on Thursdays are processed on Fridays and shipped on Mondays. Orders placed on Fridays, Saturdays and Public Holidays are processed on the first working day after reception and shipped on the second day. The day and time when your order was packed and shipped you'll receive by special e-mail. Please, notice that we do not ship orders within 24 hours to give you a possibility to change or update your postal address and/or the order items. In such cases you must immediately send us an e-mail with your changes . Please don't forget to quote your order number when writing about changes in your order.

### What do you mean under word "parcel"?

Parcel is a package with maximum volume of 6 cartons (or 8 cartons in rare cases) packed into a special carton box for your cigarettes to reach you in a perfect condition.

### Do you deliver by any couriers? (e.g.: DHL, UPS, TNT, etc.)

No. We work with the European AirMail only.

### Can I track my order?

No, as the parcels are sent by AirMail there are no trackings.

### What happens if I am not at home when the parcel arrives?

There are two possibilities:

1.The parcel can only be delivered to the addressee or to another person (e.g. a member of the family, a colleague, a porter, etc.) who will sign a receipt. If no-one is at home, a postman will leave a note

2.The parcel can be taken from your local post office with no additional charge. Please note that this standard procedure may slightly differ from state to state.

**TOP**

### What payment methods do you accept?

We accept Credit Cards (Visa) and eChecks.

### Can I pay by postal order or money order?

No. Unfortunately we accept credit cards and eChecks only.

### Can I place an order by telephone or Fax?

No. You can place your order online only.

### How to pay by check?

Payment by check is a processing service that allows customers to pay for cigarettes over the Internet by check without the need to mail a check. To pay by check please follow the below steps: Get your checkbook. Pull out the next valid check. Copy all information from that check to the last checkout form. Press the "Complete Purchase" button on the last checkout form and wait for the confirmation screen. Write void on your check and keep it with your printed receipt. Make sure to record an entry in your check register for the amount of this check and the check number. You will see this transaction in your monthly bank statement soon.

### What is your Chargeback policy?

We will not tolerate credit card chargebacks and any customer

attempting or threatening to do this will be immediately barred from making any future purchases on this website as well as having their card blacklisted among processors. If there is a problem we will always seek a solution resulting in either a refund or a reship in line with our structured reship and refund procedure.

**TOP**

### Do you sell other brands of cigarettes in addition to those advertised at your site?

No. The only brands we sell are shown on the Top of the pages.

### Are the cigarettes sold at Cigarettes-Planet.net first choice?

The cigarettes sold at Cigarettes-Planet.net are of the highest quality available on the market made under the authorisation of worldwide known tobacco manufacturers. We sell brands made in Europe.

### Do I have to pay a fee to join Cigarettes-Planet.net?

No, you do not, the access to our site is free, you don't need to pay a fee to enter it or to make your purchases.

### Is there any difference between the American and the European made cigarettes ?

Yes. The first are made to match the taste of American smokers while the second are suited to European tastes. Philip Morris does not provide any other information on this matter. According to smokers (and suggestions), the European ones may be slightly stronger. There is only one way to find out. Try them!

**TOP**

All the prices listed in our store are in US dollars and the amount charged from your credit card must be equal to the amount for cigarettes bought.

Shipping cost - $3.45 per carton
Handling cost - $7.00 per order

### Why are the prices of the cigarettes sold at Cigarettes-Planet.net considerably more competitive than your competitors?

We purchase bulk amounts of cigarettes from the manufacturers and we limit our choice to a few selected brands. The products reach our customers without additional steps and the procedure is extremely rational.

**TOP**

### Do you guarantee that no duty will be paid world-wide?

No, we don't. Some countries may occasionally not apply the international postal regulations and standards.

If you finally got in the situation of having to pay taxes you can do the following:

-you can pay taxes and pick up the parcels

-you can reject the parcels and ask for money back. The cigarettes will be sent back and we guarantee to make the refund minus shipping and handling charges as soon as it reaches us.

Cigarettes - planet.net: discount cigarettes & cheap cigarettes. FAQ

Case 1:07-cv-08135-DAB    Document 1-2    Filed 09/17/2007    Page 65 of 75

http://www.cigarettes-planet.net/cigarettes_faq.html

### Is smoking duty-free cigarettes against the law?

No. Duty-free cigarettes can be smoked anywhere in the world. These cigarettes are sold in all international airports.

### Is reselling duty-free cigarettes against the law?

Yes. This is against the law in all countries world-wide.

The cigarettes on sale at Cigarettes-Planet.net are for **personal use only** and not for resale.

