# EXHIBIT E

Discount Cigarettes, Buy discount Marlboro $13.70

http://www.cigarettes-planet.com



**Discount cigarettes**

cheap cigarettesHOME   INFO   F.A.Q.

| Philip Morris | BAT | Japan Tobacco Int | Others |
|---|---|---|---|
| BOND | 555 | CAMEL | DAVIDOFF |
| CHESTERFIELD | ALLIANCE | EPIQUE | DELTA |
| DALLAS | DUNHILL | MAGNA | ESSE |
| L&M | KENT | MILD SEVEN | GAULOISES |
| MARLBORO | LUCKY STRIKE | MONTE CARLO | GITANES |
| MURATTI | PALL MALL | MORE | KARELIA |
| NEXT | ROTHMANS | PETER I | SOBRANIE |
| PARLIAMENT | VICEROY | RUSSIAN STYLE | SOVEREIGN |
| PRESIDENT | VOGUE | SALEM | STYLE |
| VIRGINIA SLIMS | | WINSTON | WEST |

SHOPPING CART
TELL A FRIEND
CONTACT US
PARTNERS

Discount Cigarettes! Our online store was created as the cheapest discount cigarettes shop in Internet, which offers discount tobacco smokes. Cigarettes-planet.com would like to help you save money and time by delivering your favorite cheap cigarette brands to your door at cheap prices.

**We ship in the USA only. All 50 states!**
**We do not report any information about our consumers to any authorities!**
**We offer European made cigarettes!**

If you are interested in American made cigs **click here - Discount cigarettes from USA**

While we don't ship to other countries due to the customs problems. Feel free to provide us with proper information about taxes in your country. It will help us to improve on our service and to make our service better and wider.

Most premium cheap cigarettes online are available and delivered fresh to your doorstep within an average of **9 - 18** working days.



BESTSELLERS

**CAMEL FILTERS BOX**

$12.95

Price per 200 cigarettes, 1-carton

**KENT PREMIUM**

$14.90

Price per 200 cigarettes, 1-carton

**MARLBORO RED BOX**

$13.70

Price per 200 cigarettes, 1-carton

**L&M LIGHTS BOX**

$10.80

Price per 200 cigarettes, 1-carton

**LUCKY STRIKE BOX**

$13.20

Price per 200 cigarettes, 1-carton

**PALL MALL LIGHTS**

$10.80

Price per 200 cigarettes, 1-carton

**WARNING: You must be at least 18 years old to buy at http://www.cigarettes-planet.com**

Due to the positive tax regime where we are located you are able to benefit from prices you used to pay years ago. Tax Free and Duty Free means discount prices for you, so don't hesitate, buy cheap cigarettes online.

If you wish to really save money on your cigarettes, choose our online store. Buy Discount Cigarettes Online at Cigarettes-planet.com, the first choice of smokers to find the best deals on tobacco online. Why pay the high price of those premium and generic brands when you can find a very comparable special

cigarette brand.

cigarettes discount online cheap cigarettes buy discount cheap cigarettes online cheap online cigarettes cigarettes links cheap cigarettes cuban cigars store cigarettes online cheap cigarettes cheap cigarettes Marlboro discount cigarette cohiba cigars cheap cigars online cuban cigars store cheap cuban cigars discount cigarettes online cheap cigarettes online cigarettes cheap cigarettes discount online discount cheap cigarettes cheap cigarettes, marlboro cigarettes cheap cigarettes, discount cigarettes cheap cigarettes

CINTEK UK LTD. SUITE B, 29 HARLEY STREET LONDON, W1G 9QR, UK

Cigarettes - planet.net: discount cigarettes & cheap cigarettes. FAQ

Case 1:07-cv-08135-DAB    Document 1-3    Filed 09/17/2007    Page 4 of 64

http://www.cigarettes-planet.com/info.html



| Philip Morris | BAT | Japan Tobaco Inl. | Others |
|---|---|---|---|
| BOND | 555 | CAMEL | DAVIDOFF |
| CHESTERFIELD | ALLIANCE | EPIQUE | DELTA |
| DALLAS | DUNHILL | MAGNA | ESSE |
| L&M | KENT | MILD SEVEN | GAULOISES |
| MARLBORO | LUCKY STRIKE | MONTE CARLO | GITANES |
| MURATTI | PALL MALL | MORE | KARELIA |
| NEXT | ROTHMANS | PETER I | SOBRANIE |
| PARLIAMENT | VICEROY | RUSSIAN STYLE | SOVEREIGN |
| PRESIDENT | VOGUE | SALEM | STYLE |
| VIRGINIA SLIMS | | WINSTON | WEST |

Cheap cigarettes **HOME     INFO     F.A.Q.**

SHOPPING CART
TELL A FRIEND
CONTACT US
PARTNERS

## Info

Delivery Info

| | |
|---|---|
| Shipping cost | $3.45 per carton |
| Handling cost | 7.00 per order |
| Delivery time (Ukraine) | 9-18 days |
| Delivery time (Russia) | 11-20 days |

Payment Info

**Payment can be made by Visa Card and E-checks online**

**WARNING: You must be at least 18 years old to shop at http://www.cigarettes-planet.com**

© 2003 about (url dell or mcd e) reserved hp e cigaretes planet-om

cigarettes discount online cheap cigarettes buy discount cheap cigarettes online cheap online cigarettes cigarettes links cheap cigarettes cuban cigars store cigarettes online cheap cigarettes cheap cigarettes Marlboro discount cigarette cohiba cigars cheap cigars online cuban cigars store cheap cuban cigars discount cigarettes online cheap cigarettes online cigarettes cheap cigarettes discount online discount cheap cigarettes cheap cigarettes, marlboro cigarettes cheap cigarettes, discount cigarettes cheap cigarettes

Cigarettes - planet.net discount cigarettes & cheap cigarettes. FAQ

Case 1:07-cv-08135-DAB    Document 1-3    Filed 09/17/2007    Page 5 of 64

http://www.cigarettes-planet.com/cigarettes_faq.html



| Philip Morris | BAT | Japan Tobacco Int. | Others |
|---|---|---|---|
| BOND | 555 | CAMEL | DAVIDOFF |
| CHESTERFIELD | ALLIANCE | EPIQUE | DELTA |
| DALLAS | DUNHILL | MAGNA | ESSE |
| L&M | KENT | MILD SEVEN | GAULOISES |
| MARLBORO | LUCKY STRIKE | MONTE CARLO | GITANES |
| MURATTI | PALL MALL | MORE | KARELIA |
| NEXT | ROTHMANS | PETER I | SOBRANIE |
| PARLIAMENT | VICEROY | RUSSIAN STYLE | SOVEREIGN |
| PRESIDENT | VOGUE | SALEM | STYLE |
| VIRGINIA SLIMS | | WINSTON | WEST |

Cheap cigarettes HOME    INFO    F.A.Q.

SHOPPING CART
TELL A FRIEND
CONTACT US
PARTNERS

## Frequently Asked Questions

DELIVERY

PAYMENTS

PRODUCTS

PRICES

CUSTOMS

RETURN POLICY

**Delivery**

### What countries do you deliver your products?

We deliver to USA only.

### How long does the delivery take?

Delivery takes 9-18 days from Ukraine and 11-20 days from Russia.

### What are your delivery rates?

Delivery rate is $3.45 per 1 carton. Please note that we have a handling fee of $7.00 per order.

### Are the mailing times shown on site guaranteed?

No. Air Mail delivery can be affected by mailing problems in the destination US state. But we meet mailing problems so rare that no statistics can be made out of this.

### If I place an order on Saturday, when my order will be sent?

When we receive orders we guarantee to ship them in 2 working days

Cigarettes - planet.net - discount cigarettes & cheap cigarettes. FAQ

Case 1:07-cv-08135-DAB    Document 1-3    Filed 09/17/2007    Page 6 of 64

http://www.cigarettes-planet.com/cigarettes_faq.html

(usually it takes not more than 36 hours). Orders placed on Thursdays are processed on Fridays and shipped on Mondays. Orders placed on Fridays, Saturdays and Public Holidays are processed on the first working day after reception and shipped on the second day. The day and time when your order was packed and shipped you'll receive by special e-mail. Please, notice that we do not ship orders within 24 hours to give you a possibility to change or update your postal address and/or the order items. In such cases you must immediately send us an e-mail with your changes . Please don't forget to quote your order number when writing about changes in your order.

### What do you mean under word "parcel"?

Parcel is a package with maximum volume of 6 cartons (or 8 cartons in rare cases) packed into a special carton box for your cigarettes to reach you in a perfect condition.

### Do you deliver by any couriers? (e.g.: DHL, UPS, TNT, etc.)

No. We work with the European AirMail only.

### Can I track my order?

No, as the parcels are sent by AirMail there are no trackings.

### What happens if I am not at home when the parcel arrives?

There are two possibilities:

1.The parcel can only be delivered to the addressee or to another person (e.g. a member of the family, a colleague, a porter, etc.) who will sign a receipt. If no-one is at home, a postman will leave a note

2.The parcel can be taken from your local post office with no additional charge. Please note that this standard procedure may slightly differ from state to state.

**TOP**

### What payment methods do you accept?

We accept Credit Cards (Visa) and eChecks.

### Can I pay by postal order or money order?

No. Unfortunately we accept credit cards and eChecks only.

### Can I place an order by telephone or Fax?

No. You can place your order online only.

### How to pay by check?

Payment by check is a processing service that allows customers to pay for cigarettes over the Internet by check without the need to mail a check. To pay by check please follow the below steps: Get your checkbook. Pull out the next valid check. Copy all information from that check to the last checkout form. Press the "Complete Purchase" button on the last checkout form and wait for the confirmation screen. Write void on your check and keep it with your printed receipt. Make sure to record an entry in your check register for the amount of this check and the check number. You will see this transaction in your monthly bank statement soon.

### What is your Chargeback policy?

We will not tolerate credit card chargebacks and any customer

attempting or threatening to do this will be immediately barred from making any future purchases on this website as well as having their card blacklisted among processors. If there is a problem we will always seek a solution resulting in either a refund or a reship in line with our structured reship and refund procedure.

**TOP**

### Do you sell other brands of cigarettes in addition to those advertised at your site?

No. The only brands we sell are shown on the Top of the pages.

### Are the cigarettes sold at Cigarettes-Planet.com first choice?

The cigarettes sold at Cigarettes-Planet.com are of the highest quality available on the market made under the authorisation of worldwide known tobacco manufacturers. We sell brands made in Europe.

### Do I have to pay a fee to join Cigarettes-Planet.com?

No, you do not, the access to our site is free, you don't need to pay a fee to enter it or to make your purchases.

### Is there any difference between the American and the European made cigarettes ?

Yes. The first are made to match the taste of American smokers while the second are suited to European tastes. Philip Morris does not provide any other information on this matter. According to smokers (and suggestions), the European ones may be slightly stronger. There is only one way to find out. Try them!

**TOP**

All the prices listed in our store are in US dollars and the amount charged from your credit card must be equal to the amount for cigarettes bought.

Shipping cost - $3.45 per carton
Handling cost - $7.00 per order

### Why are the prices of the cigarettes sold at Cigarettes-Planet.com considerably more competitive than your competitors?

We purchase bulk amounts of cigarettes from the manufacturers and we limit our choice to a few selected brands. The products reach our customers without additional steps and the procedure is extremely rational.

**TOP**

### Do you guarantee that no duty will be paid world-wide?

No, we don't. Some countries may occasionally not apply the international postal regulations and standards.

If you finally got in the situation of having to pay taxes you can do the following:

-you can pay taxes and pick up the parcels

-you can reject the parcels and ask for money back. The cigarettes will be sent back and we guarantee to make the refund minus shipping and handling charges as soon as it reaches us.

Cigarettes - planet.net - discount cigarettes & cheap cigarettes. FAQ

Case 1:07-cv-08135-DAB    Document 1-3    Filed 09/17/2007    Page 8 of 64

http://www.cigarettes-planet.com/cigarettes_faq.html

### Is smoking duty-free cigarettes against the law?

No. Duty-free cigarettes can be smoked anywhere in the world. These cigarettes are sold in all International airports.

### Is reselling duty-free cigarettes against the law?

Yes. This is against the law in all countries world-wide.

The cigarettes on sale at Cigarettes-Planet.com are for **personal use only** and not for resale.

### Can Cigarettes-Planet.com disclose data on who bought cigarettes online to others?

Absolutely not. All personal Information in the Cigarettes-Planet.com web site will be treated according to the National Law. The data could not be disclosed even upon an official request submitted by foreign country authorities.

TOP

### What is your return policy?

If you receive an Incorrect Item due to a mistake on our part please email us and we will gladly replace the wrong item with the correct item. If there was a mistake on your part you can ship the incorrect merchandise back to us at your expense. Any Item(s) sent out after your original order due to a mistake or damage will be charged to your credit card. Once the Incorrect or damaged item(s) are returned to Cigarettes-Planet.com we will credit that amount back to your credit card.
If you decide that after you receive your order you do not want an item(s) just return the "unopened" carton(s) back to us at support@cigarettes-planet.com and we will refund your credit card. Shipping fees cannot be refunded. Refunds take up to 10 business days to process. There is a 15% restocking fee on all returns. All returns must be made within 30 days of purchase.

TOP

**WARNING: You must be at least 18 years old to shop at http://www.cigarettes-planet.com**

© 2003-2007 Cigarettes - All rights reserved by Cigarettes-Planet.com

cigarettes discount online cheap cigarettes buy discount cheap cigarettes online cheap online cigarettes cigarettes links cheap cigarettes cuban cigars store cigarettes online cheap cigarettes cheap cigarettes Marlboro discount cigarette cohiba cigars cheap cigars online cuban cigars store cheap cuban cigars discount cigarettes online cheap cigarettes online cigarettes cheap cigarettes discount online discount cheap cigarettes cheap cigarettes, marlboro cigarettes cheap cigarettes, discount cigarettes cheap cigarettes

**Discount cigarettes**



Cheap cigarettes HOME    INFO   F.A.Q.

| Philip Morris | British American Tobacco | Japan Tobaco Int. | Reemstma |
|---|---|---|---|
| BOND | 555 | CAMEL | DAVIDOFF |
| CHESTERFIELD | DUNHILL | MAGNA | R1 |
| DALLAS | KENT | MILD SEVEN | WEST |
| L&M | LUCKY STRIKE | MONTE CARLO | ESSE |
| MARLBORO | PALL MALL | MORE | VICEROY |
| PARLIAMENT | ROTHMANS | SALEM | |
| VIRGINIA SLIMS | VOGUE | WINSTON | |

SHOPPING CART
TELL A FRIEND
CONTACT US
LINKS

Recomended links

**Buy cheap cigarettes at Cigmall.Net**
Order the cheapest brand name cigarettes at discount prices. Marlboro and Camel.

**Buy cigarettes cheap online:** Cheap cigarettes online store

**buy generic drugs online** Gold-RX.com offers cheap generic pills online. No prescription. Free and fast shipping.

**Authentic cuban cigars**
Very reliable supplier of original cuban cigars from Switzerland
http://www.my-cuban-cigars.com

**Wood Dash Kits** FLarge selection of wood dash kits, carbonfiber dash kits and aluminium dash kits for your interiors enhancement

**Generic Pharmacy Online** Generics-RX.com - Buy generic Viagra, Levitra, Cialis online.

**Debt Management UK** - Debt Management Info UK and Debt Management Links

**Cuban Cigars Store**
Original Cuban cigars online at Cuban Cigars Store! Free shipping

**Dental Plans**
Dental plans for families and individuals.

**Generic pharmacy** Generic pharmacy online order generic viagra best seller purchasing discount generic drugs and medication.