### Can Cigarettes-Planet.net disclose data on who bought cigarettes online to others?

Absolutely not. All personal information in the Cigarettes-Planet.net web site will be treated according to the National Law. The data could not be disclosed even upon an official request submitted by foreign country authorities.

TOP

Return policy

### What is your return policy?

If you receive an incorrect item due to a mistake on our part please email us and we will gladly replace the wrong item with the correct item. If there was a mistake on your part you can ship the incorrect merchandise back to us at your expense. Any item(s) sent out after your original order due to a mistake or damage will be charged to your credit card. Once the incorrect or damaged item(s) are returned to Cigarettes-Planet.net we will credit that amount back to your credit card.
If you decide that after you receive your order you do not want an item(s) just return the "unopened" carton(s) back to us at support@cigarettes-planet.net and we will refund your credit card. Shipping fees cannot be refunded. Refunds take up to 10 business days to process. There is a 15% restocking fee on all returns. All returns must be made within 30 days of purchase.

TOP

**WARNING: You must be at least 18 years old to shop at http://www.cigarettes-planet.net**

| discount cigarettes | discount cigarettes, cigarettes | online cheap cigarettes | buy online cigarettes cheap | online cigarettes cheap | cheap cigarettes, discount cigarettes online | cigarettes_links.html | © 2003 COPYRIGHT. ALL RIGHTS RESERVED BY CIGARETTES-PLANET.NET online cigarettes | cheap cigarettes | cheap cigarettes | cigarettes, cheap cigarettes | cheap discount cigars, online cigars | cigars, online cigars shop | cheap cigars from cuba | cuban cigars store | cuban cigars online | marlboro cigarettes | buy online cigarettes | buy cheap online cigarettes | cheap cigarettes, discount cigarettes | Cheap cigarettes online | cheap cigarettes online, buy discount cigarettes | buy cheap online cigarettes | cheap cigarettes | cheap cigarettes online | discount cigarettes | cigaretts | cigarettes cheap | discount dallas cigarettes | buy cheap smokes online | cheap cigarettes, marlboro cigarettes | R1



| Philip Morris | British American Tobacco | Japan Tobaco Inl. | Others |
|---|---|---|---|
| BOND | 555 | CAMEL | DAVIDOFF |
| CHESTERFIELD | ALLIANCE | EPIQUE | DELTA |
| DALLAS | DUNHILL | MAGNA | ESSE |
| L&M | KENT | MILD SEVEN | GAULOISES |
| MARLBORO | LUCKY STRIKE | MONTE CARLO | GITANES |
| MURATTI | PALL MALL | MORE | KARELIA |
| NEXT | ROTHMANS | PETER I | SOBRANIE |
| PARLIAMENT | VICEROY | RUSSIAN STYLE | SOVEREIGN |
| PRESIDENT | VOGUE | SALEM | STYLE |
| VIRGINIA SLIMS | | WINSTON | WEST |

Cheap cigarettes HOME    INFO   F.A.Q.

SHOPPING CART
TELL A FRIEND
CONTACT US
PARTNERS

## Recomended links

Cheap cigarettes for **Ladies only**!
Online cigarettes store created especially for Ladies offers fresh and high quality cigarettes from Russia.

**Cheapest discount cigarettes store** #1 cigarettes online store.

**Authentic cuban cigars**
Very rellable supplier of original cuban cigars from Switzerland
http://www.my-cuban-cigars.com

**Cuban Cigars Store**
Original Cuban cigars online at Cuban Cigars Store! Free shipping

Debt Management UK - Debt Management Info UK and Debt Management Links

buy generic drugs online
Gold-RX.com offers cheap generic pills online. No prescription. Free and fast shipping.

Acid Cigars
Buy Acid cigars, discount acid cigars, wholesale acid cigars and arturo fuente cigars at discounted prices at Cigars Now

Cheap cigars online, discount Cigars store
Cigars shop CheapSmokingCigars.com - buy cheap and discount cuban cigars online!

Generic Pharmacy
Generics-RX.com - Buy generic Viagra, Levitra, Cialis online.

#1 Ebook-Store - Ebook-hub.com
We have the most extensive selections of ebooks available on the internet today.

## Buy cigars online
Buy authentic Cuban cigars online at Cigars-For-You.Com! Free shipping

## Generic pharmacy
Generic pharmacy online order generic viagra best seller purchasing discount generic drugs and medication.

## Canadian Pharmacy Canada Description of the Site: Canadian Pharmacy Trust is #1 Online Pharmacy serving USA residents at discount prices.