**Cheap cigars online, discount Cigars store**
Cigars shop CheapSmokingCigars.com - buy cheap and discount cuban cigars online!

**Butane Lighters by BugStores**
A fine line of butane lighters for your cigar, pipe or cigarette. Choose from 40+ models – 5 Easy ways to browse for jet and torch lighters. BugStores.com was recommended by PLAYBOY Magazine in 2002!

Cigarettes - Planet.com: discount cigarettes & at cheap prices. Partners page

Case 1:07-cv-08135-DAB    Document 1-3    Filed 09/17/2007    Page 10 of 64

http://www.cigarettes-planet.com/partners.html

Generic Pharmacy Online Buy generic viagra Levitra, Cialis online at Generic-RX.net. Free shipping. No prescription.

## Shopping 

Buy cigars online
Buy authentic Cuban cigars online at Cigars-For-You.Com! Free shipping

Discount perfume store, cheap perfume online Discount perfume store online

#1 Ebook-Store - Ebook-hub.com
We have the most extensive selections of ebooks available on the internet today.

## LinkPartners.com
The Easy Way to Find Link Swap Partners

Canadian Pharmacy Canada Description of the Site: Canadian Pharmacy Trust is #1 Online Pharmacy serving USA residents at discount prices.

LinkFinding.com Search Engine - Search Look, Find, Study, Research & Shop! Find it all here...

**Hypnosis to stop and quit smoking of cigarette by attend seminar.:** Quitting smoking of cigarette by hypnosis, tape and attend to seminar, our products which is guaranteed helpful for stop smoking, it is used world wide for better result.

Create a Free Website
Create a free website with free webmaster tools, tutorials and accessories.

Top Affiliate Marketing Programs - Affiliate marketing directory
Cheap Cigarettes - Discount Cigarettes
Discount Cigarettes - Discount Cigarettes
Tax Free Cigarettes - Discount Cigarettes
Cheap Cigarettes - Discount Cigarettes
Online Cigarettes - Discount Cigarettes
Dealz2u.com - The best email offers online!
Pharmaceuticals Online - Information on prescription drugs.
Online Casino Internet Gambling - The best of online Casinos!
Selling on eBay - The ultimate guide to making BIG on eBay.
Sell on eBay - The ultimate guide to making BIG on eBay.
Legit Home Business - The ultimate guide to making BIG on eBay.
Ryan's Biker Gear - Biker gear for less!
Financial Services - The web's leading financial offers, credit repair, free reports and more.
Dropship Companies - Information on the best dropship programs on the net.
Free Satellite TV - Free satellite tv, up to 4 receivers, no equipment to buy, up to 256 channels and more!

Tobacco cigarettes by brands related Directory

Work at Home and Make Money Online Make money online: sign up Free and start to make money online right now with work at home based business opportunity.

High Quality Natural Products and Nutritional Supplements High Quality Natural Products and Nutritional Supplements- Bee Royal Jelly, Bee Pollen, Propolis and Honey, Ginseng are natures most nutritious source of minerals and vitamins for energy and immune system protection...

Cigarettes - Planet.com: discount cigarettes & at cheap prices. Partners page

Case 1:07-cv-08135-DAB    Document 1-3    Filed 09/17/2007    Page 11 of 64

http://www-cigarettes-planet.com/partners.html

2 Earn Money Online Working at Home...Sign up FREE! Would you like to Earn extra Money with your Work at Home Business Opportunity? Earn Money Online Now, It is FREE!"

http://www.graphix.sk/ Graphix Netcom: web design, internet solutions, graphics, 3D, electronic publishing, multimedia, animations, desktop publishing.

**ABG Free Design-Build-CAD-House Plans:**
Free Homebuilding and Homeplanning library. Sample houseplans. Free CAD, design, construction, décor, landscape software, home plans and more...

Air Ambulance Company
Lifeline Air Ambulance provides worldwide emergency and routine air ambulance services.

Best Shopping Network
The Best Shopping Network is a combination of Online Shopping Mall, Product Catalog, and Shopping Directory. From Here, You have an access to top online merchants, thousands of products, stores, and shopping related websites.

Midwest Gift World - Over 3,000 great gift ideas for any person, occasion or holiday! Gifts and Exclusives at fantastic low prices. Super sales and discounts! Fund-raisers, retailers and wholesale opportunities welcome.

VacationPeople.Com - Disney World Vacation Packages to Orlando, Florida. Enjoy great Orlando Vacations and save on accommodations and attraction tickets.

Tipking.com Household tips, hints and ideas to make our lives easier simple and cheaper. Get a tip hint for home, cleaning, garden, stains, beauty, washing, health, pets, kitchen, internet, children, homemaking, home repair and worklife.

Adjustable Rate Mortgage Advice, Calculators, and Amortization Calculators for your next home loan, refinance, or debt consolidation

Support Link Consultancy provides a free onsite link popularity checker. They also offer search engine optimization and a top ten search engine ranking or your money back.

Cheap cigarettes - order online Offers cheap cigarettes, discount cigars and other tobacco relative products.

**Rimonabant and Acomplia Information**New drugs may help smokers trying to quit.

Tobacco Palace Discount Cigarettes
Discount Cigarettes from $8.99 a Carton.

High quality Ringtones, mobile pets, voicemail, sms services, animated screensavers, operator logos, picture messages and polyphonic ringtones from add-nokia-ringtones.co.uk

Smoke Away Quit Smoking Program

Merchant Account USA Merchant Account provides low cost merchant account solutions.

VacationPeople.Com Disney World Vacation Packages to Orlando, Florida. Enjoy great Orlando Vacations and save on accommodations and attraction tickets

DomainSultan.com : Sell Your Domain Names!

Cigarettes - Planet.com: discount cigarettes & at cheap prices. Partners page

Case 1:07-cv-08135-DAB    Document 1-3    Filed 09/17/2007    Page 12 of 64

http://www.cigarettes-planet.com/partners.html

Offshore Development - A Global Directory of Offshore Services, Information and Other Links

Deal, Coupon, Hot Deals, Coupons - Shopping Online! GoDeals.com - save everywhere you go!

Lingerie, Sexy Lingerie, Plus Size Lingerie Sexy Lingerie. Discount Prices. Sizes from S to 4X. Sexy styles for women including leather, silk, costumes, corsets, panties, thongs, bras, bodystockings and more.

Limousine Service in Los Angeles ! PrimeLimo is the choice for your limousine service in Los Angeles area. Airport transportation, city tours, wedding ceremonies, business meetings, anniversary celebration, prom, graduation or birthday party - we got a limo for you!

Network Design and Integration, Network Management, Disaster Prevention and Recovery Planning Netwise Group Inc. is a Los Angeles based consulting company that provides business automation, computer network, wireless, internet and security solutions, remote and on-site support, and cost-effective IT outsourcing.

Ultimate HGH, Ionic Breeze Quadra Air Purifier, Lateral Thigh Trainer, Coral Calcium, Cortislim, Scunci Steamer, Cybersonic, Body Dome, Power Juicer, Motor Millions, HGH All products As SEEN on TV !

Promotion Index - An excellent resource for promotion!

Staceys Delightful gifts - A great gift shop offering hundred's of gifts, collectibles, home decor, christmas ornaments, a free electronic greeting card service, nostalgic gifts, porcelain dolls, water globes, miniature figurines and more! With secure online shopping.

PubSignShop.com - Personalized wood signs for sport, business and fun! These signs make excellent graduation gifts and recognition awards. Find just the right words for friends, family, neighbors, boss and co-workers.

Slippers at Fredi & Sons - Hotel, Spa, Bedroom Slippers - Exclusive supplier of slippers for hotel, spa and bedroom use. Terry, velour, bedroom and slippers with custom embroidery available.

Compare Travel Insurance - Compare Travel Insurance - Every major company, over 40 plans - Buy online.

Data Recovery Services - Data Recovery Services. Recovering data from all platforms and hard drive manufacturers

Cigarettes - Discount Cigarettes, Roll your Own, Cheap Cigarettes

Contact Lens Style Source - Contact Lens Style site: Shopping discount contact lenses and free shipping worldwide!

Send Flower online:Flower delivery - Send Flower online:Duoduoflower.com is to delivery    flower    Worldwide.    Same    day    delivery    of    flower arrangements,roses,bouquets,plants.

Fossil Store - Fossil store sells watches,hangbag,apparel,sun glasses,etc.Fossil is a design, development, marketing and distribution company.

Home Decor Store - Home-Decor.biz offers lighting,hot tub,furniture store,garden furniture,bedroom                              furniture,shower,kitchen cabinet,toilet,bathroom,appliance,crystal,fireplace,shower          curtain,lamp,patio furniture,etc.

Hotel Discount center - Hotel Discount center offers hotels discount worldwide.

Enjoy your trip.

Inkjet Cartridge site - Inkjet cartridge & ink refill site offers paper,printer ink,ink,ink link,graph paper,printer cartridge,toner cartridge,inkjet printer,inkjet,,epson ink cartridge,ink refill,cartridge,etc.

Inkjet Cartridge Site: Ink refill - Inkjet cartridge for sale: we sell ink refill product. Quality inkjet cartidges with all printer brands Hp, EPSON, CANON, BROTHER, LEXMARK, XEROX and IBM with free shipping.

Contact Lens Style Site - Contact Lens Style: Shopping discount contact lenses and free shipping worldwide!

Magazine Subscriptions Finder - Magazine Subscriptions Finder is the magazine subscription search engine online to find lowest magazine subscription prices.

Magazine Subscriptions Finder - Magazine Subscriptions Finder(magazinesfinder.net) offers up to 92% discount on the magazine subscription purchase.

Magazine Subscriptions City - Magazine Subscriptions City(magscity.net) offers up to 92% discount on the magazine subscription purchase.

Discount Perfume & Cosmetics source - Welcome to mostBEAUTY.com (the Discount Perfume & discount cosmetic site) and purchase your interested discount cosmetic.

Online Shoes Store - Online shoes store offers 1000 shoes for you to shopping online.

Sail Boat Trader - We offers sail boat, fishing boat and boat service.Yes, we are boat trader.

Discount Perfume & Cosmetics site - SmileHappy.net is the discount perfume & discount cosmetics site. it offers shousands discount cosmetic product for you choose.

Phentermine, Viagra from USA Pills.US - USA Pills - online pharmacy selling weight loss, beauty and health drugs, like phentermine, adipex, didrex, bontril, viagra. Fast shipping, low prices, wide choice of pills and drugs.


Buy Wine
San Pasqual Winery artfully handcrafts small batches of distinctive wines.

Hookahs and Flavored Tobacco SouthSmoke.com is a leader in providing high quality hookahs for your smoking pleasure. We are your #1 source for Hookahs, Water Pipes, and Flavored Tobacco, offering the lowest prices available anywhere.

**AlwaysOut Bars, Clubs and Nightlife** - Ultimate guide for Restaurants and Nightlife

Chatdynamix.com -Meet Hot Girls and Guys

Want big boobs?  Doctors guide to implants - a resource for women who take their breasts seriously

Bigbadroosters.com Big Cocks Huge Fighting Roosters - Monster Cock Fighting Site

Xenadrine EFX, Leptoprin, Anorex, Stacker 2, Stacker 3, TrimSpa, Zantrex 3, 1-AD ErgoPharm, NoX2, Muscle Milk, Lipo-6, Relacore, Thermogenics Plus, Dermalin, Hydroxycut, Mag 10

As Seen On TV Products, Relacore, IGIA, ZYLOGEN, Coral Calcium, Botopical, 6 Second ABS, Simply Shapers, Ultimate Chopper, Smoke Away, Hair Made, Bun and Thigh Max

**GradeBook** - Easy to use teacher's **gradebook**. The most feature packed **grade book** on the market today.

Resume Writing - Sample **Resume Writing** tips and tricks. **Resume Writing** services also available.


**Cheap-Buy-Sell.Com** - all about online shopping and shopping online for best buy and sell. Cheap buy and sell. Direct buy online. Find it easier.

Cigarettes - Planet.com: discount cigarettes & at cheap prices. Partners page

Case 1:07-cv-08135-DAB    Document 1-3    Filed 09/17/2007    Page 14 of 64

http://www.cigarettes-planet.com/partners.html

Canadian Pharmacy - Discount Prescription Drugs from Canada
Americans can now save up to 92% off the price of prescription medications from
Canada. Your discounted drugs are shipped directly from a canadian pharmacy to
your home within 7 to 10 days. Call us today for a price quote.

Maxxmall-elite.com - Comparison Shop for brand name and hard to find products.
Discounts, sales, coupons, and bargain shopping specials weekly on computers,
digital cameras, music, games, movies, travel, health and beauty, jewelry, clothing,
flowers, gifts, home and garden, and more...

Total Travel Insurance - Total Travel Insurance offers quotes from every major
travel insurance company. Over 50 travel insurance, travel medical, evacuation and
flight plans are quoted and compared, easy to buy online

Debt Help UK - The UK's most comprehensive directory of Debt Help websites, Debt
Help Information and other links

**Price Comparison Shopping**
Price comparison shopping portal with the best price search engines and online
shopping bots categorized. Find the lowest prices on anything.

Test-Mall.com Online Store
Test Mall offers you a great selection of FDA approved tests, including drug tests,
pregnancy tests, ovulation tests as well as other medical tests.