## LinkFinding.com Search Engine - Search Look, Find, Study, Research & Shop! Find it all here...

## Generic Pharmacy Online
Buy generic viagra Levitra, Cialis online at Generic-RX.net. Free shipping. No prescription.

Contact Lens Style Source - Contact Lens Style site: Shopping discount contact lenses and free shipping worldwide!

Send Flower online:Flower delivery - Send Flower online:Duoduoflower.com is to delivery flower Worldwide. Same day delivery of flower arrangements,roses,bouquets,plants.

Fossil Store - Fossil store sells watches,hangbag,apparel,sun glasses,etc.Fossil is a design, development, marketing and distribution company.

Home Decor Store - Home-Decor.biz offers lighting,hot tub,furniture store,garden furniture,bedroom furniture,shower,kitchen cabinet,toilet,bathroom,appliance,crystal,fireplace,shower curtain,lamp,patio furniture,etc.

Hotel Discount center - Hotel Discount center offers hotels discount worldwide. Enjoy your trip.

Inkjet Cartridge site - Inkjet cartridge & ink refill site offers paper,printer ink,ink,ink link,graph paper,printer cartridge,toner cartridge,inkjet printer,inkjet,,epson ink cartridge,ink refill,cartridge,etc.

Inkjet Cartridge Site: Ink refill - Inkjet cartridge for sale: we sell ink refill product. Quality inkjet cartidges with all printer brands Hp, EPSON, CANON, BROTHER, LEXMARK, XEROX and IBM with free shipping.

Contact Lens Style Site - Contact Lens Style: Shopping discount contact lenses and free shipping worldwide!

Magazine Subscriptions Finder - Magazine Subscriptions Finder is the magazine subscription search engine online to find lowest magazine subscription prices.

Magazine Subscriptions Finder - Magazine Subscriptions Finder(magazinesfinder.net) offers up to 92% discount on the magazine subscription purchase.

Magazine Subscriptions City - Magazine Subscriptions City(magscity.net) offers up to 92% discount on the magazine subscription purchase.

Discount Perfume & Cosmetics source - Welcome to mostBEAUTY.com (the Discount Perfume & discount cosmetic site) and purchase your interested discount cosmetic.

Online Shoes Store - Online shoes store offers 1000 shoes for you to shopping online.

Sail Boat Trader - We offers sail boat, fishing boat and boat service.Yes, we are boat trader.

Discount Perfume & Cosmetics site - SmileHappy.net is the discount perfume & discount cosmetics site. It offers shousands discount cosmetic product for you choose.

## Create a Free Website
Create a free website with free webmaster tools, tutorials and accessories.

## Discount perfume online
Perfume shop EZ-Perfume.com - buy cheap and discount perfume online!

## Tobacco cigarettes by brands related Directory

## Work at Home and Make Money Online Make money online: sign up Free and start to make money online right now with work at home based business opportunity.

## High Quality Natural Products and Nutritional Supplements High Quality Natural Products and Nutritional Supplements- Bee Royal Jelly, Bee Pollen, Propolis and Honey, Ginseng are natures most nutritious source of minerals and vitamins for energy and immune system protection...

Cigarettes - planet.net: discount cigarettes & at cheap prices. Partners page

Case 1:07-cv-08135-DAB    Document 1-2    Filed 09/17/2007    Page 68 of 75

http://www.cigarettes-planet.net/partners.html

2 Earn Money Online Working at Home...Sign up FREE! Would you like to Earn extra Money with your Work at Home Business Opportunity? Earn Money Online Now, It is FREE!"

Phentermine, Viagra from USA Pills.US - USA Pills - online pharmacy selling weight loss, beauty and health drugs, like phentermine, adipex, didrex, bontril, viagra. Fast shipping, low prices, wide choice of pills and drugs.

Deals, Coupons, Hot Deals, Coupon, Deal - Shopping Online! Discount GoDeals.com - save everywhere you go!

Lingerie, Romantic Gift, Leather Lingerie, Womens Lingerie, Sexy Lingerie Sexy Lingerie. Discount Prices. Sizes from S to 4X. Sexy styles for women including leather, silk, costumes, corsets, panties, thongs, bras, bodystockings and more.

Limousine, Limo Service in Los Angeles, Limo Services, Limo Rental PrimeLimo is the choice for your limousine service in Los Angeles area. Airport transportation, city tours, wedding ceremonies, business meetings, anniversary celebration, prom, graduation or birthday party - we got a limo for you!