# 1 Amazing Celebrity Posters Have a favorite celebrity? You can buy a celebrity
poster online, here, now.
# 1 Beautiful Posters of Music Do you have a favorite singer, group, or band? You
can buy a music poster online, here, now.
# 1 Sport Posters Online Your sports posters are found on hand here . Sport poster
for all of your collectible or entertainment pleasures.
# 1 Celebrity Models Posters Have a favorite Model? You can buy a Celebrity Model
poster online, here, now.
# 1 Online Posters of favorite Actor or Actress Have a favorite Celebrity Actors - Buy
a poster online, here, now.
# 1 Buy amazing flower posters online Flowers that you would enjoy day by day.
Amazing Posters of Flowers.
# 1 Auto&Cars Posters online for you Have a favorite Auto - Buy a poster online,
here, now.
# 1 Humor in posters. Bring joy to your home. Amazing Posters of Humor
# 1 Amazing Posters of Scenic Best Posters on Scenic subject.
# 1 Wide selection of movie posters Amazing Posters of Movies. You can buy any
poster online, here, now.
# 1 Hip Hop and Rap: Posters online Wide Selection of Hip Hop and Rap posters for
you.
# 1 Interesting Posters of Space online Very beautiful space posters. Buy online.
# 1 Dogs Posters Online A lot of Dogs posters, cheap and fast delivery.
# 1 Amazing Dolphin Posters Dolphin posters. You can post it on your wall.
# 1 Online Posters of Vintage Best Selection and best prices.

**About my boobs** - a resource for women who take their breasts seriously

Maxxmall-elite.com - Comparison Shop for brand name and hard to find products.
Discounts, sales, coupons, and bargain shopping specials weekly on computers,
digital cameras, music, games, movies, travel, health and beauty, jewelry, clothing,
flowers, gifts, home and garden, and more...

Ceiling Speakers - Producers of the finest ceiling speakers, in wall speakers, outdoor
cabinet speakers audio stereo sub woofer speaker systems and sound systems for
commercial and residential applications.

UK Clinical Negligence Solicitors
Personal damage compensation claim assistance on medical, hospital or clinical
malpractice and negligence.

Cigarettes - Planet.com: discount cigarettes & at cheap prices. Partners page

Case 1:07-cv-08135-DAB    Document 1-3    Filed 09/17/2007    Page 15 of 64

http://www.cigarettes-planet.com/partners.html

Below Wholesale Surplus Merchandise
Closeouts, liquidations, salvage, overstocks, cancellations, store returns and below
wholesale surplus merchandise by the pallet, truck or trailerloads.


Add Free Link - Free web directory


**Commercial Real Estate South Florida** South Florida Commercial Real Estate offers commercial
buildings, office spaces, investment properties in South Florida

### Want link exchange. Email us links@clgmail.net with:

1. Your site title.
2. Your site description.
3. Your site URL.
4. The link at your site with link to our.
5. Just copy and paste our code.

```
<a href="http://www.cigarettes-planet.com">Discount Cigarettes</a> Tax free
cheap cigarette store offers Marlboro cigarettes from $13-70 from Russia!
```

sobranie black russian    camel cigarettes

$13-70 for Marlboro cigarettes online. Discount marlboro cigarette.

Case 1:07-cv-08135-DAB    Document 1-3    Filed 09/17/2007    Page 16 of 64

http://www.cigarettes-planet.com/marlboro_cigarettes.html



Cheap cigarettes **HOME**    **INFO**    **F.A.Q.**

| Philip Morris | BAT | Japan Tobaco Int. | Others |
|---|---|---|---|
| **BOND** | **555** | **CAMEL** | **DAVIDOFF** |
| **CHESTERFIELD** | **ALLIANCE** | **EPIQUE** | **DELTA** |
| **DALLAS** | **DUNHILL** | **MAGNA** | **ESSE** |
| **L&M** | **KENT** | **MILD SEVEN** | **GAULOISES** |
| **MARLBORO** | **LUCKY STRIKE** | **MONTE CARLO** | **GITANES** |
| **MURATTI** | **PALL MALL** | **MORE** | **KARELIA** |
| **NEXT** | **ROTHMANS** | **PETER I** | **SOBRANIE** |
| **PARLIAMENT** | **VICEROY** | **RUSSIAN STYLE** | **SOVEREIGN** |
| **PRESIDENT** | **VOGUE** | **SALEM** | **STYLE** |
| **VIRGINIA SLIMS** | | **WINSTON** | **WEST** |

SHOPPING CART
TELL A FRIEND
CONTACT US
PARTNERS

Marlboro cigarettes at Cigarettes-planet.com Our online store offers discount *marlboro* online, lights, menthol and other cheap cigarettes, **marlboros**. Our online cigarette are of the highest quality! Our marlboro are delivered fresh to your door.

## Marlboro Cigarettes from Ukraine
### Delivery times: 9-18 days

According to the new regulations on cigarettes that prohibits labeling the cigarettes as "light", "ultra light" or "mild" some sub-brands have new names. Please see the old names written in the brackets.

## Marlboro Red pack



| **$16.45** | **$42.75** | **$82.20** |
|---|---|---|
| **1 carton** | **3 cartons** | **6 cartons** |
| 200 cigarettes | 600 cigarettes | 1200 cigarettes |
| Tar - 10 mg | **$14.25** | **$13.70** |
| Nicotine - 0.8 mg | | |

 

## Marlboro MX4 Flavor (Medium)

$13-70 for Marlboro cigarettes online. Discount marlboro cigarette.

Case 1:07-cv-08135-DAB    Document 1-3    Filed 09/17/2007    Page 17 of 64

http://www.cigarettes-planet.com/marlboro_cigarettes.html



| $16.45 | $42.75 | $82.20 |
|---|---|---|
| **1 carton** | **3 cartons** | **6 cartons** |
| 200 cigarettes<br>Tar - 8 mg<br>Nicotine - 0.6 mg | 600 cigarettes<br>$14.25 | 1200 cigarettes<br>$13.70 |

  

## Marlboro Gold pack (Lights brown filter)



| $16.45 | $42.75 | $82.20 |
|---|---|---|
| **1 carton** | **3 cartons** | **6 cartons** |
| 200 cigarettes<br>Tar - 6 mg<br>Nicotine - 0.5 mg | 600 cigarettes<br>$14.25 | 1200 cigarettes<br>$13.70 |

  

## Marlboro Silver pack (Ultra Lights)



| $16.45 | $42.75 | $82.20 |
|---|---|---|
| **1 carton** | **3 cartons** | **6 cartons** |
| 200 cigarettes<br>Tar - 4 mg<br>Nicotine - 0.4 mg | 600 cigarettes<br>$14.25 | 1200 cigarettes<br>$13.70 |

  

## Marlboro Filter Plus

$13-70 for Marlboro cigarettes online. Discount marlboro cigarette.

Case 1:07-cv-08135-DAB    Document 1-3    Filed 09/17/2007    Page 18 of 64

http://www.cigarettes-planet.com/marlboro_cigarettes.html



**$25.00**

**1 carton**

200 cigarettes
Tar - 3 mg
Nicotine - 0.2 mg

**$72.60**

**3 cartons**

600 cigarettes

$24.20



**$142.20**

**6 cartons**

1200 cigarettes

$23.70





### Marlboro Filter Plus One



**$25.00**

**1 carton**

200 cigarettes
Tar - 1 mg
Nicotine - 0.1 mg

**$72.60**

**3 cartons**

600 cigarettes

$24.20



**$142.20**

**6 cartons**

1200 cigarettes

$23.70





# Marlboro Cigarettes from Russia
### Delivery times: 11-20 days

## Marlboro Red



**$22.15**

**1 carton**

200 cigarettes
Tar - 10 mg
Nicotine - 0.8 mg

**$56.85**

**3 cartons**

600 cigarettes

$18.95



**$110.70**

**6 cartons**

1200 cigarettes

$18.45





## Marlboro Lights

$13-70 for Marlboro cigarettes online. Discount marlboro cigarette.

Case 1:07-cv-08135-DAB    Document 1-3    Filed 09/17/2007    Page 19 of 64

http://www.cigarettes-planet.com/marlboro_cigarettes.html



**$22.15**

**1 carton**
200 cigarettes
Tar - 6 mg
Nicotine - 0.5 mg



**$56.85**

**3 cartons**
600 cigarettes
**$18.95**



**$110.70**

**6 cartons**
1200 cigarettes
**$18.45**



## Marlboro Ultra Lights



**$22.15**

**1 carton**
200 cigarettes
Tar - 4 mg
Nicotine - 0.4 mg



**$56.85**

**3 cartons**
600 cigarettes
**$18.95**



**$110.70**

**6 cartons**
1200 cigarettes
**$18.45**



## Marlboro Lights Menthol



**$22.15**

**1 carton**
200 cigarettes
Tar - 6 mg
Nicotine - 0.5 mg



**$56.85**

**3 cartons**
600 cigarettes
**$18.95**



**$110.70**

**6 cartons**
1200 cigarettes
**$18.45**



## Marlboro Filter Plus
## (Will be available from August! )

$13-70 for Marlboro cigarettes online. Discount marlboro cigarette.

Case 1:07-cv-08135-DAB    Document 1-3    Filed 09/17/2007    Page 20 of 64

http://www.cigarettes-planet.com/marlboro_cigarettes.htm



**$32.40**

**1 carton**

**200 cigarettes**
Tar - 3 mg
Nicotine - 0.2 mg



**$90.45**

**3 cartons**

**600 cigarettes**

**$30.15**

SOLD OUT

**$177.90**

**6 cartons**

**1200 cigarettes**

**$29.65**



**WARNING:** You must be at least **18** years old to shop at http://www.cigarettes-planet.com

If you wish to really save money on your smokes, choose our cheap cigarettes online store. Buy Fresh Quality Marlboro at our shop, the first choice of smokers to find the best deals on tobacco. We offer value and native brands. Why pay the high price of those premium and generic brand when you can find a very comparable special brand.

© 2003-2007 copyright. All rights reserved by Cigarettes Planet.com

cigarettes discount online cheap cigarettes buy discount cheap cigarettes online cheap online cigarettes cigarettes links cheap cigarettes cuban cigars store cigarettes online cheap cigarettes cheap cigarettes Marlboro discount cigarette cohiba cigars cheap cigars online cuban cigars store cheap cuban cigars discount cigarettes online cheap cigarettes online cigarettes cheap cigarettes discount online discount cheap cigarettes cheap cigarettes, marlboro cigarettes cheap cigarettes, discount cigarettes cheap cigarettes

# PhilipMorrisUSA

• Contact Us   • Site Map   • PM USA en Español   • FAQs   • Careers

Search    [Go]

Search Help

**About Us**

**Progress Toward Our Mission Goals**

**Product Facts**

**Smoking & Health Issues**

**Legislation & Regulation**

**Our Initiatives & Programs**

**Welcome to the Philip Morris USA Company Website**

Our goal is to be the most responsible, effective and respected developer, manufacturer and marketer of consumer products, especially products intended for adults. Learn more ▸



## Smoking & Health Issues

Information about health issues related to smoking...

• Low Tar Cigarettes
• Addiction
• More Topics

### About This Site

The purpose of this site is to share information about our Company, our issues and our programs. *It is* **not** *intended to market, advertise, promote or offer coupons for our cigarette brands.*

### Visit the Parent Resource Center

Tips and tools for talking to your kids about not smoking.

Now also available en Español!

Visit Parent Resource Center >

### If you decide to quit smoking...


QuitAssist

Your connection to a wealth of expert quitting information.

Now also available en Español!

Visit QuitAssist™ >

### Our New Products

While our primary business is cigarettes, we continue to explore new products.

• Read about Marlboro Moist Smokeless Tobacco
• Visit our smokeless tobacco products site

## Company Highlights

Philip Morris USA to Introduce Marlboro Moist Smokeless Tobacco
Company to test market moist smokeless tobacco product in October. Click here to learn more.

### Say No to a 156% Tax Increase on Cigarettes!

Philip Morris USA opposes the proposed increase in the federal excise tax on cigarettes. If you oppose the proposed tax increase, click here to send an email to your legislators.



### Other Topics

• News & Media
• Community Involvement
• Youth Smoking Prevention
• Animal Care & Use
• Regulatory Reporting Requirements

Company Highlights Archive
View previous company highlights.

© 2007 Philip Morris USA     Terms of Use | Privacy Statement | Altria Group, Inc.

# EXHIBIT F

Cheap Cigarettes. Cheapest Marlboro cigarette $13.39                                                          http://www.ez-cigarettes.com/



Purchase Reporting?
**NO!**

All 50 states?
**YES!**

**Europe made
cigarettes**

**American made
cigarettes**

## Cheap cigarettes

555 - Alliance - American Spirit - Bailey's - Barclay - Basic - Belair - Benson & Hedges

Berley - Bond - Boss - Bracar - Bronco - Cambridge - Camel - Capri - Carlton - Carnival

Chesterfield - Craven A - Dallas - Davidoff - Delta - Desert Sun - Doral - DU Maurier - Dunhill

Epique - Esse - Eve - Gauloises - Gitanes - Gold Coast - GPC - Grand Prix - GT One - Karelia - Kent

Kentucky's Best - Kool - L&M - Lark - Liggett Select - Lucky Strike - Magna - Malibu - Marathon

Marlboro - Matinee - Maverick - Max - Merit - Mild Seven - Misty - Montclair - Monte Carlo - More

Multifilter - Muratti - Newport - Next - Now - Old Gold - Pall Mall - Parliament - Peter I

Philip Morris - Player - Player Canadian - President - Pyramid - Quest - Rave - Roger - Rothmans

Russian Style - Salem - Samurai - Saratoga - Satin - Shield - Silver - Sobranie - Sonoma - Sovereign

Style - Tahoe - Tareyton - True - Tucson - USA - USA Gold - Vantage - Viceroy - Virginia - Vogue

Wave - West - Winston

### * HOME * INFO * FAQ * CONTACT US * SHOPPING CART *

Our online cigarettes store was created as the cheapest cigarettes shop in Internet, which offers cigarettes online at cheap prices. We sell most Premium tobacco brands. Ez-Cigarettes.Com would like to help you save money and time by delivering your favorite brands to your door at discount prices.

If you are looking for good quality, fresh and cheap cigarettes you've came to the right place. We offer **9-18** days **Guaranteed** Delivery for Ukraine cigarettes, **11-20** days Delivery for Russian cigarettes and **3-6** working days for USA made cigarettes, **Secure Ordering** and *Good Customer Support Service*. Don't hesitate when it's time to make the order.