Network Design and Integration, Network Management, Disaster Prevention and Recovery Planning Netwise Group Inc. is a Los Angeles based consulting company that provides business automation, computer network, wireless, internet and security solutions, remote and on-site support, and cost-effective IT outsourcing.

Cortislim, Cortisol, Ab Scissor, Ultimate HGH, Ionic Breeze Quadra Air Purifier, Lateral Thigh Trainer, Coral Calcium, Scunci Steamer, Cybersonic, Body Dome, Power Juicer, Motor Millions, HGH All products As SEEN on TV !

Xenadrine EFX, Leptoprin, Anorex, Stacker 2, Stacker 3, TrimSpa, Zantrex 3, 1-AD ErgoPharm, NoX2, Muscle Milk, Lipo-6, Relacore, Thermogenics Plus, Dermalin, Hydroxycut, Mag 10 Shopping At Nurition Producs .com! Find Your best way to buy Nutrition Products at www.nutritionproducts.com

As Seen On TV Products, Relacore, IGIA, ZYLOGEN, Coral Calcium, Botopical, 6 Second ABS, Simply Shapers, Ultimate Chopper, Smoke Away, Hair Made, Bun and Thigh Max

Cuban cigars at Best Cigar Prices
Cigars premier website BestCigarPrices.com purchases only the major brand cigars including, Cuban cigars, humidors and cigar lighters, so buy cigars online.

Resume Writing - Sample **Resume Writing** tips and tricks. **Resume Writing** services also available.

**GradeBook** - Easy to use teacher's **gradebook**. The most feature packed **grade book** on the market today.

**Cheap-Buy-Sell.Com** - all about online shopping and shopping online for best buy and sell. Cheap buy and sell. Direct buy online. Find it easier.

Debt Help UK - The UK's most comprehensive directory of Debt Help websites, Debt Help Information and other links

# 1 Amazing Celebrity Posters Have a favorite celebrity? You can buy a celebrity poster online, here, now.

# 1 Beautiful Posters of Music Do you have a favorite singer, group, or band? You can buy a music poster online, here, now.

# 1 Sport Posters Online Your sports posters are found on hand here . Sport poster for all of your collectible or entertainment pleasures.

# 1 Celebrity Models Posters Have a favorite Model? You can buy a Celebrity Model poster online, here, now.

# 1 Online Posters of favorite Actor or Actress Have a favorite Celebrity Actors - Buy a poster online, here, now.

# 1 Buy amazing flower posters online Flowers that you would enjoy day by day. Amazing Posters of Flowers.

# 1 Auto&Cars Posters online for you Have a favorite Auto - Buy a poster online, here, now.

# 1 Humor in posters. Bring joy to your home. Amazing Posters of Humor

# 1 Amazing Posters of Scenic Best Posters on Scenic subject.

# 1 Wide selection of movie posters Amazing Posters of Movies. You can buy any poster online, here, now.

# 1 Hip Hop and Rap: Posters online Wide Selection of Hip Hop and Rap posters for you.

# 1 Interesting Posters of Space online Very beautiful space posters. Buy online.

# 1 Dogs Posters Online A lot of Dogs posters, cheap and fast delivery.

# 1 Amazing Dolphin Posters Dolphin posters. You can post it on your wall.

# 1 Online Posters of Vintage Best Selection and best prices.

**Want link exchange. Email us links@cigmall.net**

1. Your site title.
2. Your site description.
3. Your site URL.
4. The link at your site with link to our.
5. Just copy and paste our code.

```
<a href="http://www.cigmall.net">Buy cheap cigarettes online</a> CIGmall.net -
cheap, discount, tax free cigarettes online store!
```

| discount cigarettes | discount cigarettes, cigarettes | online cheap cigarettes | buy online cigarettes cheap | online cigarettes cheap | cheap cigarettes, discount cigarettes online | cigarettes_links.html | © 2003 COPYRIGHT. ALL RIGHTS RESERVED BY CIGARETTES-PLANET.NET online cigarettes | cheap cigarettes | cheap cigarettes | cigarettes, cheap cigarettes | cheap discount cigars, online cigars | cigars, online cigars shop | cheap cigars from cuba | cuban cigars store | cuban cigars online | marlboro cigarettes | buy online cigarettes | buy cheap online cigarettes | cheap cigarettes, discount cigarettes | Cheap cigarettes online | cheap cigarettes online, buy discount cigarettes | buy cheap online cigarettes | cheap cigarettes | cheap cigarettes online | discount cigarettes | cigaretts | cigarettes cheap | discount dallas cigarettes | buy cheap smokes online | cheap cigarettes, marlboro cigarettes | R1