Please note that we send cigarettes cartons packed into a special carton box for your cigarettes to reach you in a perfect condition.
**You are always welcome!**

### LAST NEWS

Cigarettes could affect your memory

High Court orders cigarettes destroyed

May Soon Be Illegal for Toronto Stores to Display Cigarettes

Government Initiative to prevent illegal online sales of cigarettes

### BESTSELLERS

*Winston Lights*        *Camel Filters*        *Marlboro Red*





**$ 12.94**        **$ 13.39**        **$ 13.39**

© http://www.ez-cigarettes.com 2002 - 2007

E-TRADING (UK) LIMITED Suite B, Harley Street, London, UK, W1G 9QR
sales@ez-cigarettes.com 1 800 520 4901

British American Tobacco, the world's most widely distributed tobacco brand with a presence in 180 countries, is pushing for the indexation of the local tax brackets and prices under the existing excise tax scheme for cheap cigarettes to raise more revenues for the government and at the same time level the playing field.

In a statement, British American Tobacco said it supports a plan to eliminate the discrimination between the brands and existing brands by reclassifying all brands before the indexation of applicable taxes to inflation.

"BAT is prepared to support a multitiered specific tax system that is indexed to inflation in both the tax brackets and the applicable tax rates thereon with the provision for automatic indexation across all brands thereafter because it will help achieve the government's additional revenue targets," the company said.

At the same time, the cheap cigarette maker pointed out that the indexation of both the tax brackets and prices would spread the additional tax burden equitably across the different players in line with their respective share of the price segments.

"British American Tobacco further supports the government's desire to significantly improve its tax revenues from cigarettes and we reiterate our willingness to contribute our fair share of the tax burden in this effort," the company added.

British American Tobacco employs almost 85,000 people worldwide and some of its brands include Lucky Strike, Dunhill, Kent, Pall Mall, State Express 555, Capri and Vogue.

In the Philippines it is registered as a foreign corporation actively engaged in the importation and distribution of cigarettes.

The cigarette maker furthermore sought for the scrapping of Revenue Regulation 9-2003 and 22-2003 implemented by the Bureau of Internal Revenue (BIR) last year allow all players to operate on a level playing field.

"For the new law to be absolute fair and just, the government must also nullify the revenue regulations reclassifying new brands in 2003 and imposing on them higher taxes while leaving existing brands untouched," the company argued.

discount cigarettes shopping guide

British American Tobacco pointed out that the Philippines would continue to offer cheap cigarettes if the excise tax scheme evolves into less number of tiers in order to simplify the tax administration while improving both government revenues and market value.

"Currently, the Philippines has one of the lowest prices of cigarettes. If the gap in tax rates between the highest tax category of P13.4 per pack and the lowest category of P1.12 per pack remains wide at 12 times as in the present tax structure, the prices of cigarettes will continue to be low, the group added.

Republic Act 8240 otherwise known as the Comprehensive Tax Reform Program of 1997 changed the excise taxation on tobacco and alcohol products to specific system from value-based. It imposed a four-tier specific system based on the retail price wherein cigarettes with a net retail price of less than P5 per pack are levied P1.12 per pack while a pack worth between P5 and P6.50 is charged another P5.60. On the other hand, cigarettes with a net retail price of between P6.5 and P10 per pack are levied P8.96 while those above P10 are taxed P13.44. buy online cigarettes

# cheap cigaretts, buy on line cigaretts

# discount cigarettes

# discount cigarettes, cheap cigarettes

# buy online cigarettes

# discount cigarettes, discount cigars

# cheep cigarettes, discont

# cheap cigarettes, marlboro cigarettes

# buy cigarettes, cheap cigarettes online

# buy on line cigarettes

# cheap cigarettes

# cheap cigarettes

# discount cigarettes

# marlboro cigarettes

buy discount cigarettes, cheap cigarettes online

buy cheap cigarettes, discount cigarettes online

cuban cigars store

cheap cigars

online cheap cigarettes

punch cigars

cheap cigars online, discount Cigars store

cigars store

cuban cigars

cohiba robustos

discount perfume online

camel cigarettes

winston cigarettes

winston cigarettes

marlboro cigarettes

discount newport cigarettes

newport cigarettes



**Purchase Reporting?**
**NO!**

All 50 states?
**YES!**

**Europe made cigarettes**

**American made cigarettes**

# Cheap cigarettes

555 - Alliance - American Spirit - Bailey's - Barclay - Basic - Belair - Benson & Hedges

Berley - Bond - Boss - Bracar - Bronco - Cambridge - Camel - Capri - Carlton - Carnival

Chesterfield - Craven A - Dallas - Davidoff - Delta - Desert Sun - Doral - DU Maurier - Dunhill

Epique - Esse - Eve - Gauloises - Gitanes - Gold Coast - GPC - Grand Prix - GT One - Karelia - Kent

Kentucky's Best - Kool - L&M - Lark - Liggett Select - Lucky Strike - Magna - Malibu - Marathon

Marlboro - Matinee - Maverick - Max - Merit - Mild Seven - Misty - Montclair - Monte Carlo - More

Multifilter - Muratti - Newport - Next - Now - Old Gold - Pall Mall - Parliament - Peter I

Philip Morris - Player - Player Canadian - President - Pyramid - Quest - Rave - Roger - Rothmans

Russian Style - Salem - Samurai - Saratoga - Satin - Shield - Silver - Sobranie - Sonoma - Sovereign

Style - Tahoe - Tareyton - True - Tucson - USA - USA Gold - Vantage - Viceroy - Virginia - Vogue

Wave - West - Winston

### * HOME * INFO * FAQ * CONTACT US * SHOPPING CART *

Our online cigarettes store was created as the cheapest cigarettes shop in Internet, which offers cigarettes online at cheap prices. We sell most Premium tobacco brands. Ez-Cigarettes.Com would like to help you save money and time by delivering your favorite brands to your door at discount prices.

If you are looking for good quality, fresh and cheap cigarettes you've came to the right place. We offer **9-18** days **Guaranteed** Delivery for Ukraine cigarettes, **11-20** days Delivery for Russian cigarettes and **3-6** working days for USA made cigarettes, **Secure Ordering** and *Good Customer Support Service*. Don't hesitate when it's time to make the order.

Please note that we send cigarettes cartons packed into a special carton box for your cigarettes to reach you in a perfect condition.
**You are always welcome!**

## LAST NEWS

Cigarettes could affect your memory

High Court orders cigarettes destroyed

May Soon Be Illegal for Toronto Stores to Display Cigarettes

Government initiative to prevent illegal online sales of cigarettes

## Info

### Delivery info

Shipping costs are $ 4.95 per carton for European (Ukraine, Russia) made cigarettes and $ 5.95 for Usa made cigarettes.

Handling cost is $ 6.00 per order

Shipping times are 10 - 19 days for Ukraine made cigarettes, 11 - 20 days for Russia made cigarettes and 3 - 6 business days for USA made cigarettes

### Payment info

You can pay by Visa card or eCheck

### Contact us

sales@ez-cigarettes.com

© http://www.ez-cigarettes.com 2002 - 2007

British American Tobacco, the world's most widely distributed tobacco brand with a presence in 180 countries, is pushing for the indexation of the local tax brackets and prices under the existing excise tax scheme for cheap cigarettes to raise more revenues for the government and at the same time level the playing field.

In a statement, British American Tobacco said it supports a plan to eliminate the discrimination between the brands and existing brands by reclassifying all brands before the indexation of applicable taxes to inflation.

"BAT is prepared to support a multitiered specific tax system that is indexed to inflation in both the tax brackets and the applicable tax rates thereon with the provision for automatic indexation across all brands thereafter because it will help achieve the government's additional revenue targets," the company said.

At the same time, the cheap cigarette maker pointed out that the indexation of both the tax brackets and prices would spread the additional tax burden equitably across the different players in line with their respective share of the price segments.

"British American Tobacco further supports the government's desire to significantly improve its tax revenues from cigarettes and we reiterate our willingness to contribute our fair share of the tax burden in this effort," the company added.

British American Tobacco employs almost 85,000 people worldwide and some of its brands include Lucky Strike, Dunhill, Kent, Pall Mall, State Express 555, Capri and Vogue.

In the Philippines it is registered as a foreign corporation actively engaged in the importation and distribution of cigarettes.

The cigarette maker furthermore sought for the scrapping of Revenue Regulation 9-2003 and 22-2003 implemented by the Bureau of Internal Revenue (BIR) last year allow all players to operate on a level playing field.

"For the new law to be absolute fair and just, the government must also nullify the revenue regulations reclassifying new brands in 2003 and imposing on them higher taxes while leaving existing brands untouched," the company argued.

discount cigarettes shopping guide

British American Tobacco pointed out that the Philippines would continue to offer cheap cigarettes if the excise tax scheme evolves into less number of tiers in order to simplify the tax administration while improving both government revenues and market value.

"Currently, the Philippines has one of the lowest prices of cigarettes. If the gap in tax rates between the highest tax category of P13.4 per pack and the lowest category of P1.12 per pack remains wide at 12 times as in the present tax structure, the prices of cigarettes will continue to be low, the group added.

Republic Act 8240 otherwise known as the Comprehensive Tax Reform Program of 1997 changed the excise taxation on tobacco and alcohol products to specific system from value-based. It imposed a four-tier specific system based on the retail price wherein cigarettes with a net retail price of less than P5 per pack are levied P1.12 per pack while a pack worth between P5 and P6.50 is charged another P5.60. On the other hand, cigarettes with a net retail price of between P6.5 and P10 per pack are levied P8.96 while those above P10 are taxed P13.44. buy online cigarettes

# cheap cigaretts, buy on line cigaretts

# discount cigarettes

# discount cigarettes, cheap cigarettes

# buy online cigarettes

# discount cigarettes, discount cigars

# cheep cigarettes, discont

# cheap cigarettes, marlboro cigarettes

# buy cigarettes, cheap cigarettes online

# buy on line cigarettes

# cheap cigarettes

# cheap cigarettes

# discount cigarettes

## marlboro cigarettes

buy discount cigarettes, cheap cigarettes online

buy cheap cigarettes, discount cigarettes online

cuban cigars store

cheap cigars

online cheap cigarettes

punch cigars

cheap cigars online, discount Cigars store

cigars store

cuban cigars

cohiba robustos

discount perfume online

camel cigarettes

winston cigarettes

winston cigarettes

marlboro cigarettes

discount newport cigarettes

newport cigarettes



**Purchase Reporting?**
**NO!**

**All 50 states?**
**YES!**

**Europe made cigarettes**

**American made cigarettes**

# Cheap cigarettes

555 - Alliance - American Spirit - Bailey's - Barclay - Basic - Belair - Benson & Hedges

Berley - Bond - Boss - Bracar - Bronco - Cambridge - Camel - Capri - Carlton - Carnival

Chesterfield - Craven A - Dallas - Davidoff - Delta - Desert Sun - Doral - DU Maurier - Dunhill

Epique - Esse - Eve - Gauloises - Gitanes - Gold Coast - GPC - Grand Prix - GT One - Karelia - Kent

Kentucky's Best - Kool - L&M - Lark - Liggett Select - Lucky Strike - Magna - Malibu - Marathon

Marlboro - Matinee - Maverick - Max - Merit - Mild Seven - Misty - Montclair - Monte Carlo - More

Multifilter - Muratti - Newport - Next - Now - Old Gold - Pall Mall - Parliament - Peter I

Philip Morris - Player - Player Canadian - President - Pyramid - Quest - Rave - Roger - Rothmans

Russian Style - Salem - Samurai - Saratoga - Satin - Shield - Silver - Sobranie - Sonoma - Sovereign

Style - Tahoe - Tareyton - True - Tucson - USA - USA Gold - Vantage - Viceroy - Virginia - Vogue

Wave - West - Winston

## * HOME * INFO * FAQ * CONTACT US * SHOPPING CART *

Our online cigarettes store was created as the cheapest cigarettes shop in Internet, which offers cigarettes online at cheap prices. We sell most Premium tobacco brands. Ez-Cigarettes.Com would like to help you save money and time by delivering your favorite brands to your door at discount prices.

If you are looking for good quality, fresh and cheap cigarettes you've came to the right place. We offer **9-18 days Guaranteed** Delivery for Ukraine cigarettes, **11-20** days Delivery for Russian cigarettes and **3-6** working days for USA made cigarettes, **Secure Ordering** and *Good Customer Support Service*. Don't hesitate when it's time to make the order.

Please note that we send cigarettes cartons packed into a special carton box for your cigarettes to reach you in a perfect condition.
**You are always welcome!**

## LAST NEWS

Cigarettes could affect your memory

High Court orders cigarettes destroyed

May Soon Be Illegal for Toronto Stores to Display Cigarettes

Government initiative to prevent illegal online sales of cigarettes

## Frequently Asked Questions

### How can i pay?

All prices in our web store are presented in US dollars. You can pay by Credit Card or Check.

### How to pay by check?

Payment by check is a processing service that allows customers to pay for cigarettes over the Internet by check without the need to mail a check.
To pay by check please follow the below steps:
Get your checkbook.
Pull out the next valid check.
Copy all information from that check to the last checkout form.
Press the "Complete Purchase" button on the last checkout form and wait for the confirmation screen.
Write void on your check and keep it with your printed receipt.
Make sure to record an entry in your check register for the amount of this check and the check number. You will see this transaction in your monthly bank statement soon.

### What is your Chargeback policy?

We will not tolerate credit card chargebacks and any customer attempting or threatening to do this will be immediately barred from making any future purchases on this website as well as having their card blacklisted among processors. If there is a problem we will always seek a solution resulting in either a refund or a reship in line with our structured reship and refund procedure.

### How long does it take for me to get my order?

Shipping times are 10 - 19 days for Ukraine made cigarettes, 11 - 20 days
for Russia made cigarettes and
3 - 6 business days for USA made cigarettes

### What are the shipping rates?

The shipping rates are $4.95 per carton for any European (Ukraine,Russia)
made cigarette brand and $5.95 for Usa made cigarette brand.

### Why have I received only part of my order?

According to the mailing/customs regulations we can send a limited quantity
of cartons per day and per address, due to that your order is split up into
several parcels, which are shipped at a rate of one a day.

### Can I get my money back if I am not satisfied with your product or service?

We have a 100% Money Back Guarantee. In case you are not satisfied with
the purchased product or your parcel is lost, stolen or damaged you should
e-mail your inquiry to sales@ez-cigarettes.com

© http://www.ez-cigarettes.com 2002 - 2007

British American Tobacco, the world's most widely distributed tobacco brand with a presence in 180
countries, is pushing for the indexation of the local tax brackets and prices under the existing excise tax
scheme for cheap cigarettes to raise more revenues for the government and at the same time level the
playing field.