| Philip Morris | British American Tobacco | Japan Tobacco Int. | Others |
|---|---|---|---|
| BOND | 555 | CAMEL | DAVIDOFF |
| CHESTERFIELD | ALLIANCE | EPIQUE | DELTA |
| DALLAS | DUNHILL | MAGNA | ESSE |
| L&M | KENT | MILD SEVEN | GAULOISES |
| MARLBORO | LUCKY STRIKE | MONTE CARLO | GITANES |
| MURATTI | PALL MALL | MORE | KARELIA |
| NEXT | ROTHMANS | PETER I | SOBRANIE |
| PARLIAMENT | VICEROY | RUSSIAN STYLE | SOVEREIGN |
| PRESIDENT | VOGUE | SALEM | STYLE |
| VIRGINIA SLIMS | | WINSTON | WEST |

SHOPPING CART
TELL A FRIEND
CONTACT US
PARTNERS

Marlboro cigarettes at Cigarettes-planet.net Our online store offers discount *marlboro* online, lights, menthol and other cheap cigarettes, **marlboros**. Our online cigarette are of the highest quality! Our marlboro are delivered fresh to your door.

## Marlboro Cigarettes from Ukraine
### Delivery times: 9-18 days

According to the new regulations on cigarettes that prohibits labeling the cigarettes as "light", "ultra light" or "mild" some sub-brands have new names. Please see the old names written in the brackets.

## Marlboro Red pack



**$16.45**

**1 carton**
200 cigarettes
Tar - 10 mg
Nicotine - 0.8 mg



**$42.75**

**3 cartons**
600 cigarettes
$14.25



**$82.20**

**6 cartons**
1200 cigarettes
$13.70



## Marlboro MX4 Flavor (Medium)

$13-70 for Marlboro cigarettes online. Discount marlboro cigarette.

http://www.cigarettes-planet.net/marlboro_cigarettes.html



**$16.45**

**1 carton**

200 cigarettes
Tar - 8 mg
Nicotine - 0.6 mg



**$42.75**

**3 cartons**

600 cigarettes

**$14.25**



**$82.20**

**6 cartons**

1200 cigarettes

**$13.70**



## Marlboro Gold pack (Lights brown filter)



**$16.45**

**1 carton**

200 cigarettes
Tar - 6 mg
Nicotine - 0.5 mg



**$42.75**

**3 cartons**

600 cigarettes

**$14.25**



**$82.20**

**6 cartons**

1200 cigarettes

**$13.70**



## Marlboro Silver pack (Ultra Lights)



**$16.45**

**1 carton**

200 cigarettes
Tar - 4 mg
Nicotine - 0.4 mg



**$42.75**

**3 cartons**

600 cigarettes

**$14.25**



**$82.20**

**6 cartons**

1200 cigarettes

**$13.70**



## Marlboro Filter Plus

$13-70 for Marlboro cigarettes online. Discount marlboro cigarette.

Case 1:07-cv-08135-DAB    Document 1-2    Filed 09/17/2007    Page 72 of 75

http://www.cigarettes-planet.net/marlboro_cigarettes.html



**$25.00**

**1 carton**

200 cigarettes
Tar - 3 mg
Nicotine - 0.2 mg



**$72.60**

**3 cartons**

600 cigarettes

**$24.20**



**$142.20**

**6 cartons**

1200 cigarettes

**$23.70**



## Marlboro Filter Plus One



**$25.00**

**1 carton**

200 cigarettes
Tar - 1 mg
Nicotine - 0.1 mg



**$72.60**

**3 cartons**

600 cigarettes

**$24.20**



**$142.20**

**6 cartons**

1200 cigarettes

**$23.70**



# Marlboro Cigarettes from Russia
### Delivery times: 11-20 days

## Marlboro Red



**$22.15**

**1 carton**

200 cigarettes
Tar - 10 mg
Nicotine - 0.8 mg

**$56.85**

**3 cartons**

600 cigarettes

**$18.95**



**$110.70**

**6 cartons**

1200 cigarettes

**$18.45**



## Marlboro Lights

$13-70 for Marlboro cigarettes online. Discount marlboro cigarette.