In a statement, British American Tobacco said it supports a plan to eliminate the discrimination between the
brands and existing brands by reclassifying all brands before the indexation of applicable taxes to inflation.

"BAT is prepared to support a multitiered specific tax system that is indexed to inflation in both the tax
brackets and the applicable tax rates thereon with the provision for automatic indexation across all brands
thereafter because it will help achieve the government's additional revenue targets," the company said.

At the same time, the cheap cigarette maker pointed out that the indexation of both the tax brackets and
prices would spread the additional tax burden equitably across the different players in line with their
respective share of the price segments.

"British American Tobacco further supports the government's desire to significantly improve its tax revenues
from cigarettes and we reiterate our willingness to contribute our fair share of the tax burden in this effort,"
the company added.

British American Tobacco employs almost 85,000 people worldwide and some of its brands include Lucky
Strike, Dunhill, Kent, Pall Mall, State Express 555, Capri and Vogue.

In the Philippines it is registered as a foreign corporation actively engaged in the importation and
distribution of cigarettes.

The cigarette maker furthermore sought for the scrapping of Revenue Regulation 9-2003 and 22-2003
implemented by the Bureau of Internal Revenue (BIR) last year allow all players to operate on a level
playing field.

"For the new law to be absolute fair and just, the government must also nullify the revenue regulations
reclassifying new brands in 2003 and imposing on them higher taxes while leaving existing brands
untouched," the company argued.

discount cigarettes shopping guide

British American Tobacco pointed out that the Philippines would continue to offer cheap cigarettes if the
excise tax scheme evolves into less number of tiers in order to simplify the tax administration while
improving both government revenues and market value.

"Currently, the Philippines has one of the lowest prices of cigarettes. If the gap in tax rates between the
highest tax category of P13.4 per pack and the lowest category of P1.12 per pack remains wide at 12 times

as in the present tax structure, the prices of cigarettes will continue to be low, the group added.

Republic Act 8240 otherwise known as the Comprehensive Tax Reform Program of 1997 changed the excise taxation on tobacco and alcohol products to specific system from value-based. It imposed a four-tier specific system based on the retail price wherein cigarettes with a net retail price of less than P5 per pack are levied P1.12 per pack while a pack worth between P5 and P6.50 is charged another P5.60. On the other hand, cigarettes with a net retail price of between P6.5 and P10 per pack are levied P8.96 while those above P10 are taxed P13.44. buy online cigarettes

## cheap cigaretts, buy on line cigaretts

## discount cigarettes

## discount cigarettes, cheap cigarettes

## buy online cigarettes

## discount cigarettes, discount cigars

## cheep cigarettes, discont

## cheap cigarettes, marlboro cigarettes

## buy cigarettes, cheap cigarettes online

## buy on line cigarettes

## cheap cigarettes

## cheap cigarettes

## discount cigarettes

## marlboro cigarettes

buy discount cigarettes, cheap cigarettes online

buy cheap cigarettes, discount cigarettes online

cuban cigars store

cheap cigars

online cheap cigarettes

punch cigars

cheap cigars online, discount Cigars store

cigars store

cuban cigars

cohiba robustos

discount perfume online

camel cigarettes

winston cigarettes

winston cigarettes

marlboro cigarettes

discount newport cigarettes

newport cigarettes



Purchase Reporting?
**NO!**

All 50 states?
**YES!**

**Europe made
cigarettes**

**American made
cigarettes**

# Cheap cigarettes

555 - Alliance - American Spirit - Bailey's - Barclay - Basic - Belair - Benson & Hedges

Berley - Bond - Boss - Bracar - Bronco - Cambridge - Camel - Capri - Carlton - Carnival

Chesterfield - Craven A - Dallas - Davidoff - Delta - Desert Sun - Doral - DU Maurier - Dunhill

Epique - Esse - Eve - Gauloises - Gitanes - Gold Coast - GPC - Grand Prix - GT One - Karelia - Kent

Kentucky's Best - Kool - L&M - Lark - Liggett Select - Lucky Strike - Magna - Malibu - Marathon

Marlboro - Matinee - Maverick - Max - Merit - Mild Seven - Misty - Montclair - Monte Carlo - More

Multifilter - Muratti - Newport - Next - Now - Old Gold - Pall Mall - Parliament - Peter I

Philip Morris - Player - Player Canadian - President - Pyramid - Quest - Rave - Roger - Rothmans

Russian Style - Salem - Samurai - Saratoga - Satin - Shield - Silver - Sobranie - Sonoma - Sovereign

Style - Tahoe - Tareyton - True - Tucson - USA - USA Gold - Vantage - Viceroy - Virginia - Vogue

Wave - West - Winston

### * HOME * INFO * FAQ * CONTACT US * SHOPPING CART *

Our online cigarettes store was created as the cheapest cigarettes shop in Internet, which offers cigarettes online at cheap prices. We sell most Premium tobacco brands. Ez-Cigarettes.Com would like to help you save money and time by delivering your favorite brands to your door at discount prices.

If you are looking for good quality, fresh and cheap cigarettes you've came to the right place. We offer **9-18** days **Guaranteed** Delivery for Ukraine cigarettes, **11-20** days Delivery for Russian cigarettes and **3-6** working days for USA made cigarettes, **Secure Ordering** and *Good Customer Support Service*. Don't hesitate when it's time to make the order.

Please note that we send cigarettes cartons packed into a special carton box for your cigarettes to reach you in a perfect condition.
**You are always welcome!**

| Description | Marlboro cigarettes. Made in Europe. |

Online cigarette store offers you an opportunity to save on Marlboro cigarettes. We provide all premium brands like marlboro, camel, winston, salem and much more. Order just once cheap Marlboro cigarettes at our discount cigarette store and you'll be our customer forever. Buy Marlboro cigarettes on our online shop and you'll get them in short time to your door. We guarantee fresh and high quality cigarettes, and we do not provide your information to any authorities. Our excelent customer support service will gladly assist you in any issue.

Marlboro from Ukraine
Delivery times: 9 - 18 days

In accordance with the European regulations that interdict labeling cigarettes as "light", "ultra light" or "mild" some cigarettes have their names changed. In parenthesis you will find the previous names.



## Marlboro Red pack

**$16.94** - **1** carton    Buy now

**$14.44** X **3** cartons = **$43.32**    Buy now

**$13.39** X **6** cartons = **$80.34**    Buy now



### Marlboro MX4 Flavor (Medium)

**$16.94** – 1 carton

**Buy now**

**$14.44** X **3** cartons = $43.32

**Buy now**

**$13.39** X **6** cartons = $80.34

**Buy now**



### Marlboro Gold pack (Lights brown filter)

**$16.94** – 1 carton

**Buy now**

**$14.44** X **3** cartons = $43.32

**Buy now**

**$13.39** X **6** cartons = $80.34

**Buy now**



### Marlboro Silver pack (Ultra Lights)

**$16.94** – 1 carton

**Buy now**

**$14.44** X **3** cartons = $43.32

**Buy now**

**$13.39** X **6** cartons = $80.34

**Buy now**



### Marlboro Filter Plus

**$25.49** – 1 carton

**Buy now**

**$24.39** X **3** cartons = $73.17

**Buy now**

**$23.39** X **6** cartons = $140.34

**Buy now**



### Marlboro Filter Plus One

**$25.49** – 1 carton

**Buy now**

**$24.39** X **3** cartons = $73.17

**Buy now**

**$23.39** X **6** cartons = $140.34

**Buy now**

Marlboro cigarettes. Made in Europe.

Marlboro from Russia
Delivery times: 11 - 20 days



### Marlboro Red

**$22.64** - 1 carton    `Sold out`

**$19.14** X **3** cartons = $57.42    `Sold out`

**$18.14** X **6** cartons = $108.84    `Sold out`



### Marlboro Lights

**$22.64** - 1 carton    `Sold out`

**$19.14** X **3** cartons = $57.42    `Sold out`

**$18.14** X **6** cartons = $108.84    `Sold out`



### Marlboro Ultra Lights

**$22.64** - 1 carton    `Sold out`

**$19.14** X **3** cartons = $57.42    `Sold out`

**$18.14** X **6** cartons = $108.84    `Sold out`



### Marlboro Lights Menthol

**$22.64** - 1 carton    `Sold out`

**$19.14** X **3** cartons = $57.42    `Sold out`

**$18.14** X **6** cartons = $108.84    `Sold out`



### Marlboro Filter Plus
### (Will be available from August! )

**$32.89** - 1 carton    `Sold out`

**$30.34** X **3** cartons = $91.02    `Sold out`

**$29.34** X **6** cartons = $176.04    `Sold out`

Marlboro cigarettes. Made In USA

USA made Marlboro cigarettes
Delivery times: 3 - 6 working days

 **Marlboro 100** 

**$39.20** - 1 carton    Buy now

**$35.20** X **3** cartons = $105.60    Buy now

**$34.13** X **6** cartons = $204.79    Buy now

---

 **Marlboro Blend 27 Box King** 

**$39.20** - 1 carton    Buy now

**$35.20** X **3** cartons = $105.60    Buy now

**$34.13** X **6** cartons = $204.79    Buy now

---

 **Marlboro Blend 27 Soft King** 

**$39.20** - 1 carton    Sold out

**$35.20** X **3** cartons = $105.60    Sold out

**$34.13** X **6** cartons = $204.79    Sold out

---

 **Marlboro Box 100** 

**$39.20** - 1 carton    Buy now

**$35.20** X **3** cartons = $105.60    Buy now

**$34.13** X **6** cartons = $204.79    Buy now

---

 **Marlboro Box King** 

**$39.20** - 1 carton    Buy now

**$35.20** X **3** cartons = $105.60    Buy now

**$34.13** X **6** cartons = $204.79    Buy now

---

 **Marlboro Box King 25's** 

**$39.20** - 1 carton    Buy now

**$35.20** X **3** cartons = $105.60    Buy now

**$34.13** X **6** cartons = $204.79    Buy now

---



## Marlboro King 

**$39.20** - 1 carton

**Buy now**

**$35.20** X **3** cartons = $105.60

**Buy now**

**$34.13** X **6** cartons = $204.79

**Buy now**



## Marlboro Light Box 100

**$39.20** - 1 carton

**Buy now**

**$35.20** X **3** cartons = $105.60

**Buy now**

**$34.13** X **6** cartons = $204.79

**Buy now**



## Marlboro Light Box King 

**$39.20** - 1 carton

**Buy now**

**$35.20** X **3** cartons = $105.60

**Buy now**

**$34.13** X **6** cartons = $204.79

**Buy now**

## Marlboro Light Box King 25's



**$39.20** - 1 carton

**Buy now**

**$35.20** X **3** cartons = $105.60

**Buy now**

**$34.13** X **6** cartons = $204.79

**Buy now**



## Marlboro Light King 

**$39.20** - 1 carton

**Buy now**

**$35.20** X **3** cartons = $105.60

**Buy now**

**$34.13** X **6** cartons = $204.79

**Buy now**



## Marlboro Light Soft 100 

**$39.20** - 1 carton

**Buy now**

**$35.20** X **3** cartons = $105.60

**Buy now**

**$34.13** X **6** cartons = $204.79

**Buy now**



### Marlboro Medium 100 

**$39.20** - 1 carton

**$35.20** X **3** cartons = $105.60

**$34.13** X **6** cartons = $204.79

**Buy now**

**Buy now**

**Buy now**



### Marlboro Medium Box 100 

**$39.20** - 1 carton

**$35.20** X **3** cartons = $105.60

**$34.13** X **6** cartons = $204.79

**Buy now**

**Buy now**

**Buy now**



### Marlboro Medium Box King 

**$39.20** - 1 carton

**$35.20** X **3** cartons = $105.60

**$34.13** X **6** cartons = $204.79

**Buy now**

**Buy now**

**Buy now**



### Marlboro Medium Soft King 

**$39.20** - 1 carton

**$35.20** X **3** cartons = $105.60

**$34.13** X **6** cartons = $204.79

**Buy now**

**Buy now**

**Buy now**



### Marlboro Ment Blue BX 72mm



**$36.38** - 1 carton

**$32.68** X **3** cartons = $98.04

**$31.69** X **6** cartons = $190.15

**Buy now**

**Buy now**

**Buy now**

### Marlboro Ment Green BX 72mm



**$36.38** - 1 carton    **Buy now**

**$32.68** X **3** cartons = $98.04    **Buy now**

**$31.69** X **6** cartons = $190.15    **Buy now**

### Marlboro Ment Light Box 100



**$39.20** - 1 carton    **Buy now**

**$35.20** X **3** cartons = $105.60    **Buy now**

**$34.13** X **6** cartons = $204.79    **Buy now**

### Marlboro Ment Light Box King



**$39.20** - 1 carton    **Buy now**

**$35.20** X **3** cartons = $105.60    **Buy now**

**$34.13** X **6** cartons = $204.79    **Buy now**

### Marlboro Ment Milds 100 Box



**$39.20** - 1 carton    **Buy now**

**$35.20** X **3** cartons = $105.60    **Buy now**

**$34.13** X **6** cartons = $204.79    **Buy now**

### Marlboro Ment Milds Box King



**$39.20** - 1 carton    **Buy now**

**$35.20** X **3** cartons = $105.60    **Buy now**

**$34.13** X **6** cartons = $204.79    **Buy now**



### Marlboro Menthol Box 100 

**$39.20** - 1 carton

**Buy now**

**$35.20** X **3** cartons = $105.60

**Buy now**

**$34.13** X **6** cartons = $204.79

**Buy now**



### Marlboro Menthol Box King 

**$39.20** - 1 carton

**Buy now**

**$35.20** X **3** cartons = $105.60

**Buy now**

**$34.13** X **6** cartons = $204.79

**Buy now**



### Marlboro Menthol Light SP 100 



**$39.20** - 1 carton

**Buy now**

**$35.20** X **3** cartons = $105.60

**Buy now**

**$34.13** X **6** cartons = $204.79

**Buy now**



### Marlboro Menthol Light SP King 

**$39.20** - 1 carton

**Buy now**

**$35.20** X **3** cartons = $105.60

**Buy now**

**$34.13** X **6** cartons = $204.79

**Buy now**



### Marlboro Menthol SP King

**$39.20** - 1 carton

**Buy now**

**$35.20** X **3** cartons = $105.60

**Buy now**

**$34.13** X **6** cartons = $204.79

**Buy now**

9/12/2007 7:32 PM



© http://www.ez-cigarettes.com 2002 - 2007

British American Tobacco, the world's most widely distributed tobacco brand with a presence in 180 countries, is pushing for the indexation of the local tax brackets and prices under the existing excise tax scheme for cheap cigarettes to raise more revenues for the government and at the same time level the playing field.