http://www.cigarettes-planet.net/marlboro_cigarettes.html



**$22.15**

**1 carton**

200 cigarettes
Tar - 6 mg
Nicotine - 0.5 mg



**$56.85**

**3 cartons**

600 cigarettes
**$18.95**

**$110.70**

**6 cartons**

1200 cigarettes
**$18.45**

## Marlboro Ultra Lights



**$22.15**

**1 carton**

200 cigarettes
Tar - 4 mg
Nicotine - 0.4 mg

**$56.85**

**3 cartons**

600 cigarettes
**$18.95**



**$110.70**

**6 cartons**

1200 cigarettes
**$18.45**

## Marlboro Lights Menthol



**$22.15**

**1 carton**

200 cigarettes
Tar - 6 mg
Nicotine - 0.5 mg

**$56.85**

**3 cartons**

600 cigarettes
**$18.95**

**$110.70**

**6 cartons**

1200 cigarettes
**$18.45**

## Marlboro Filter Plus
## (Will be available from August! )

$13-70 for Marlboro cigarettes online. Discount marlboro cigarette.
http://www.cigarettes-planet.net/marlboro_cigarettes.html



| **$32.40** | **$90.45** | **$177.90** |
|---|---|---|
| **1 carton** | **3 cartons** | **6 cartons** |
| 200 cigarettes | 600 cigarettes | 1200 cigarettes |
| Tar - 3 mg | **$30.15** | **$29.65** |
| Nicotine - 0.2 mg | | |
| SOLD OUT | SOLD OUT | SOLD OUT |

**WARNING**: You must be at least **18** years old to shop at http://www.cigarettes-planet.net

If you wish to really save money on your smokes, choose our cheap cigarettes online store. Buy Fresh Quality Marlboro at our shop, the first choice of smokers to find the best deals on tobacco. We offer value and native brands. Why pay the high price of those premium and generic brand when you can find a very comparable special brand.

| discount cigarettes | discount cigarettes, cigarettes | online cheap cigarettes | buy online cigarettes cheap | online cigarettes cheap | cheap cigarettes, discount cigarettes online | cigarettes_links.html |  online cigarettes | cheap cigarettes | cheap cigarettes | cigarettes, cheap cigarettes | cheap discount cigars, online cigars | cigars, online cigars shop | cheap cigars from cuba | cuban cigars store | cuban cigars online | marlboro cigarettes | buy online cigarettes | buy cheap online cigarettes | cheap cigarettes, discount cigarettes | Cheap cigarettes online | cheap cigarettes online, buy discount cigarettes | buy cheap online cigarettes | cheap cigarettes | cheap cigarettes online | discount cigarettes | cigaretts | cigarettes cheap | discount dallas cigarettes | buy cheap smokes online | cheap cigarettes, marlboro cigarettes | R1

 **PhilipMorrisUSA**

• Contact Us  • Site Map  • PM USA en Español  • FAQs  • Careers

Search [Go]

Search Help

**About Us**

**Progress Toward Our Mission Goals**

**Product Facts**

**Smoking & Health Issues**

**Legislation & Regulation**

**Our Initiatives & Programs**

**Welcome to the Philip Morris USA Company Website**
Our goal is to be the most responsible, effective and respected developer, manufacturer and marketer of consumer products, especially products intended for adults. Learn more »



## Smoking & Health Issues

Information about health issues related to smoking...

• Low Tar Cigarettes
• Addiction
• More Topics

### About This Site

The purpose of this site is to share information about our Company, our issues and our programs. *It is **not** intended to market, advertise, promote or offer coupons for our cigarette brands.*

### Visit the Parent Resource Center

Tips and tools for talking to your kids about not smoking.

Now also available en Español!

Visit Parent Resource Center >

### If you decide to quit smoking...

 QuitAssist™

Your connection to a wealth of expert quitting information.

Now also available en Español!

Visit QuitAssist™ >

### Our New Products

While our primary business is cigarettes, we continue to explore new products.

• Read about Marlboro Moist Smokeless Tobacco
• Visit our smokeless tobacco products site

## Company Highlights

Philip Morris USA to Introduce Marlboro Moist Smokeless Tobacco
Company to test market moist smokeless tobacco product in October. Click here to learn more.

### Say No to a 156% Tax Increase on Cigarettes!

Philip Morris USA opposes the proposed increase in the federal excise tax on cigarettes. If you oppose the proposed tax increase, click here to send an email to your legislators.



### Other Topics

• News & Media
• Community Involvement
• Youth Smoking Prevention
• Animal Care & Use
• Regulatory Reporting Requirements

Company Highlights Archive
View previous company highlights.

© 2007 Philip Morris USA        Terms of Use | Privacy Statement | Altria Group, Inc.