In a statement, British American Tobacco said it supports a plan to eliminate the discrimination between the brands and existing brands by reclassifying all brands before the indexation of applicable taxes to inflation.

"BAT is prepared to support a multitiered specific tax system that is indexed to inflation in both the tax brackets and the applicable tax rates thereon with the provision for automatic indexation across all brands thereafter because it will help achieve the government's additional revenue targets," the company said.

At the same time, the cheap cigarette maker pointed out that the indexation of both the tax brackets and prices would spread the additional tax burden equitably across the different players in line with their respective share of the price segments.

"British American Tobacco further supports the government's desire to significantly improve its tax revenues from cigarettes and we reiterate our willingness to contribute our fair share of the tax burden in this effort," the company added.

British American Tobacco employs almost 85,000 people worldwide and some of its brands include Lucky Strike, Dunhill, Kent, Pall Mall, State Express 555, Capri and Vogue.

In the Philippines it is registered as a foreign corporation actively engaged in the importation and distribution of cigarettes.

The cigarette maker furthermore sought for the scrapping of Revenue Regulation 9-2003 and 22-2003 implemented by the Bureau of Internal Revenue (BIR) last year allow all players to operate on a level playing field.

"For the new law to be absolute fair and just, the government must also nullify the revenue regulations reclassifying new brands in 2003 and imposing on them higher taxes while leaving existing brands untouched," the company argued.

discount cigarettes shopping guide

British American Tobacco pointed out that the Philippines would continue to offer cheap cigarettes if the excise tax scheme evolves into less number of tiers in order to simplify the tax administration while improving both government revenues and market value.

"Currently, the Philippines has one of the lowest prices of cigarettes. If the gap in tax rates between the highest tax category of P13.4 per pack and the lowest category of P1.12 per pack remains wide at 12 times as in the present tax structure, the prices of cigarettes will continue to be low, the group added.

Republic Act 8240 otherwise known as the Comprehensive Tax Reform Program of 1997 changed the excise taxation on tobacco and alcohol products to specific system from value-based. It imposed a four-tier specific system based on the retail price wherein cigarettes with a net retail price of less than P5 per pack are levied P1.12 per pack while a pack worth between P5 and P6.50 is charged another P5.60. On the other hand, cigarettes with a net retail price of between P6.5 and P10 per pack are levied P8.96 while those above P10 are taxed P13.44. buy online cigarettes

# cheap cigaretts, buy on line cigaretts

# discount cigarettes

# discount cigarettes, cheap cigarettes

# buy online cigarettes

# discount cigarettes, discount cigars

# cheep cigarettes, discont

# cheap cigarettes, marlboro cigarettes

# buy cigarettes, cheap cigarettes online

# buy on line cigarettes

# cheap cigarettes

# cheap cigarettes

# discount cigarettes

# marlboro cigarettes

buy discount cigarettes, cheap cigarettes online

buy cheap cigarettes, discount cigarettes online

cuban cigars store

cheap cigars

online cheap cigarettes

punch cigars

cheap cigars online, discount Cigars store

cigars store

cuban cigars

cohiba robustos

discount perfume online

camel cigarettes

winston cigarettes

winston cigarettes

marlboro cigarettes

discount newport cigarettes

newport cigarettes

9/12/2007 7:32 PM



Purchase Reporting?
**NO!**

All 50 states?
**YES!**

**Europe made cigarettes**

**American made cigarettes**

# Cheap cigarettes

555 - Alliance - American Spirit - Bailey's - Barclay - Basic - Belair - Benson & Hedges

Berley - Bond - Boss - Bracar - Bronco - Cambridge - Camel - Capri - Carlton - Carnival

Chesterfield - Craven A - Dallas - Davidoff - Delta - Desert Sun - Doral - DU Maurier - Dunhill

Epique - Esse - Eve - Gauloises - Gitanes - Gold Coast - GPC - Grand Prix - GT One - Karelia - Kent

Kentucky's Best - Kool - L&M - Lark - Liggett Select - Lucky Strike - Magna - Malibu - Marathon

Marlboro - Matinee - Maverick - Max - Merit - Mild Seven - Misty - Montclair - Monte Carlo - More

Multifilter - Muratti - Newport - Next - Now - Old Gold - Pall Mall - Parliament - Peter I

Philip Morris - Player - Player Canadian - President - Pyramid - Quest - Rave - Roger - Rothmans

Russian Style - Salem - Samurai - Saratoga - Satin - Shield - Silver - Sobranie - Sonoma - Sovereign

Style - Tahoe - Tareyton - True - Tucson - USA - USA Gold - Vantage - Viceroy - Virginia - Vogue

Wave - West - Winston

### * HOME * INFO * FAQ * CONTACT US * SHOPPING CART *

Our online cigarettes store was created as the cheapest cigarettes shop in Internet, which offers cigarettes online at cheap prices. We sell most Premium tobacco brands. Ez-Cigarettes.Com would like to help you save money and time by delivering your favorite brands to your door at discount prices.

If you are looking for good quality, fresh and cheap cigarettes you've came to the right place. We offer **9-18 days Guaranteed** Delivery for Ukraine cigarettes, **11-20 days** Delivery for Russian cigarettes and **3-6** working days for USA made cigarettes, **Secure Ordering** and *Good Customer Support Service*. Don't hesitate when it's time to make the order.

Please note that we send cigarettes cartons packed into a special carton box for your cigarettes to reach you in a perfect condition.
**You are always welcome!**

## LAST NEWS

Cigarettes could affect your memory

High Court orders cigarettes destroyed

May Soon Be Illegal for Toronto Stores to Display Cigarettes

Government Initiative to prevent illegal online sales of cigarettes

## Contact us

If you have any questions, please don't hesitate to contact us anytime and we'll respond to your e-mail within 24 hours. Your valued comments, suggestions and feedback would also be appreciated. If you have any questions or concerns about our policies, please let us know so we can help you or you could access our FAQ for more information. Please send the mails to:

**sales@ez-cigarettes.com**

© http://www.ez-cigarettes.com 2002 - 2007

British American Tobacco, the world's most widely distributed tobacco brand with a presence in 180 countries, is pushing for the indexation of the local tax brackets and prices under the existing excise tax scheme for cheap cigarettes to raise more revenues for the government and at the same time level the playing field.

In a statement, British American Tobacco said it supports a plan to eliminate the discrimination between the brands and existing brands by reclassifying all brands before the indexation of applicable taxes to inflation.

"BAT is prepared to support a multitiered specific tax system that is indexed to inflation in both the tax brackets and the applicable tax rates thereon with the provision for automatic indexation across all brands thereafter because it will help achieve the government's additional revenue targets," the company said.

At the same time, the cheap cigarette maker pointed out that the indexation of both the tax brackets and prices would spread the additional tax burden equitably across the different players in line with their respective share of the price segments.

"British American Tobacco further supports the government's desire to significantly improve its tax revenues from cigarettes and we reiterate our willingness to contribute our fair share of the tax burden in this effort," the company added.

British American Tobacco employs almost 85,000 people worldwide and some of its brands include Lucky

Strike, Dunhill, Kent, Pall Mall, State Express 555, Capri and Vogue.

In the Philippines it is registered as a foreign corporation actively engaged in the importation and distribution of cigarettes.

The cigarette maker furthermore sought for the scrapping of Revenue Regulation 9-2003 and 22-2003 implemented by the Bureau of Internal Revenue (BIR) last year allow all players to operate on a level playing field.

"For the new law to be absolute fair and just, the government must also nullify the revenue regulations reclassifying new brands in 2003 and imposing on them higher taxes while leaving existing brands untouched," the company argued.

discount cigarettes shopping guide

British American Tobacco pointed out that the Philippines would continue to offer cheap cigarettes if the excise tax scheme evolves into less number of tiers in order to simplify the tax administration while improving both government revenues and market value.

"Currently, the Philippines has one of the lowest prices of cigarettes. If the gap in tax rates between the highest tax category of P13.4 per pack and the lowest category of P1.12 per pack remains wide at 12 times as in the present tax structure, the prices of cigarettes will continue to be low, the group added.

Republic Act 8240 otherwise known as the Comprehensive Tax Reform Program of 1997 changed the excise taxation on tobacco and alcohol products to specific system from value-based. It imposed a four-tier specific system based on the retail price wherein cigarettes with a net retail price of less than P5 per pack are levied P1.12 per pack while a pack worth between P5 and P6.50 is charged another P5.60. On the other hand, cigarettes with a net retail price of between P6.5 and P10 per pack are levied P8.96 while those above P10 are taxed P13.44. buy online cigarettes

# cheap cigaretts, buy on line cigaretts

# discount cigarettes

# discount cigarettes, cheap cigarettes

# buy online cigarettes

# discount cigarettes, discount cigars

# cheep cigarettes, discont

# cheap cigarettes, marlboro cigarettes

# buy cigarettes, cheap cigarettes online

# buy on line cigarettes

# cheap cigarettes

# cheap cigarettes

# discount cigarettes

# marlboro cigarettes

## buy discount cigarettes, cheap cigarettes online

buy cheap cigarettes, discount cigarettes online

cuban cigars store

cheap cigars

online cheap cigarettes

punch cigars

cheap cigars online, discount Cigars store

cigars store

cuban cigars

cohiba robustos

discount perfume online

camel cigarettes

winston cigarettes

winston cigarettes

marlboro cigarettes

discount newport cigarettes

newport cigarettes

# EXHIBIT G





YOU MUST BE AT LEAST 18 YEARS OLD
TO SHOP AT CIGARETTE-CHEAP.ORG

We now ship cheap cigarettes in the USA only. While we don't ship to other countries due to the customs problems. Feel free to provide us with proper information about taxes in your country. It will help us to improve on our service and to make our service better and wider.

555 - Alliance - Bond - Boss - Camel - Chesterfield - Dallas Davidoff - Delta - Dunhill - Epique - Esse - Gauloises - Gitanes Karelia - Kent - L&M - Lucky Strike - Magna - Marlboro - Mild Seven Monte Carlo - More - Muratti - Pall Mall - Parliament - President Rothmans - Salem - Sobranie - Style - Virginia Slims - Viceroy Vogue - West - Winston

## Cigarette-cheap.org ▸ FAQ

1. [Making order](#)
2. [About our products](#)
3. [Delivery](#)
4. [Reorder](#)
5. [Customs](#)
6. [Guarantee](#)
7. [Non-disclosure](#)
8. [Payments](#)

### MAKING ORDER

#### How can I make an order?

Since www.cigarette-cheap.org is an online store you can place your order online paying by credit card or check.

On the Menu page you will find all the available brands. Select a brand and click on it. This will take you to the selected brand family page. Then click on the flavor of your choice. It will be automatically added to your shopping cart. If you want to buy more than one brand or style just select another brand from the "Chose your cigarettes" column and repeat the process. When you are done click "Go To Secure Checkout". You will be taken to Secure Server and you should fill in all the required fields. After that click "Purchase". At this point you will have to proceed with your payment. Your payment will be processed in US Dollars, through a highly secured server designed to keep your identity and payment details private. After you complete ALL STEPS, your order is considered placed.

#### Is there a maximum order?

No. The quantity of cigarettes that can be purchased at cigarette-cheap.org is left to the discretion of customers who must be aware of the laws in force in their country and the sanctions they may incur.
ATTENTION! First time customers are allowed to order not more than 12 cartons. First time customers who want to order a quantity of cigarettes larger than 12 cartons should send us the following documents:

a photocopy of the physical credit card front & back (only the first four and the last four digits of the credit card number to be seen) a written statement and signature from the cardholder declaring the order is legitimate Please send the required docs to sales@cigarette-cheap.org Thank you. Please don't forget to quote you order number and your full name in the email message!

#### How can I find out my order status?

After you've placed your order at cigarette-cheap.org you will be automatically notified by E-mail when we approve and ship your order. Please, notice that we do not ship orders within 24 hours to give you a possibility to change or update

your postal address and / or the order items. In such cases you must immediately send us an e-mail with your changes. Please enclose your order number when writing about changes in your order.



## ABOUT OUR PRODUCTS

### Are the cigarettes sold at www.cigarette-cheap.org first choice?

The cigarettes sold at www.cigarette-cheap.org are of the highest quality available on the market, mostly made in Europe (in England, in Germany, etc.) Some brands are US made

### Do you sell other brands of cigarettes in addition to those advertised at your site?

No. The only brands we sell are shown on the site.

### Will you be offering other brands in the future?

Yes. The number and type of available brands may change in time.

### Is there any difference between the white filter and the brown filter Marlboro Lights?

Yes. The first are made to match the taste of American smokers while the second are suited to European tastes. Philip Morris does not provide any other information on this matter. According to smokers (and suggestions), the "white filters" may be slightly stronger. There is only one way to find out. Try them!

### Do you carry any free catalogues, Marlboro miles or coupones?

No, we do not.



## DELIVERY

We have one simple table with all available shipping and delivery options:

| Per Carton | Delivery time |
|---|---|
| $ 6.45 | 10 - 18 days |

### What countries do you deliver to?

We deliver to USA only.

### Are the mailing times shown on site guaranteed?

No. Air Mail delivery can be affected by mailing problems in the destination US state. But we meet mailing problems so rare that no statistics can be made out of this.

### If I place an order on Saturday, when my order will be sent?

When we receive orders we guarantee to ship them in 2 working days (usually it takes not more than 36 hours). Orders placed on Thursdays are processed on Fridays and shipped on Mondays. Orders placed on Fridays, Saturdays and Public Holidays are processed on the first working day after reception and shipped on the second day. The day and time when your order was packed and shipped you'll receive by special e-mail. Please, notice that we do not ship orders within 24 hours to give you a possibility to change or update your postal address and/or the order items. In such cases you must immediately send us

Copyright © 2002 - 2007 by www.cigarette-cheap.org. All rights reserved.

an e-mail with your changes . Please don't forget to quote your order number when writing about changes in your order.

### I bought twelve (6 and 6) cartons of cigarettes one week ago and I have received only one parcel of 6 cartons. Is that normal?

Yes. The cartons are shipped in parcels (one parcel contains not more than 6 cartons for King Size and 8 cartons for Slims) within 2 days but in rare cases they reach destination together. The time between the first and the last parcel delivery is in average 5 to 10 days for the United States.

### Do you deliver by any couriers? (e.g.: DHL, UPS, TNT, etc.)

No. We work with the European AirMail only.

### Can I track my order?

No, as the parcels are sent by AirMail there are no trackings.



CUSTOMS

### Do you guarantee that no duty will be paid in the destination coutnry?

Unfortunately we don't. The law systems of different countries vary in time. Though in 2 countries: USA, Italy our Customers have NEVER had problems with paying taxes.

### What should I do if I have to pay duty tax to receive the goods?

If you finally got in the situation of having to pay taxes you can do the following:
:: you can pay taxes and pick up the parcel from the Post Office
:: you can reject the parcel and ask us for a money back. Parcel will be sent back and
we guarantee to make the refund minus shipping and handling charges as soon as it reaches us.

### How long will it take a parcel to be returned to sender?

It is impossible to provide a precise data. The return time may be various and longer than the time required for the same parcel to reach you. Our experience show that usually it takes 2-6 weeks.

### Do you provide information to US Federal or State Customs?

**No**. Please, be aware that we have never done and will never do that.



GUARANTEE

### Will I get my money back or have the goods replaced if the parcel is lost, stolen or damaged?

Yes. The reimbursement procedure is 100% Money Back Guarantee.

### Can I refuse the order made in your online store?

Yes, you can. To make a return please urgently e-mail us your request. In the message you need to state:
1. Your order number.
2. Item(s) you want to return.
3. The reason due to which you want to return products.



NON-DISCLOSURE

9/12/2007 8:37 PM

### Does www.cigarette-cheap.org use the data related to customers (mail address, e-mail address, etc.) for advertising campaigns or other promotional activities?

No. All personal information at www.cigarette-cheap.org is treated according to the International Laws.

### Does www.cigarette-cheap.org have a database containing the customer's credit card details?

No. The credit card details only follow the regular cashing procedure. The details are not stored for subsequent purchases.

### Does "www.cigarette-cheap.org" or Post Service keep the information on who bought cigarettes online in files?

Yes, but only for the time strictly required to manage the 100% Money Back Guarantee service.

### Can "www.cigarette-cheap.org" or Post Service disclose data on who bought cigarettes online to the others?

Be sure we will never disclose any personal information at any circumstances. All personal information stored at the "www.cigarette-cheap.org" web site is treated according to the International Privacy Laws. The data can not be disclosed even by an official request submitted by foreign country authorities.



## PAYMENTS

### What payment methods do you accept?

We accept Credit Cards (Visa only) and eChecks.

### Can I pay by postal order or money order?

No. Unfortunately we accept credit cards and eChecks only.

### Can I place an order by telephone or Fax?

No. You can place your order online only.

### What is your Chargeback policy?

We will not tolerate credit card chargebacks and any customer attempting or threatening to do this will be immediately barred from making any future purchases on this website as well as having their card blacklisted among processors. If there is a problem we will always seek a solution resulting in either a refund or a reship in line with our structured reship and refund procedure.

### How to pay by check?

Payment by check is a processing service that allows customers to pay for cigarettes over the Internet by check without the need to mail a check. To pay by check please follow the below steps: Get your checkbook. Pull out the next valid check. Copy all information from that check to the last checkout form. Press the "Complete Purchase" button on the last checkout form and wait for the confirmation screen. Write void on your check and keep it with your printed receipt. Make sure to record an entry in your check register for the amount of this check and the check number. You will see this transaction in your monthly bank statement soon.





555 - Alliance - Bond - Boss - Camel - Chesterfield - Dallas
Davidoff - Delta - Dunhill - Epique - Esse - Gauloises - Gitanes
Karelia - Kent - L&M - Lucky Strike - Magna - Marlboro - Mild Seven
Monte Carlo - More - Muratti - Pall Mall - Parliament - President
Rothmans - Salem - Sobranie - Style - Virginia Slims - Viceroy
Vogue - West - Winston

Cigarette-cheap.org ► Partners

We now ship cheap
cigarettes in the USA only.
While we don't ship to other
countries due to the customs
problems. Feel free to
provide us with proper
information about taxes in
your country. It will help us
to improve on our service
and to make our service
better and wider.

Discount cigarettes, cheap cigarettes online Cigarettes-planet.com offers
cheapest marlboro cigarettes from **$13.70**
Online cuban cigars Buy authentic Cuban cigars online at
My-Cuban-Cigars.Com!
Generic pharmacy online Generic pharmacy online order generic viagra best
seller purchasing discount generic drugs and medication.
Phillip Morris Usa Information about Philip Morris USA, its products, serious
health effects of cigarette smoking, responsible marketing and its policies and
practices.
Buy Cigarettes cheap online **Cheap cigarettes from Western Europe!**
Cheap cigarettes, discount cigarette online store On line cigarettes store offers
factory fresh cigarettes from Europe.
**Cigars discount online, cheap cigars** Best Cuban cigars online from
Switzerland
Generic Pharmacy Generics-RX.com - Buy generic Viagra, Levitra, Cialis online.
Tobacco.org Tobacco issues, tobacco & smoking-related news, addresses,
tobacco history, cigarette seduction, movie & book lists, health info,
quit-smoking, smokeless tobacco tips.
Generic Pharmacy Generic-RX.net offers generic pills online. No prescription.
Free shipping.
EagleCigs - cheap cigarettes online, Cigar Cheap cigarettes online from Russia
Cheap cigarettes - 2 Cheap Cigarettes Store offers discount cigarettes online.
Cheap cigarettes, buy online cigarettes - Cheap Cigarettes Store offers discount
cigarettes online.
Buy cheap cigarettes, discount cigarettes - 1001Cigarettes.com sales cheapest
cigarettes from Europe.
buy generic drugs online Gold-RX.com offers cheap generic pills online. No
prescription. Free and fast shipping.
viagra dosage
cheap cigarettes online
Cigarettes Online Shop SmokingCig.com #1 cheap cigarettes online store!
Tobacco Documents Online The easiest way to search over 4 million tobacco
Industry documents.
Cigarettes online, salem cigarettes Online cigarette store offers you an
oportunity to save on cigarettes. We provide all premiun brands like marlboro,
camel, winston, salem and much more. Order just once cheap cigarettes at our
discount cigarette store and you'll be our customer forever. Buy cigarettes on
our online shop and you'll get them in short time to your door. We guarantee
fresh and high quality cigarettes, and we do not provide your information to any
authorities. Our excelent customer support service will gladly assist you in any
issue.
Cheap cigarettes online, buy cheap online cigarettes fresh Discount Cigarettes,
cheap and high quality tax free discount cigarettes online !
Search For It ontheweb.com
Buy cheap discount cuban cigars online We offer best cuban cigars from
Switzerland
Search Engine Optimization SEORank offers advanced Search Engine
Optimization services for small to large static, dynamic and eCommerce
websites

 **Search Engine and Portal to the constantly changing best sites on the web**

<u>Police Scanners</u> Wide selection of scanners for police, fire, goverment, military and civilian use.

<u>Tipking.com</u> Household tips, hints and ideas to make our lives easier simple and cheaper. Get a tip hint for home, cleaning, garden, stains, beauty, washing, health, pets, kitchen, internet, children, homemaking, home repair and worklife.

<u>Buy cigarettes online</u> at 0-Cigarettes.com - cheap cigs from Russia.

<u>Filipinohomesales.com Philippines real estate</u> - Your source for buying Philippines Real Estate and Manila condominiums and houses in the Philippine Islands

**Shaving Products - Shaving Accessories**
Executive-Shaving.co.uk - Quality shaving products for the distinguished man

<u>Monte Cristo cuban cigars online</u>

<u>ontheweb.co.uk: Discount Cigarettes</u>

<u>Tatet</u>

<u>cigarettes, cigarettes online</u>

cheapest <u>marlboro, marlboro cigarettes</u>

<u>Marlboro ultra Lights cigarettes</u>

<u>cuban cigars store online</u>

<u>Deals, Coupons, Hot Deals, Coupon, Deal - Shopping Online! Discount</u> - GoDeals.com - save everywhere you go!

<u>cheap cigarettes</u> Providing Discount Cheap Cigarettes Online

<u>discount cigarettes</u> Providing Discount Cheap Cigarettes Online

<u>Lingerie, Romantic Gift, Leather Lingerie, Womens Lingerie, Sexy Lingerie</u> - Sexy Lingerie. Discount Prices. Sizes from S to 4X. Sexy styles for women including leather, silk, costumes, corsets, panties, thongs, bras, bodystockings and more.

<u>UserLine êâòàèîã</u>

**<u>Discount Ez perfume online</u>**
Get discount perfume here!

<u>Limousine, Limo Service in Los Angeles, Limo Services, Limo Rental, Limos, Airport Limousine, Limousine Companies, Limousines</u> - PrimeLimo is the choice for your limousine service in Los Angeles area. Airport transportation, city tours, wedding ceremonies, business meetings, anniversary celebration, prom, graduation or birthday party - we got a limo for you!

<u>Network Design and Integration, Network Management, Disaster Prevention and Recovery Planning</u> - Netwise Group Inc. is a Los Angeles based consulting company that provides business automation, computer network, wireless, internet and security solutions, remote and on-site support, and cost-effective IT outsourcing.

<u>Cortislim, Cortisol, Ab Scissor, Ionic Breeze, Ultimate HGH, Lateral Thigh Trainer, Coral Calcium, Scunci Steamer, Cybersonic, Body Dome, Power Juicer, Motor Millions, HGH</u> - All products As SEEN on TV !

<u>Xenadrine EFX, Leptoprin, Anorex, Stacker 2, Stacker 3, TrimSpa, Zantrex 3, 1-AD ErgoPharm, NoX2, Muscle Milk, Lipo-6, Relacore, Thermogenics Plus, Dermalin, Hydroxycut, Mag 10, Weight Loss</u> - Shopping At Nurition Producs .com! Find Your best way to buy Nutrition Products at www.nutritionproducts.com

<u>As Seen On TV, Relacore, 1GIA, Coral Calcium, Botopical, 6 Second ABS, Simply Shapers, Ultimate Chopper, Smoke Away, Hair Made, Bun and Thigh Max, Aero Pilates Reformer</u> - As Seen On TV Products and Other Speciality items. All items you saw on TV, but for your convenience, we have made arrangements for you to purchase it online

<u>Vacation Rentals at ovrentals.com</u> Vacation rentals and holiday homes with full descriptions and many photographs

<u>Cheap cigs online</u> Cigs from Europe

<u>Cheap smokes</u> 4-smokes offers cheap smokes

**<u>LinkPartners.com</u>**
The Easy Way to Find Link Swap Partners

Copyright © 2002 - 2007 by www.cigarette-cheap.org. All rights reserved.

<u>Blinds Express</u> Featuring Hunter Douglas, Levolor, Comfortex, and Kirsch. All major Brands are sold here! Custom window treatments

<u>Free Satellite TV Systems</u> Satellite TV 4 you shows you where you can get up to 4 free Satellite TV receivers and a free Satellite TV dish.

<u>Dish Network</u> Dish Network 4 you shows you where you can get up to 4 free Dish Network receivers and a free Dish Network dish

<u>DirecTV</u> DirecTV 4 you shows you where you can get up to 4 free DirecTv receivers and a free DirecTV dish

<u>Free Digital Satellite TV Dish System</u> Free digital satellite TV dish offers honest reviews and a comparison of dish network and directv helping you decide which system is right for you

<u>Free Credit Report</u> We will show you where you can get your free credit report online and thereby do a credit check and find out your credit score

<u>Calling Cards</u> Calling Cards 4 You shows you where you can buy cheap domestic and international phone cards online.

<u>Web progamming.</u> - Custom web programming (databases, e-commerce, online shopping, forums, search, user identification systems, security, etc)..

<u>Long Distance Phone Service</u> - Discount Long Distance 4 you shows you where you can get cheap long distance phone service rates, so you can stop paying outrageous long distance prices

<u>Cigars online</u> - Best Cuban cigars online

<u>Fixed Price MSI Application Packaging</u> - Provided by International Software Associates

**<u>Compare Cheap Local & Long Distance Phone Service Rates</u>:**
Compare over 75 local, long distance and unlimited flat rate plans at Calling-Plans.com.

<u>Butane Lighters by BugStores</u> A fine line of butane lighters for your cigar, pipe or cigarette. Choose from 40+ models – 5 Easy ways to browse for jet and torch lighters. BugStores.com was recommended by PLAYBOY Magazine in 2002!

<u>KindWeb.Com</u> Music Resources, Band Links, Musicians Finder, Events Calendar, Venues Finder, Activism, Natural Health, a Great Search Engine, and more...

<u>Offshore Development</u> - A Global Directory of Offshore Services, Information and Other Links



<u>We Carry the Cheap cigarettes of the highest quality made by all US manufacturing names in the cigarettes business. Our cheap cigarettes are guaranteed to be best price around .</u>

<u>: Havana Express</u> - Travel to Cuba, sending money, medicines, clothes, food to their relatives in cuba. Envios de dinero, medicinas, alimentos, tramites de viaje a Cuba.

**<u>Buy cigarettes online at Cigarette central</u>**
Buy online cigarettes starting at $6,39 from Europe

<u>Cheap Cigarettes</u> Revolutionizing the online cigarettes market. Due to the increased volume of sales, Go4Cigarettes can offer even bigger discounts.

<u>Cigarettes online cheap</u> - Cheapest cigarettes at www.cigoutlet.net

<u>Cheap Discount Cigarettes</u> - Cheap discount cigarettes online store

<u>Financial Advisors, Asset Allocation, 401 K Plans</u> At Academic Wealth Management, we focus on asset allocation, broad asset class diversification and investments in low transaction cost, passively managed mutual funds including 401K plans & pension sharing plans.

**<u>Invisible Keylogger - Spyware Keylogger</u>**
Invisible Keylogger is a superior stealth surveillance application that is COMPLETELY undetectable by anyrnuser. Invisible Keylogger can capture all keystrokes, desktop activity, email, chat messengers and even record email in complete stealth mode!.
http://www.invisiblekeylogger.com

<u>Auction Fire - Free Online Auctions</u> : Buy or sell almost anything. No listing fees, free image hosting, and automatic re-list. Sellers may link ads to their

own websites.

**#1 Discount Cigarette Store** TheCigaretteDealer.com is your number one online store for cheap, high quality cigarettes. FREE priority shipping for all orders! We also sell a variety of novelty lighters at huge discounts

**Best Buy Online - online shopping, best buy store, best buy canada store, best buys, shopping online directory** Best Buy Online - online shopping, best buy store, best buy canada store, best buys, shopping online directory

**FingerClickinGood** Search Directory of thousands of ebooks!

**Just-Collectible-Links.com**
...collectible related links, news, information, resources, and more!

**3,000 gift ideas plus! - Midwest Gift World** Wholesale gift shop with thousands of gifts and ideas for any fundraiser, retailer, occasion or holiday. Exclusives, novelties, and collectibles at as low as we can go wholesale prices.

**Beautiful4u.com:** discount Perfume & Cosmetics - free shipping anywhere in the world!

**Test-Mall.com Online Store**
Test Mall offers you a great selection of FDA approved tests, including drug tests, pregnancy tests, ovulation tests as well as other medical tests.

**Bcero.RU**
**каталог Bcero**

**Herbal Highs UK Head Shop** We make and sell the very best legal highs, famous at festivals from Glastonbury to Glasgow for their amazing properties. We also sell bongs, smoking papers, mushrooms, tobacco tins and lots more

**Elib Directory:** Web Directory devoted to Internet commerce.

**Cigarettes** - Discount Cigarettes, Roll your Own, Cheap Cigarettes

**Affordable Search Engine Submission & Website Templates** Search Engine Submission, Targeted Traffic Packages, Pre-made website templates and free link exchange!

**1 Stop Gift Baskets** Gourmet gift baskets plus a wizard you can use to create custom baskets of your own.

**Online shopping, jewelry, toys, games, shoes, baby clothes, computers, and clothing!**

**Aigam Webdirectory**

**21st Century Plaza** The 21st Century Plaza Internet shopping mall offers a wide variety of excellent merchandise, easy-to-use online ordering and unparalleled customer service.

**Spy Cam Surveillance Equipment** Spy tools, audio and video surveillance, hidden cameras, remote monitoring and locksmithing at warehouse direct prices.

**Green Tea Benefits** Examine the history and health benefits of green tea. Extensive online catalog of budget, premium and gourmet green teas.

**About my boobs** - a resource for women who take their breasts seriously

**Home Garden Supply Catalog** Unique and diverse garden supply store with one of a kind planters, liners, garden tools, accessories, stands and much more.

**Digital Camcorders Reviews** This site will guide you through the details, explain the terminology, and even give you a few tips along the way about how to shoot and edit that perfect video once you"ve got your camcorder.

**Online Roulette Players** Online Roulette Players Online Roulette and Casinos Gambling Guide

**Wine Racks Glasses & Accessories** Wine racks, corkscrews, furniture, glassware, home essentials, tables and wine cellars.

**Digital Cameras Review** Whether you"re a beginner looking for your first digital camera or an experienced photographer, we"ve got information, reviews and recommendations that will help you save money on your next digital camera.

**V-Wager** Secure and legal phone and internet sports betting with one same account 10 % sign up 10 % re up 10 % referrals make the best of your online gambling experience. Join now.

**Bet VSI** Offshore sports betting leader offering bets on all pro and college major sports also exotic sports like golf, tennis, motor racing, soccer and special

events such as politics and entertainment.

Players Super Book With many years of experience Players Super Book has proven honesty and professionalism offering stable betting lines, fast payouts and excellent client services without having to pay a penny more.

College Loans & Student Loan Consolidation Collegester is a resource for student loan information

Yaquza - Leather accessories, punk accessories & wholesale Manufacturer of leather accessories such as elts,bracelets,chockers,key holders wallets and more

All Sterling Silver One of a kind sterling silver jewelry and gold rings, charms and necklace and more from the island of the Gods Bali. A masterpiece of its kind.

MERCHANT ACCOUNT MERCHANT SERVICE CREDIT CARD PROCESSING Merchant account to accept credit cards. Get setup today in just 24hrs. Over 200,000 satisfied merchant service customers with 99.9% uptime credit card processing.

Florida Keys Information on the Florida Keys such as fishing , diving hotels and tours

Term Insurance Quotes Online and Instant Get Term Insurance and Term Life Insurance Quotes online instantly. Plus Universal Life Insurance, Whole Life Insurance Quotes, No medical life insurance, and Return of Premium plans.

www.hottestsauces.com - Over 1,000 Items. BBQ Sauces, Hot Sauces, Wing Sauces, Salsas, Marinades, Rubs, etc. From Mild to The Hottest in The World. Wholesale and Private Label offered, too. Items sent World Wide.

All Budapest Hotels Book your hotel in Budapest online and save up to 50%. Choose from a wide range of hotels, each with detailed information, photos and reviews

Sweat "N Spice Hot Sauce Gourmet Hot Sauces and other fiery sauces guaranteed to light you up! Featuring over 300 hot sauces, bbq sauces and hot wing sauces. You"ve never had it this hot!

davidoff cigarettes
camel mild
buy cigarettes
parliament lights
cheap cigarettes from cheapest online tobacco store information about cigarettes
cheap cigarettes

Pocket bikes electric scooters mini choppers gas scooters Mini Bikes oNline sells pocket bikes, electric scooters, mini choppers, gas scooters

Business for Sale Brokers Dallas Texas – Selling a Business Small business brokers In Dallas Fort Worth Texas offering business for sale listings, mergers and acquisitions services, business valuations, free information on buying or selling a small business.

Shopping Uk With Pk - Great shopping uk with pk, bringing you a range of uk shopping products from clothing, autos, health and beauty and many more.

Comparison Shopping UK Read and write reviews and see a comparison of prices for products and services

Work At Home For Online Residual Income Take this link and begIn to work at home online for yourself and earn a residual income

cuban cigars store online – Home of tax free and duty free Cuban cigars

Cigar humidors Cigar humidors, wholesale cigars and cigar accessories found here.

Beautiful Posters Here you can find set of posters on various themes. There are paintings of classical and modern artists, black-and-white and color posters
Dream posters One of the best on-line posters-store. Huge choice of posters in various themes. Our posters will fit your home and office and be amazing things of surroundings
Posters online store Online-posters-store – One of the Largest Poster and Print Store! Choice of posters in various themes: music, movie, vintage posters and a lot more

Card Tech Credit Card Merchant Services Providing low cost credit card

machine, merchant account services, real-time processing from your web site, wireless terminal and check services.

KeepCash Coupon Codes and Hot Deals Coupon codes and hot deals for all the major online retailers.

Garden Tools Many of our unique hand gardent tools are descendents of forms that have been used for centuries by gardeners all over the world

Electric Wheelchair Info Need info about Electric Wheelchairs ?

DIscount cigars shop cigar humidor cigar lighter Online cigars retailer Discount cigars,cigar humidor,cigar lighter and online cigar retailer at cigars-now

**123Greetings.com**

Diamond engagement rings jewelry loose diamonds by Jewelers Precious Jewelers offers diamond loose diamonds, diamond engagement rings, wedding jewelry, diamond necklace, diamond earrings, diamond rings, diamond earrings, diamond stud earrings, discount diamonds, pendants, anniversary ring, anniversary rings, fine jewelry

Global Shopping Links Find great deals from the internet"s premier shopping sites in our easy to use directory.

Cellular accessories cell phone accessory for cellphones Cell Accessories Mall offers a wide range of cellular phone accessories for almost all cellular phone service providers

Pocket bikes electric scooters mini choppers gas scooters Dream Bike Scooters sells super bikes, pocket bikes, mini choppers, electric scooters, gas scooters, jet Scooter, go peds, electric scooters, motor scooters, small bikes, fast bikes, american chopper

Alternative Health & Dietary Supplement Store Alternative health, an all natural supplements store with many kinds of herbs, vitamins, calcium supplement, homeophatic, weight loss products and skin care creams to keep your body healthy.

Wholesale Sterling Silver Providing Indonesia Bali Wholesale Sterling Silver Jewelry

Hookahs, Hookah Water Pipes, Narghile, Hookah Pipes Hookahs direct is your one stop for all you Hookah buying needs. We import direct allowing us to offer great products at low prives.

**Shopping**
Shopping at GuideCentral.com
http://shopping.guidecentral.com

Discount cosmetics & perfumes - All major brands, we provide the latest cosmetics, perfume, skincare, make up with FREE shipping worldwide to over 130 countries !

Medical Transcription Services - Medical Transcriptionists VIVA provides Transcription services to clinics and hospitals across the US and Canada

Cheap Web Hosting Domain Hosting Powerhoster provides the cheapest, affordable, discount Budget web hosting, home based business opportunity Chance.

12free.org Stop smoking methods, just got better. Leading smoking cessation specialists have been researching stop smoking methods helping people to permanently become non-smokers, with an incredible 95% success rate. One of the most affordable ways to stop smoking.

Firebrand Chess We stock the best in Chess Sets, Chessmen, traditional games like Mah Jong and Go, and much, much more. Dont forget to check out our selection of electronic and hand held chess games!

Diamond engagement rings wedding jewelry pendants earrings Precious Jewelers offers diamond loose diamonds, diamond engagement rings, wedding jewelry, diamond necklace, diamond earrings, diamond rings, diamond stud earrings, discount diamonds, pendants, anniversary ring, fine jewelry

Would you like to be listed on our link pages?

Have link bellow in place on your site before you email us links@cigmall.net

<A href="http://www.cigarettes4smokes.com">Cheap cigarettes online, buy cheap smokes</a> Cigarettes4smokes.com sales fresh, cheap and high quality tax free discount cigarettes online !



YOU MUST BE AT LEAST 18 YEARS OLD TO SHOP AT CIGARETTE-CHEAP.ORG



555 - Alliance - Bond - Boss - Camel - Chesterfield - Dallas
Davidoff - Delta - Dunhill - Epique - Esse - Gauloises - Gitanes
Karelia - Kent - L&M - Lucky Strike - Magna - Marlboro - Mild Seven
Monte Carlo - More - Muratti - Pall Mall - Parliament - President
Rothmans - Salem - Sobranie - Style - Virginia Slims - Viceroy
Vogue - West - Winston

marlboro cigarettes

In compliance with the new ban on the words 'light', 'ultra light' or 'mild' on cigarettes packs some sub-brands have changed their names. Please see the old name in brackets.

*marlboro cigarettes* and other brands such as marlboro lights cigarettes, are available at discount prices from our online cigarettes shop for immediate shipment.

*marlboro cigarettes* are delivered fresh cheap cigarettes to your door.

**Producer:**
http://www.philipmorris.com



## Marlboro Red pack

10 packs
200 filtered cigarettes
King Size Box
Tar - 10mg
Nicotine - 0.8mg

Buy Now



## Marlboro MX4 Flavor (Medium)

10 packs
200 filtered cigarettes
King Size Box
Tar - 8mg
Nicotine - 0.6mg

Buy Now



## Marlboro Gold pack (Lights



brown filter)

10 packs
200 filtered cigarettes
King Size Box
Tar - 6mg
Nicotine - 0.5mg

Buy Now

## Marlboro Silver pack (Ultra Lights)

10 packs
200 filtered cigarettes
King Size Box
Tar - 4mg
Nicotine - 0.4mg

Buy Now

## Marlboro Filter Plus

10 packs
200 filtered cigarettes
King Size Box
Tar - 3mg
Nicotine - 0.2mg

Buy Now

## Marlboro Filter Plus One

10 packs
200 filtered cigarettes



King Size Box
Tar - 1mg
Nicotine - 0.1mg

Buy Now

$23.90

## Marlboro Lights Menthol

10 packs
200 filtered cigarettes
King Size Box
Tar - 8mg
Nicotine - 0.6mg

Sold Out

$12.70

Copyright © 2002 - 2007 by www.cigarette-cheap.org. All rights reserved.

555 - Alliance - Bond - Boss - Camel - Chesterfield - Dallas
Davidoff - Delta - Dunhill - Epique - Esse - Gauloises - Gitanes
Karelia - Kent - L&M - Lucky Strike - Magna - Marlboro - Mild Seven
Monte Carlo - More - Muratti - Pall Mall - Parliament - President
Rothmans - Salem - Sobranie - Style - Virginia Slims - Viceroy
Vogue - West - Winston

**Cigarette-cheap.org ► Contact us**

## Contact Us

If you have any questions, please don't hesitate to contact us anytime and we'll
respond to your e-mail within 24 hours. Your valued comments, suggestions
and feedback would also be appreciated. If you have any questions or concerns
about our policies, please let us know so we can help you or you could access
our FAQ for more information.

Please send the mails to :

**sales@cigarette-cheap.org**

YOU MUST BE AT LEAST 18 YEARS OLD
TO SHOP AT CIGARETTE-CHEAP.ORG

We now ship cheap
cigarettes in the USA only.
While we don't ship to other
countries due to the customs
problems. Feel free to
provide us with proper
information about taxes in
your country. It will help us
to improve on our service
and to make our service
better and wider.

Copyright © 2002 - 2007 by www.cigarette-cheap.org. All rights reserved.



# PhilipMorrisUSA



· Home  · Contact Us  · Site Map  · PM USA en Español  · FAQs  · Careers

**Welcome to the Philip Morris USA Company Website**
Our goal is to be the most responsible, effective and respected developer, manufacturer and marketer of consumer products, especially products intended for adults. Learn more >

Search [ Go ]

Search Help

**About Us**

**Progress Toward Our Mission Goals**

**Product Facts**

**Smoking & Health Issues**

**Legislation & Regulation**

**Our Initiatives & Programs**



## Smoking & Health Issues

Information about health issues related to smoking...

· Low Tar Cigarettes
· Addiction
· More Topics

### About This Site

The purpose of this site is to share information about our Company, our issues and our programs. *It is **not** intended to market, advertise, promote or offer coupons for our cigarette brands.*



**Visit the Parent Resource Center**

Tips and tools for talking to your kids about not smoking.

Now also available en Español!

Visit Parent Resource Center >



**If you decide to quit smoking...**

Your connection to a wealth of expert quitting information.

Now also available en Español!

Visit QuitAssist℠ >

### Our New Products

While our primary business is cigarettes, we continue to explore new products.

· Read about Marlboro Moist Smokeless Tobacco
· Visit our smokeless tobacco products site

### Company Highlights

Philip Morris USA to Introduce Marlboro Moist Smokeless Tobacco
Company to test market moist smokeless tobacco product in October. Click here to learn more.



**Say No to a 156% Tax Increase on Cigarettes!**

Philip Morris USA opposes the proposed increase in the federal excise tax on cigarettes. If you oppose the proposed tax increase, click here to send an email to your legislators.

### Other Topics

· News & Media
· Community Involvement
· Youth Smoking Prevention
· Animal Care & Use
· Regulatory Reporting Requirements

Company Highlights Archive
View previous company highlights.

© 2007 Philip Morris USA          Terms of Use | Privacy Statement | Altria Group, Inc.