# EXHIBIT H

# 0-Cigarettes.Com

## Cheap Cigarettes Online

# 0-Cigarettes.Com

**Choose cigarettes**

◆ **Home**   ◆ **Info**   ◆ **F.A.Q.**   ◆ **Shopping cart**

- **555 State Express**
- **Alliance**
- **American Spirit**
- **Bailey's**
- **Barclay**
- **Basic**
- **Benson & Hedges**
- **Berley**
- **Bond**
- **Boss**
- **Bracar**
- **Bronco**
- **Cambridge**
- **Camel**
- **Capri**
- **Carlton**
- **Carnival**
- **Chesterfield**
- **Craven A**
- **Dallas**
- **Davidoff**
- **Delta**
- **Desert Sun**
- **Doral**
- **DU Maurier**
- **Dunhill**
- **Epique**
- **Esse**
- **Eve**
- **Gauloises**
- **Gitanes**
- **Gold Coast**
- **GPC**
- **Grand Prix**
- **GT One**
- **Karelia**
- **Kent**

## Cheapest Cigarettes online

If you are looking for good quality, fresh and cheap cigarettes you've came to the right place. We offer fresh cigarettes with many brands to buy online. You can purchase your favorite brands of cigarettes at the lowest price and save money and time by ordering online and receiving your first class cheap cigarettes right at your door.

Purchase Reporting? NO!
All 50 states? YES!

**L&M LIGHTS BOX**




Price per 200 cigarettes, 1-carton

**PARLIAMENT BOX**





Price per 200 cigarettes, 1-carton

**CAMEL FILTERS BOX**





Price per 200 cigarettes, 1-carton

**MARLBORO RED BOX**





Price per 200 cigarettes, 1-carton

0-Cigarettes.Com provides you with the most cheapest cigarettes on the marketare, including cigarettes like Marlboro, Camel, Winston, Parliament, L&M, Monte Carlo, Bond, and many other fine, fresh and good quality discount cigarettes brands. Don't hesitate, order now and try the best online cigarettes!

## Buy online cigarettes

**WARNING: You must be at least 21 years old to shop at 0-Cigarettes.Com**

- **Kentucky's Best**
- **Kool**
- **L&M**
- **Lark**
- **Liggett Select**
- **Lucky Strike**
- **Magna**
- **Malibu**
- **Marathon**
- **Marlboro**
- **Matinee**
- **Maverick**
- **Max**
- **Merit**
- **Mild Seven**
- **Misty**
- **Montclair**
- **Monte Carlo**
- **More**
- **Multifilter**
- **Muratti**
- **Newport**
- **Next**
- **Now**
- **Old Gold**
- **Pall Mall**
- **Parliament**
- **Peter I**
- **Philip Morris**
- **Player**
- **Player Canadian**
- **President**
- **Pyramid**
- **Quest**
- **Rave**
- **Rothmans**
- **Russian Style**
- **Salem**
- **Samurai**
- **Saratoga**
- **Satin**

- **Shield**
- **Silver**
- **Sobranie**
- **Sonoma**
- **Sovereign**
- **Style**
- **Tahoe**
- **Tareyton**
- **True**
- **Tucson**
- **USA**
- **USA Gold**
- **Vantage**
- **Viceroy**
- **Virginia Slims**
- **Vogue**
- **Wave**
- **West**
- **Winston**

⚬ **Contact us**   ⚬ **Resources**

© **0-Cigarettes.Com 2002 - 2007**

E-TRADING (UK) LIMITED Suite B, Harley Street, London, UK, W1O 8QR
support@0-cigarettes.com 1 800 520 4901

# 0-Cigarettes.Com

## Cheap Cigarettes Online

# 0-Cigarettes.Com

### Choose cigarettes

♦ **Home**    ♦ **Info**    ♦ **F.A.Q.**    ♦ **Shopping cart**

- **555 State Express**
- **Alliance**
- **American Spirit**
- **Bailey's**
- **Barclay**
- **Basic**
- **Benson & Hedges**
- **Berley**
- **Bond**
- **Boss**
- **Bracar**
- **Bronco**
- **Cambridge**
- **Camel**
- **Capri**
- **Carlton**
- **Carnival**
- **Chesterfield**
- **Craven A**
- **Dallas**
- **Davidoff**
- **Delta**
- **Desert Sun**
- **Doral**
- **DU Maurier**
- **Dunhill**
- **Epique**
- **Esse**
- **Eve**
- **Gauloises**
- **Gitanes**
- **Gold Coast**
- **GPC**
- **Grand Prix**
- **GT One**
- **Karelia**
- **Kent**

## Info

### Shipping Times and Costs:

| Manufactured in | Countries | Shipping Times | Shipping Costs |
|---|---|---|---|
| Ukraine | USA | 9-18 days | $ 5.95 / 1 carton |
| Russia | USA | 11-20 days | $ 5.95 / 1 carton |
| USA | USA | 3-6 working days | $ 6.95 / 1 carton |

### What kind of information do we collect from you?

Our primary goal in collecting personal information is to provide our visitors and customers with a superior customized online experience. When you browse and shop on our site, we collect two types of information about our visitors: personal information and non-personally identifiable information.

### Personal Information

Personal information is requested when you place an order. We need to know your name, billing address, shipping address, telephone number, E-mail address, and product details to process your order and to notify you of your order status

### Non-Personally Identifiable Information

This refers to information that do not identify a specific individual itself. The information of this kind may include the URL you came from, IP address, domain types (e.g. .com or .org, etc.), your browser type, the country, state and telephone area code where your server is located, the pages of our site that were viewed during a visit, the advertisements you clicked. We use this information for enhancing the operation of our site, serving advertisements, for statistical purposes and to administer our systems.

### How do we use the Information we collect?

We do not sell or rent your personal information to others. The information provided to us as a result of your online purchase such as your gender, name, E-mail address, phone number(s) and shipping address is used only to send orders, to inform you of your order status and send our company newsletter and promotional information. This information is completely confidential and will not be disclosed or sold to any other party. We may also use non-personally identifiable information about our web site visitors such as URL you came from, IP address, domain types, your browser type, the country, the pages of our site that were viewed during a visit, the advertisements you clicked. We use this information for enhancing the operation of our site, serving advertisements, for statistical purposes and to administer our systems

### Secure Ordering

Our web-site was developed to support secure online purchasing through secure socket layer (SSL) technology. All information that you provide during the shopping process is encrypted for your protection. You'll know that you're in an encrypted area when you see a solid key when using Netscape Navigator or a closed lock when using Internet Explorer. When you place your order online, your personal information will be encrypted and transmitted via a secured connection to be processed by our authorized online retailer only - is a worldwide credit card processing company which serves more than 3000 online stores. The Secure Transaction System provides 128 bit encryption to ensure safe transmission of your credit card details through the checkout process. Your credit card details are not available for us and used only to process your order online.

9/12/2007 8:48 PM



- **Kentucky's Best**
- **Kool**
- **L&M**
- **Lark**
- **Liggett Select**
- **Lucky Strike**
- **Magna**
- **Malibu**
- **Marathon**
- **Marlboro**
- **Matinee**
- **Maverick**
- **Max**
- **Merit**
- **Mild Seven**
- **Misty**
- **Montclair**
- **Monte Carlo**
- **More**
- **Multifilter**
- **Muratti**
- **Newport**
- **Next**
- **Now**
- **Old Gold**
- **Pall Mall**
- **Parliament**
- **Peter I**
- **Philip Morris**
- **Player**
- **Player Canadian**
- **President**
- **Pyramid**
- **Quest**
- **Rave**
- **Rothmans**
- **Russian Style**
- **Salem**
- **Samurai**
- **Saratoga**
- **Satin**

## Links

Our web site may contain links to other sites. Please be aware that we are not responsible for the privacy practices of other sites. We encourage our customers to be aware when they leave our site and to read the privacy statements of each and every web site that collects personally identifiable information. This privacy statement applies solely to information collected by 0-Cigarettes.Com site.

## Cookies

We do not use cookies in the operation of our site at the moment.

## Questions and comments

0-Cigarettes.Com welcomes your questions and comments concerning privacy. Please send E-mail to support@0-cigarettes.com

## Privacy Policy changes

If we will make changes to any terms or conditions of the Privacy Policy, the changes will be posted in this document so that you will always know what information we gather and how we might use it. If at any point we decide to use the information in a manner different from that stated at the time it was collected, we will notify you by E-mail. You will have a choice as to whether or not we may use your information in this different manner. We will use information in accordance with the Privacy Policy under which the information was collected.

- **Shield**
- **Silver**
- **Sobranie**
- **Sonoma**
- **Sovereign**
- **Style**
- **Tahoe**
- **Tareyton**
- **True**
- **Tucson**
- **USA**
- **USA Gold**
- **Vantage**
- **Viceroy**
- **Virginia Slims**
- **Vogue**
- **Wave**
- **West**
- **Winston**

**Contact us**    **Resources**

© **0-Cigarettes.Com 2002 – 2007**

# 0-Cigarettes.Com

## Cheap Cigarettes Online

# 0-Cigarettes.Com

**Choose cigarettes**

◦ **Home**   ◦ **Info**   ◦ **F.A.Q.**   ◦ **Shopping cart**

- **555 State Express**
- **Alliance**
- **American Spirit**
- **Bailey's**
- **Barclay**
- **Basic**
- **Benson & Hedges**
- **Berley**
- **Bond**
- **Boss**
- **Bracar**
- **Bronco**
- **Cambridge**
- **Camel**
- **Capri**
- **Carlton**
- **Carnival**
- **Chesterfield**
- **Craven A**
- **Dallas**
- **Davidoff**
- **Delta**
- **Desert Sun**
- **Doral**
- **DU Maurier**
- **Dunhill**
- **Epique**
- **Esse**
- **Eve**
- **Gauloises**
- **Gitanes**
- **Gold Coast**
- **GPC**
- **Grand Prix**
- **GT One**
- **Karella**
- **Kent**

## Frequently Asked Questions

1. **Making order**
2. **About our products**
3. **Delivery**
4. **Legality**
5. **Customs**
6. **Guarantee**
7. **Non-disclosure**
8. **Payments**

## Making order

### How can I make an order?

Since 0-cigarettes.com is an online store you can place your order online paying by credit card or check. On the Menu page you will find all the available brands. Select a brand and click on it. This will take you to the selected brand family page. Then click on the flavor of your choice. It will be automatically added to your shopping cart. If you want to buy more than one brand or style just select another brand from the "Chose your cigarettes" column and repeat the process. When you are done click "Go To Secure Checkout". You will be taken to Secure Server and you should fill in all the required fields. After that click "Purchase". At this point you will have to proceed with your payment. Your payment will be processed in US Dollars, through a highly secured server designed to keep your identity and payment details private. After you complete ALL STEPS, your order is considered placed.

### Is there a maximum order?

No. The quantity of cigarettes that can be purchased at 0-cigarettes.com is left to the discretion of customers who must be aware of the laws in force in their country and the sanctions they may incur.

ATTENTION! First time customers are allowed to order not more than 12 cartons. First time customers who want to order a quantity of cigarettes larger than 12 cartons should send us the following documents:

a photocopy of the physical credit card front & back (only the first four and the last four digits of the credit card number to be seen) a written statement and signature from the cardholder declaring the order is legitimate Please send the required docs to support@0-cigarettes.com Thank you. Please don't forget to quote you order number and your full name in the email message!

### How can I find out my order status?

After you've placed your order at 0-cigarettes.com you will be automatically notified by E-mail when we approve and ship your order. Please, notice that we do not ship orders within 24 hours to give you a possibility to change or update your postal address and / or the order items. In such cases you must immediately send us an e-mail with your changes. Please enclose your order number when writing about changes in your order.

**[top]**

## About our products

### Are the cigarettes sold at 0-Cigarettes.Com first choice?

The cigarettes sold at 0-Cigarettes.Com are of the highest quality available on the market. We sell brands made in Europe.

### Do you sell other brands of cigarettes?

Not currently. The only brands we sell are shown on the Home page.

- **Kentucky's Best**
- **Kool**
- **L&M**
- **Lark**
- **Liggett Select**
- **Lucky Strike**
- **Magna**
- **Malibu**
- **Marathon**
- **Marlboro**
- **Matinee**
- **Maverick**
- **Max**
- **Merit**
- **Mild Seven**
- **Misty**
- **Montclair**
- **Monte Carlo**
- **More**
- **Multifilter**
- **Muratti**
- **Newport**
- **Next**
- **Now**
- **Old Gold**
- **Pall Mall**
- **Parliament**
- **Peter I**
- **Philip Morris**
- **Player**
- **Player Canadian**
- **President**
- **Pyramid**
- **Quest**
- **Rave**
- **Rothmans**
- **Russian Style**
- **Salem**
- **Samurai**
- **Saratoga**
- **Satin**

**Is there any difference between the white filter and the brown filter Marlboro Lights?**

Yes. The first are made to match the taste of American smokers while the second are suited to European tastes. Philip Morris does not provide any other information on this matter. According to smokers (and suggestions), the "white filters" may be slightly stronger. There is only one way to find out. Try them!

**Will you be offering other brands in the future?**

Yes. The number and type of available brands may change in time.

———————————————————————————————————— **[top]**

## Delivery

**What countries do you deliver to?**

We deliver to USA only.

**How long does the delivery take?**

Delivery times are 9-18 days for Ukraine made cigarettes, 11-20 days for Russian made cigarettes and 3-6 working days for USA made ones.

**What are your delivery rates?**

The shipping rates are $5.95 per carton for any European (Ukraine, Russia) made cigarette brand and $6.95 for Usa made cigarette brand.

**Are the mailing times shown on site guaranteed?**

No. Air Mail delivery can be affected by mailing problems in the destination US state. But we meet mailing problems so rare that no statistics can be made out of this.

**If I place an order on Saturday, when my order will be sent?**

When we receive orders we guarantee to ship them in 2 working days (usually it takes not more than 36 hours). Orders placed on Thursdays are processed on Fridays and shipped on Mondays. Orders placed on Fridays, Saturdays and Public Holidays are processed on the first working day after reception and shipped on the second day. The day and time when your order was packed and shipped you'll receive by special e-mail. Please, notice that we do not ship orders within 24 hours to give you a possibility to change or update your postal address and/or the order items. In such cases you must immediately send us an e-mail with your changes . Please don't forget to quote your order number when writing about changes in your order.

**I bought twelve (6 and 6) cartons of cigarettes one week ago and I have received only one parcel of 6 cartons. Is that normal?**

Yes. The cartons are shipped in parcels (one parcel contains not more than 6 cartons for King Size and 8 cartons for Slims) within 2 days but in rare cases they reach destination together. The time between the first and the last parcel delivery is in average 5 to 10 days for the United States.

**Do you deliver by any couriers? (e.g.: DHL, UPS, TNT, etc.)**

No. We work with the European AirMail only.

**Can I track my order?**

No, as the parcels are sent by AirMail there are no trackings.

———————————————————————————————————— **[top]**

## Legality

**Is it legal to resell cigarettes ordered from 0-Cigarettes.Com ?**

No. This is against the law in any country of the world.

**Is it illegal to order a large quantity of cigarettes, for example, 50 cartons?**

The quantity of cigarettes that can be purchased at 0-Cigarettes.Com is left to the discretion of customers who must be aware of the laws in force in their country and the sanctions they may incur if their intention is to resell "duty free" cigarettes. It is the responsibility of the Buyer to ascertain and comply with the laws relating to the purchase and use of any tobacco goods. In order to determine the applicable limits on purchases or taxing responsibilities, if any, imposed

- **Shield**
- **Silver**
- **Sobranie**
- **Sonoma**
- **Sovereign**
- **Style**
- **Tahoe**
- **Tareyton**
- **True**
- **Tucson**
- **USA**
- **USA Gold**
- **Vantage**
- **Viceroy**
- **Virginia Slims**
- **Vogue**
- **Wave**
- **West**
- **Winston**

by your particular state, the consumer may want to contact their state authorities.

**[top]**

## Customs

### Do you guarantee that no duty will be paid worldwide?
We cannot guarantee that no tax will be paid worldwide because some countries may occasionally apply the international postal regulations and standards. In the USA, parcels containing 200 cigarettes are exempted from taxes.

**[top]**

## Guarantee

### Will I get my money back or have the goods replaced if the parcel is lost, stolen or damaged?
0-Cigarettes.Com offers a 100% money back guarantee covering the price of the cigarettes and shipping costs if, for any reason, the purchase is not deemed satisfactory.

### Can I withdraw the order placed with your online store?
You can withdraw your order within 24 hours of its placement.

**[top]**

## Non-disclosure

### Does 0-Cigarettes.Com use personal data of customers (mailing address, e-mail address, etc.) for advertising campaigns or other promotional activities?
We do not sell or rent your personal information to others. The information provided to us as a result of your online purchase, such as your name, E-mail address, phone number(s) and point of delivery or forwarding address are only used for shipping.

### Does 0-Cigarettes.Com have a database containing the customer's credit card details?
No. Your personal information will be encrypted and transmitted via secure communications to be processed solely by our authorized online retailer "Jumbomall".

### Does 0-Cigarettes.Com store information on who bought cigarettes online on files?
No, we don't store this information.

**[top]**

## Payments

### What payment methods do you accept?
We accept Credit Cards (Visa only) and eChecks.

### Can I pay by postal order or money order?
No. Unfortunately we accept credit cards and eChecks only.

### Can I place an order by telephone or Fax?
No. You can place your order online only.

### How to pay by check?
Payment by check is a processing service that allows customers to pay for cigarettes over the Internet by check without the need to mail a check. To pay by check please follow the below steps: Get your checkbook. Pull out the next valid check. Copy all information from that check to the last checkout form. Press the "Complete Purchase" button on the last checkout form and wait for the confirmation screen. Write void on your check and keep it with your printed receipt. Make sure to record an entry in your check register for the amount of this check and the check number. You will see this transaction in your monthly bank statement soon.

### What is your Chargeback policy?

We will not tolerate credit card chargebacks and any customer attempting or threatening to do this will be immediately barred from making any future purchases on this website as well as having their card blacklisted among processors. If there is a problem we will always seek a solution resulting in either a refund or a reship in line with our structured reship and refund procedure.

**[top]**

● **Contact us**   ● **Resources**

© 0-Cigarettes.Com 2002 - 2007

# 0-Cigarettes.Com    Cheap Cigarettes Online    0-Cigarettes.Com

**Choose cigarettes**

◆ **Home**   ◆ **Info**   ◆ **F.A.Q.**   ◆ **Shopping cart**

- **555 State Express**
- **Alliance**
- **American Spirit**
- **Bailey's**
- **Barclay**
- **Basic**
- **Benson & Hedges**
- **Berley**
- **Bond**
- **Boss**
- **Bracar**
- **Bronco**
- **Cambridge**
- **Camel**
- **Capri**
- **Carlton**
- **Carnival**
- **Chesterfield**
- **Craven A**
- **Dallas**
- **Davidoff**
- **Delta**
- **Desert Sun**
- **Doral**
- **DU Maurier**
- **Dunhill**
- **Epique**
- **Esse**
- **Eve**
- **Gauloises**
- **Gitanes**
- **Gold Coast**
- **GPC**
- **Grand Prix**
- **GT One**
- **Karelia**
- **Kent**

## Partners

Discount Cigarettes Tax free cheap cigarette store offers Marlboro cigarettes from $13-70 from Russia!

Cheap cigars online, discount Cigars store Cigars shop CheapSmokingCigars.com - buy cheap and discount cuban cigars online!

buy generic drugs online Gold-RX.com offers cheap generic pills online. No prescription. Free and fast shipping.

Tobacco.org Tobacco issues, tobacco & smoking-related news, addresses, tobacco history, cigarette seduction, movie & book lists, health info, quit-smoking, smokeless tobacco tips.

Cheap online cigarettes Cheap cigarettes from **Western Europe!**

Generic Pharmacy Generic-RX.net offers generic pills online. No prescription. Free shipping.

Tobacco Documents Online The easiest way to search over 4 million tobacco industry documents.

Generic Pharmacy Generics-RX.com - Buy generic Viagra, Levitra, Cialis online.

Cheap cigars Original Cuban cigars online at Cheap Cigars Sale! Free shipping

Cuban cigars Buy authentic Cuban cigars online at My-Cuban-Cigars.Com!

Cigars online shop Buy authentic Cuban cigars online at Cigars-For-You.Com! Free shipping

Generic pharmacy online Generic pharmacy online order generic viagra best seller purchasing discount generic drugs and medication.

Cigarettes-portal.com - Information about Buying Cigarettes Online

TIPS - CDC's Tobacco Information and Prevention Source TIPS - CDC's Tobacco Information and Prevention Source

Cuban Cigars Store Original Cuban cigars online at Cuban Cigars Store! Free shipping

Campaign for Tobacco-Free Kids Campaign for Tobacco-Free Kids

Tobacco Facts - British Columbia Games and More! Activities and some Really Gross Photos, POSTER CHILD BC's ANTI-TOBACCO AMBASSADOR

Discount perfume online Perfume shop EZ-Perfume.com - buy cheap and discount perfume online!



Buy cheap Cigarettes Duty free cheap cigarette store offers High quality, factory fresh Marlboro, Camel, Winston ... cigarettes!

*marlboro cigarettes*

Acid Cigars
Buy Acid cigars, discount acid cigars, wholesale acid cigars and arturo fuente cigars at discounted prices at Cigars Now

9/12/2007 8:51 PM

- **Kentucky's Best**
- **Kool**
- **L&M**
- **Lark**
- **Liggett Select**
- **Lucky Strike**
- **Magna**
- **Malibu**
- **Marathon**
- **Marlboro**
- **Matinee**
- **Maverick**
- **Max**
- **Merit**
- **Mild Seven**
- **Misty**
- **Montclair**
- **Monte Carlo**
- **More**
- **Multifilter**
- **Muratti**
- **Newport**
- **Next**
- **Now**
- **Old Gold**
- **Pall Mall**
- **Parliament**
- **Peter I**
- **Philip Morris**
- **Player**
- **Player Canadian**
- **President**
- **Pyramid**
- **Quest**
- **Rave**
- **Rothmans**
- **Russian Style**
- **Salem**
- **Samurai**
- **Saratoga**
- **Satin**

- **Shield**
- **Silver**
- **Sobranie**
- **Sonoma**
- **Sovereign**
- **Style**
- **Tahoe**
- **Tareyton**
- **True**
- **Tucson**
- **USA**
- **USA Gold**
- **Vantage**
- **Viceroy**
- **Virginia Slims**
- **Vogue**
- **Wave**
- **West**
- **Winston**

**Contact us**    **Resources**

© 0-Cigarettes.Com 2002 - 2007

9/12/2007 8:51 PM

# O-Cigarettes.Com        Cheap Cigarettes Online        O-Cigarettes.Com

### Choose cigarettes

◆ **Home**    ◆ **Info**    ◆ **F.A.Q.**    ◆ **Shopping cart**

- **555 State Express**
- **Alliance**
- **American Spirit**
- **Bailey's**
- **Barclay**
- **Basic**
- **Benson & Hedges**
- **Berley**
- **Bond**
- **Boss**
- **Bracar**
- **Bronco**
- **Cambridge**
- **Camel**
- **Capri**
- **Carlton**
- **Carnival**
- **Chesterfield**
- **Craven A**
- **Dallas**
- **Davidoff**
- **Delta**
- **Desert Sun**
- **Doral**
- **DU Maurier**
- **Dunhill**
- **Epique**
- **Esse**
- **Eve**
- **Gauloises**
- **Gitanes**
- **Gold Coast**
- **GPC**
- **Grand Prix**
- **GT One**
- **Karelia**
- **Kent**

## Marlboro cigarettes

Marlboro cigarettes from **Ukraine**
Delivery times: 9 - 18 days

According to the new regulations on cigarettes that prohibits labeling the cigarettes as "light", "ultr light" or "mild" some sub-brands have new names. Please see the old names written in the brackets.



**Marlboro Red pack**

Price: $12.70

Buy now



**Marlboro MX4 Flavor (Medium)**

Price: $12.70

Buy now



**Marlboro Gold pack (Lights brown filter)**

Price: $12.70

Buy now

- Kentucky's Best
- Kool
- L&M
- Lark
- Liggett Select
- Lucky Strike
- Magna
- Malibu
- Marathon
- Marlboro
- Matinee
- Maverick
- Max
- Merit
- Mild Seven
- Misty
- Montclair
- Monte Carlo
- More
- Multifilter
- Muratti
- Newport
- Next
- Now
- Old Gold
- Pall Mall
- Parliament
- Peter I
- Philip Morris
- Player
- Player Canadian
- President
- Pyramid
- Quest
- Rave
- Rothmans
- Russian Style
- Salem
- Samurai
- Saratoga
- Satin



**Marlboro Silver pack (Ultra Lights)**

Price: $12.70

Buy now



**Marlboro Filter Plus**

Price: $23.90

Buy now



**Marlboro Filter Plus One**

Price: $23.90

Buy now



Marlboro cigarettes from **Russia**
Delivery times: 11 - 20 days



**Marlboro Red**

Price: $17.65

Sold out

**Marlboro Lights**

Price: $17.65

Sold out

- **Shield**
- **Silver**
- **Sobranie**
- **Sonoma**
- **Sovereign**
- **Style**
- **Tahoe**
- **Tareyton**
- **True**
- **Tucson**
- **USA**
- **USA Gold**
- **Vantage**
- **Viceroy**
- **Virginia Slims**
- **Vogue**
- **Wave**
- **West**
- **Winston**



**Marlboro Ultra Lights**

Price: $17.65

Sold out



**Marlboro Lights Menthol**

Price: $17.65

Sold out



**Marlboro Filter Plus**
**(Will be available from August! )**

Price: $29.50

Sold out

**USA** made Marlboro cigarettes
Delivery times: 3 - 6 working days



**Marlboro 100**

Price: $34.83

Buy now

**Marlboro Blend 27 Box King**

Price: $34.83

Buy now



**Marlboro Box 100**

Price: $34.83

Buy now



**Marlboro Box King**

Price: $34.83

Buy now



**Marlboro Box King 25's**

Price: $34.83

Buy now



**Marlboro King**

Price: $34.83

Buy now



**Marlboro Light Box 100**

Price: $34.83

Buy now

9/12/2007 8:52 PM



**Marlboro Light Box King**

Price: $34.83

Buy now



**Marlboro Light Box King 25's**

Price: $34.83

Buy now



**Marlboro Light King**

Price: $34.83

Buy now



**Marlboro Light Soft 100**

Price: $34.83

Buy now



**Marlboro Medium 100**

Price: $34.83

Buy now



**Marlboro Medium Box 100**

Price: $34.83

Buy now

**Marlboro Medium Box King**

Price: $34.83



Buy now

**Marlboro Medium Soft King**

Price: $34.83



Buy now

**Marlboro Ment Blue BX 72mm**

Price: $32.01



Buy now

**Marlboro Ment Green BX 72mm**

Price: $32.01



Buy now

**Marlboro Ment Light Box 100**

Price: $34.83



Buy now

**Marlboro Ment Light Box King**

Price: $34.83



Buy now

**Marlboro Ment Milds 100 Box**

Price: $34.83



Buy now

**Marlboro Ment Milds Box King**

Price: $34.83



Buy now

**Marlboro Menthol Box 100**

Price: $34.83



Buy now

**Marlboro Menthol Box King**

Price: $34.83



Buy now



**Marlboro Menthol Light SP 100**

Price: $34.83

Buy now

**Marlboro Menthol Light SP King**

Price: $34.83



Buy now

**Marlboro Menthol SP King**

Price: $34.83



Buy now

**Marlboro Ultra Box 100**

Price: $34.83



Buy now

**Marlboro Ultra Box King**

Price: $34.83



Buy now

**Marlboro Ultra Ment. Box 100**

Price: $34.83



Buy now

9/12/2007 8:52 PM

**Marlboro Ultra Ment. Box King**



Price: $34.83

Buy now

**Marlboro Blend 27 Soft King**



Price: $34.83

Sold out

● **Contact us**    ● **Resources**

© **0-Cigarettes.Com 2002 – 2007**

# 0-Cigarettes.Com

## Cheap Cigarettes Online

# 0-Cigarettes.Com

**Choose cigarettes**

● **Home** ● **Info** ● **F.A.Q.** ● **Shopping cart**

### Contact us

If you have any questions, please don't hesitate to contact us anytime and we'll respond to your e-mail within 24 hours. Your valued comments, suggestions and feedback would also be appreciated. If you have any questions or concerns about our policies, please let us know so we can help you or you could access our FAQ for more information.

Please send the mails to:

**support@0-cigarettes.com**

- 555 State Express
- Alliance
- American Spirit
- Bailey's
- Barclay
- Basic
- Benson & Hedges
- Berley
- Bond
- Boss
- Bracar
- Bronco
- Cambridge
- Camel
- Capri
- Carlton
- Carnival
- Chesterfield
- Craven A
- Dallas
- Davidoff
- Delta
- Desert Sun
- Doral
- DU Maurier
- Dunhill
- Epique
- Esse
- Eve
- Gauloises
- Gitanes
- Gold Coast
- GPC
- Grand Prix
- GT One
- Karelia
- Kent

9/12/2007 8:50 PM

- Kentucky's Best
- Kool
- L&M
- Lark
- Liggett Select
- Lucky Strike
- Magna
- Malibu
- Marathon
- Marlboro
- Matinee
- Maverick
- Max
- Merit
- Mild Seven
- Misty
- Montclair
- Monte Carlo
- More
- Multifilter
- Muratti
- Newport
- Next
- Now
- Old Gold
- Pall Mall
- Parliament
- Peter I
- Philip Morris
- Player
- Player Canadian
- President
- Pyramid
- Quest
- Rave
- Rothmans
- Russian Style
- Salem
- Samurai
- Saratoga
- Satin

- **Shield**
- **Silver**
- **Sobranie**
- **Sonoma**
- **Sovereign**
- **Style**
- **Tahoe**
- **Tareyton**
- **True**
- **Tucson**
- **USA**
- **USA Gold**
- **Vantage**
- **Viceroy**
- **Virginia Slims**
- **Vogue**
- **Wave**
- **West**
- **Winston**

♥ **Contact us**    ◊ **Resources**

© **0-Cigarettes.Com 2002 - 2007**

# EXHIBIT I

Discount Cigarettes Store - Cheap cigarettes online ordering    http://www.the-cheap-cigarettes.com/index.php

# www.ThE-CheaP-CigaretteS.com

## Online Cigarettes Store

Home | News | Terms and Conditions | Contact Us

Shopping Cart

**Brands avaiable:**

· 555
· Alliance
· Bond
· Boss
· Camel
· Chesterfield
· Davidoff
· Delta
· Dunhill
· Epique
· Esse
· Gauloises
· Gitanes
· Karelia Slims
· Kent
· L&M
· Lucky Strike
· Magna
· Marlboro
· Mild Seven
· Monte Carlo
· More
· Muratti
· Next
· Pall Mall
· Parliament
· President
· R1
· Rothmans
· Salem
· Sobranie
· Sovereign
· Style
· Viceroy
· Virginia Slims
· Vogue
· West
· Winston

 Tell a friend

### WE OFFER:

Best prices
Secure ordering
Product Garantie
Excellent Customer Service

## Camel Filter



**Price
12.30$**

## Marlboro Red pack



**Price
12.70$**

## Marlboro Gold pack (Lights brown filter)



**Price
12.70$**

### TOBACCO NEWS

Dope laws up in smoke

Smokers pay more for cigarettes

Lawmakers Consider Requiring Permits To Sell Cigarettes

**Now we ship orders in parcels containing no more than 3 cartons each.**

9/12/2007 8:54 PM

Please note that you should be at least 18 years old to order cigarettes!
Copyright © 2005 - 2007 THE-CHEAP-CIGARETTES.com

Cheap cigars online | Cuban cigars | Buy cigars online | Cuban cigars store | Cheap cigars | Discount perfume
online
E-TRADING (UK) LIMITED Suite B, Harley Street, London, UK, W1G 9QR
support@the-cheap-cigarettes.com 1 800 520 4901

# www.ThE-CheaP-CigaretteS.com

## Online Cigarettes Store

Home | News | Terms and Conditions | Contact Us

Shopping Cart

**Brands avaiable:**

- 555
- Alliance
- Bond
- Boss
- Camel
- Chesterfield
- Davidoff
- Delta
- Dunhill
- Epique
- Esse
- Gauloises
- Gitanes
- Karelia Slims
- Kent
- L&M
- Lucky Strike
- Magna
- Marlboro
- Mild Seven
- Monte Carlo
- More
- Muratti
- Next
- Pall Mall
- Parliament
- President
- R1
- Rothmans
- Salem
- Sobranie
- Sovereign
- Style
- Viceroy
- Virginia Slims
- Vogue
- West
- Winston

 Tell a friend

### Terms and Conditions:

- **Placing an Order**
  Order placement information, age restrictions, first time buyers restricitons. Minimum and maximum orders allowed to be placed.
- **Payment**
  Payment information including methods of payment, billing information and refund of overcharges.
- **Chargebacks**
  Our policy towards Chargebacks.
- **Delivery**
  Delivery information including delivery timeframe, method of delivery, information on countries we deliver to and partial deliveries.
- **Customs**
  Information concerning customs regulations.
- **Product Garantie**
  Information on refunds in case you haven't received your order.
- **Security**
  Secure ordering on our site (SSL technology, 128 bit secured protocols).
- **Privacy**
  Information on non-disclosure of your personal information.

### Placing an Order:

First of all, we have no setup, yearly or any other fees. The only fee you pay is the cost of your cigarettes and the shipping/handling fee.
Placing your order is easy, you just pick as many cartons of those brands you want your order to contain as you wish, and then finalize your purchase.
*However, please note that we don't accept orders for more than 12 cartons from the first time customers.* As soon as you receive your first order and the payment history is established, you are welcome to order as much as you wish.
Also, you must be at least 18 years old to order.

To the top

### Payment:

So far, you can pay with a credit/debit card of companies from our list only. We now consider introducing a new payment option. As sson as we decide for it, we will make it available on our site.
As for charges on your credit card, please note that *all the prices listed in our store are in US dollars and the amount charged from your credit card must be equal to the amount for cigarettes bought.*
Our processing company, who carries out all the procedures with customer's credit cards, is working with AUS dollars and in very rare cases, due to the currency conversion, an extra-charge of about a dollar may appear on your credit card statement. If it's so we are always happy to return the extra-charge taken, you have only to let us know about it.

To the top

### Chargebacks:

We will not tolerate credit card chargebacks and any customer attempting or threatening to do this will be immediately barred from making any future purchases on this website as well as having their card blacklisted among processors. *If there is a problem we will always seek a solution resulting in either a refund or a reship in line with our structured reship and refund procedure.*

To the top

### Delivery:

Please note that *we deliver to the USA only.*

We send our orders by certified/registered airmail. Please note that we don't provide courier and express delivery. All parcels contain no indications of its contents on the package.

The delivery usually takes 10-20 days, and orders of more than 3 cartons come in separate parcels. Generally, the maximum time between the first and the last parcel of the same order arriving is 2-6 days.

To the top

### Customs:

The declared value and weight of our parcels comply with the prescribed international terms. The parcels are sealed and cannot be opened for postal inspection. However, *in those rare cases when our parcels are seized, we issue a full refund to the customer.*

To the top

### Product Garantie:

*We offer a 100% money back guarantee covering the price of the cigarettes and shipping costs if, for any reason, your order turns out not satisfactory.*

To the top

### Security:

We use Secure Socket Layers Encryption of all data. Our Secure Sockets Layer (SSL) software is the industry standard and among the best software available today for secure online commerce transactions. *It encrypts all of your personal information, including credit card number, name, and address, so that it cannot be read as the information is transmitted over the Internet.*

You'll know that you're in an encrypted area when you see a solid key when using Netscape Navigator or a closed lock whebrn using Internet Explorer.

Your credit card details are not available for us and used only to process your order online by our processing company.

To the top

### Privacy:

*We never share, sell or pass your personal information such as name, address and e-mail to any third party.* This information is used only to process and ship your order, and to assist you in your inquiries on its status.

We also collect non-personally identifiable information. It may include the URL you came from, IP address, domain types (like .com or .org and so on), your browser type, the country, state and telephone area code where your server is located, the pages of our site that were viewed during a visit, the advertisements you clicked. We use this information for enhancing the operation of our site, serving advertisements, for statistical purposes and to administer our systems.

To the top

Please note that you should be at least 18 years old to order cigarettes!
Copyright © 2005 - 2007 THE-CHEAP-CIGARETTES.com

Cheap cigars online ¦ Cuban cigars ¦ Buy cigars online ¦ Cuban cigars store ¦ Cheap cigars ¦ Discount perfume
online

E-TRADING (UK) LIMITED Suite B, Harley Street, London, UK, W1G 9QR
support@the-cheap-cigarettes.com 1 800 520 4901

9/12/2007 8:56 PM

# *www.ThE-CheaP-CigaretteS.com*

## Online Cigarettes Store

Home | News | Terms and Conditions | Contact Us

Shopping Cart

**Brands avaiable:**

- 555
- Alliance
- Bond
- Boss
- Camel
- Chesterfield
- Davidoff
- Delta
- Dunhill
- Epique
- Esse
- Gauloises
- Gitanes
- Karelia Slims
- Kent
- L&M
- Lucky Strike
- Magna
- Marlboro
- Mild Seven
- Monte Carlo
- More
- Muratti
- Next
- Pall Mall
- Parliament
- President
- R1
- Rothmans
- Salem
- Sobranie
- Sovereign
- Style
- Viceroy
- Virginia Slims
- Vogue
- West
- Winston

 Tell a friend

Due to the new European regulations that interdict labeling cigarettes as "light", "ultra light" or "mild" some cigarettes styles have changed the name. Please see the old name in brackets.



## Marlboro Red pack

(Tar - 10mg, Nicotine - 0.8mg)

**$ 12,70**
per carton

Add to Cart



## Marlboro Gold pack (Lights brown filter)

(Tar - 6mg, Nicotine - 0.5mg)

**$ 12,70**
per carton

Add to Cart

## Marlboro Lights Menthol



(Tar - 8mg, Nicotine - 0.6mg)

**$ 12.70**
per carton

**SoldOut**

---



## Marlboro Silver pack (Ultra Lights)

(Tar - 4mg, Nicotine - 0.4mg)

**$ 12.70**
per carton

Add to Cart

---



## Marlboro MX4 Flavor (Medium)

(Tar - 8mg, Nicotine - 0.6mg)

**$ 12.70**
per carton

Add to Cart

---

## Marlboro Filter Plus One

(Tar - 1mg, Nicotine - 0.1mg)

**$ 23.90**



per carton

Add to Cart



## Marlboro Filter Plus

(Tar - 3mg, Nicotine - 0.2mg)

**$ 23.90**
per carton

Add to Cart

# www.ThE-CheaP-CigaretteS.com

## Online Cigarettes Store

Home | News | Terms and Conditions | Contact Us

Shopping Cart

**Brands avaiable:**

- 555
- Alliance
- Bond
- Boss
- Camel
- Chesterfield
- Davidoff
- Delta
- Dunhill
- Epique
- Esse
- Gauloises
- Gitanes
- Karelia Slims
- Kent
- L&M
- Lucky Strike
- Magna
- Marlboro
- Mild Seven
- Monte Carlo
- More
- Muratti
- Next
- Pall Mall
- Parliament
- President
- R1
- Rothmans
- Salem
- Sobranie
- Sovereign
- Style
- Viceroy
- Virginia Slims
- Vogue
- West
- Winston

 Tell a friend

If you have any questions, please don't hesitate to contact us anytime and we'll respond to your e-mail within 24 hours.

Your valued comments, suggestions and feedback would also be appreciated. If you have any questions or concerns about our policies, please let us know so we can help you or you could access our FAQ for more information.

**Please send the mails to :**
SUPPORT@THE-CHEAP-CIGARETTES.com

Discount Cigarettes Store - Cheap cigarettes online.Purchase...

Please note that you should be at least 18 years old to order cigarettes!
Copyright © 2005 - 2007 THE-CHEAP-CIGARETTES.com

Cheap cigars online ¦ Cuban cigars ¦ Buy cigars online ¦ Cuban cigars store ¦ Cheap cigars ¦ Discount perfume online

E-TRADING (UK) LIMITED Suite B, Harley Street, London, UK, W1G 9QR
support@the-cheap-cigarettes.com 1 800 520 4901

# EXHIBIT J




# Cheap Cigarettes 4 Smokes

**Cigarettes4smokes offers:**

| Home | ✉ Tell Friend | Info | F.A.Q. | 🛒 Shopping Cart |
| --- | --- | --- | --- | --- |

**Cheap Cigarettes 4 Smokes .com** - online store is offering premium cigarette brands for cheap smokes - Marlboro, Camel, Parliament, LM, Winston, lights, menthol and other brands at discount prices.

All cigarettes are factory fresh and delivered to your doorstep within an average of 10 - 18 working days.

**Please**, be aware that we do not report any information to any state authorities!!!


### Cigarette Bestsellers

    

| $ 12-30 | $ 11-90 | $ 15-95 | $ 9-40 | $ 10-30 |
| --- | --- | --- | --- | --- |

Buying cheap cigarettes is legal and the smart way to save your money!

## Buy cheap Marlboro cigarette

**Warning:** Smoking is hazardous for your health.
You must be **18** years of age or older to buy cigarettes online

Copyright 2003-2007 http://www.cigarettes4smokes.com/ - All Rights Reserved Cheap Cigarettes

contacts: info@cigarettes4smokes.com

partners | cheap cigarettes | buy online cheap cigarettes | buy cheap cigarettes, discount cigarettes | marlboro cigarettes | discount cigarettes | buy cigarettes | buy cigarettes online | cheap cigarettes | cuban cigars | cheap cigarettes | cigarettes | bolivar cigars | cheap cigarettes online | cheap cigars online | cuban cigars store | cheap cigarettes, discount cigarettes | cheap cigars | discount perfume online | discount cigarettes | discount cheap cigarettes | cheap marlboro cigarettes | buy cigarettes online | camel cigarettes | buy cigarettes online | cheap cigarettes online | cigarettes | cheap cigarettes, discount camel cigarettes

USA made

European made

- 555
- Alliance
- Bond
- Boss
- Camel
- Chesterfield
- Dallas
- Davidoff
- Delta
- Dunhill
- Epique
- Esse
- Gauloises
- Gitanes
- Karelia
- Kent
- L & M
- Lucky Strike
- Magna
- Marlboro
- Mild Seven
- Monte Carlo
- More
- Muratti
- Next
- Pall Mall
- Parliament
- President
- R 1
- Rothmans
- Salem
- Sobranie
- Style
- Viceroy
- Virginia
- Vogue
- West
- Winston



**Information**

- Gallery of famous smokers
- Effects of smoking
- History of cigarettes
- What is in cigarettes

E-TRADING (UK) LIMITED Suite B, Harley Street, London, UK, W1G 9OR
info@cigarettes4smokes.com 1 800 520 4901



# **Cigarettes** 4 **Smokes** .com

## *Cheap cigarettes!*     **Discount cigarettes!**     *Cheap smokes!*

| Home | ✉ Tell Friend | Info | F.A.Q. | 🛒 Shopping Cart |

### Overview:

**Shipping Times and Costs:**

| Countries | Shipping Times | Shipping Costs |
|-----------|----------------|----------------|
| USA | 10-18 days | $6.65 per 1 carton |

**Cigarette brands available**

- Bond
- Camel
- Chesterfield
- Davidoff
- Esse
- Dunhill
- Dallas
- Karelia Slims
- Kent
- Lucky Strike
- L & M
- Marlboro
- More
- Mild Seven
- Magna
- Monte Carlo
- Pall Mall
- Parliament
- Rothmans
- R 1
- Salem
- Sobranie
- Virginia Slims
- Viceroy
- Vogue
- Winston
- West
- 555

At www.cigarettes4smokes.com, we are concerned about your online privacy. We've created our Privacy Policy to demonstrate You how we protect of our customers privacy. Our company studies online customer activity and collects different information about our customers in order to provide you with the finest product selection and shopping experience. This document should explain the following regarding the use of our web-site shop:

- What kind of information do we collect from you?
- How do we use the information we collect?
- Secure Ordering
- Links
- Cookies
- Questions and comments
- Privacy Policy changes

### *What kind of information do we collect from you?*

❚ What kind of information do we collect from you?

Our primary goal in collecting personal information is to provide our visitors and customers with a superior customized online experience. When you browse and shop on our site, we collect two types of information about our visitors: personal information and non-personally identifiable information.

**[top]**

❚ *Personal Information*

Personal information is requested when you place an order. We need to know your name, billing address, shipping address, telephone number, E-mail address, and product details to process your order and to notify you of your order status

**Information**

- Gallery of famous smokers
- Effects of smoking

❚ *Non-Personally Identifiable Information*

This refers to information that do not identify a specific individual itself. The information of this kind may include the URL you came from, IP address, domain types (e.g. .com or .org, etc.), your browser type, the country, state and

of 3

9/12/2007 9:10 PM



- History of cigarettes
- What is in cigarettes

partners

Links

telephone area code where your server is located, the pages of our site that were viewed during a visit, the advertisements you clicked. We use this information for enhancing the operation of our site, serving advertisements, for statistical purposes and to administer our systems.

## How do we use the information we collect?

We do not sell or rent your personal information to others. The information provided to us as a result of your online purchase such as your gender, name, E-mail address, phone number(s) and shipping address is used only to send orders, to inform you of your order status and send our company newsletter and promotional information. This information is completely confidential and will not be disclosed or sold to any other party. We may also use non-personally identifiable information about our web site visitors such as URL you came from, IP address, domain name, your browser type, the country, the pages of our site that were viewed during a visit, the advertisements you clicked. We use this information for enhancing the operation of our site, serving advertisements, for statistical purposes and to administer our systems

[top]

## Secure Ordering

Our web-site was developed to support secure online purchasing through secure socket layer (SSL) technology. All information that you provide during the shopping process is encrypted for your protection. You'll know that you're in an encrypted area when you see a solid key when using Netscape Navigator or a closed lock when using Internet Explorer. When you place your order online, your personal information will be encrypted and transmitted via a secured connection to be processed by our authorized online retailer - provides 128 bit encryption to ensure safe transmission of your credit card details through the checkout process. Your credit card details are not available for us and used only to process your order online.

[top]

## Links

Our web site may contain links to other sites. Please be aware that we are not responsible for the privacy practices of other sites. We encourage our customers to be aware when they leave our site and to read the privacy statements of each and every web site that collects personally identifiable information. This privacy statement applies solely to information collected by www.cigarettes4smokes.com site

## Cookies

We do not use cookies in the operation of our site at the moment

## Questions and comments

www.cigarettes4smokes.com welcomes your questions and comments concerning privacy. Please send E-mail to info@cigarettes4smokes.com

[top]

## Privacy Policy changes

9/12/2007 9:10 PM

If we will make changes to any terms or conditions of the Privacy Policy, the changes will be posted in this document so that you will always know what information we gather and how we might use it. If at any point we decide to use the information in a manner different from that stated at the time it was collected, we will notify you by E-mail. You will have a choice as to whether or not we may use your information in this different manner. We will use information in accordance with the Privacy Policy under which the information was collected.

Copyright 2003, http://www.cigarettes4smokes.com/ - All Rights Reserved Cigarettes online
**contacts**: info@cigarettes4smokes.com



# Cigarettes 4 Smokes .com

## *Cheap cigarettes!*  **Discount cigarettes!**  *Online cigarettes!*

**Cigarette brands available**

- Bond
- Camel
- Chesterfield
- Davidoff
- Esse
- Dunhill
- Dallas
- Karella Slims
- Kent
- Lucky Strike
- L & M
- Marlboro
- More
- Mild Seven
- Magna
- Monte Carlo
- Pall Mall
- Parliament
- Rothmans
- R 1
- Salem
- Sobranie
- Virginia Slims
- Viceroy
- Vogue
- Winston
- West
- 555



Home    ✉ Tell Friend    Info    F.A.Q.    🛒 Shopping Cart

### Frequently Asked Questions

## Select the question you are interested in:

1. Making order
2. About our products
3. Delivery
4. Legality
5. Customs
6. Guarantee
7. Non-disclosure
8. Payments

## Making order

**Q How can I make an order?**

A  A Since www.cigarettes4smokes.com is an online store you can place your order online using your credit card or e-check.

On the Menu page you will find all the available brands. Select a brand and click on it. This will take you to the selected brand family page. Then click on the flavor of your choice. It will be automatically added to your shopping cart. If you want to buy more than one brand or style just select another brand from the "Chose your cigarettes" column and repeat the process. When you are done click "Go To Secure Checkout". You will be taken to Secure Server and you should fill in all the required fields. After that click "Purchase". At this point you will have to proceed with your payment. After you complete ALL STEPS, your order is considered placed.

ATTENTION! First time customers are allowed to order not more than 12 cartons. As soon as the payment history is established, you can order as much as you wish.

**[top]**

**Q What payment methods do you accept?**

A  We accept Credit Cards Visa & MasterCard and E-Checks online.

**Q Is there a maximum order?**



Information

- Gallery of famous smokers
- Effects of smoking
- History of cigarettes
- What is in cigarettes

partners

Links

A  No. The quantity of cigarettes that can be purchased at Cigarettes4Smokes.com is left to the discretion of customers who must be aware of the laws in force in their country and the sanctions they may incur.

ATTENTION! First time customers are allowed to order not more than 12 cartons. As soon as the payment history is established, you can order as much as you wish.

**Q** **What is my order status?**

A  After you've placed your order at Cigarettes4Smokes.com you will be automatically notified by E-mail when we approve and ship your order. Please, notice that we do not ship orders within 24 hours to give you a possibility to change or update your postal address and / or the order items. In such cases you must immediately send us an e-mail with your changes. Please enclose your order number when writing about changes in your order.

[top]

## About our products

**Q** **Are the cigarettes sold at Cigarettes4Smokes.com first choice?**

A  The cigarettes sold at Cigarettes4Smokes.com are of the highest quality available on the market. We sell brands made in Europe.

[top]

**Q** **Do you sell other brands of cigarettes in addition to those advertised at your site?**

A  Not currently. The only brands we sell are shown on the Home page.

**Q** **Is there any difference between the white filter and the brown filter Marlboro Lights?**

A  Yes. The first are made to match the taste of American smokers while the second are suited to European tastes. Philip Morris does not provide any other information on this matter. According to smokers (and suggestions), the "white filters" may be slightly stronger. There is only one way to find out. Try them!

**Q** **Will you be offering other brands in the future?**

A  Yes. The number and type of available brands may change in time.

[top]

## Delivery

**Q** **What countries do you deliver your products?**

A   We deliver to USA only.

**Q** **How long does the delivery take?**

A   Delivery takes 10-18 days.

**Q** **What are your delivery rates?**

A   Delivery rate is $6.65 per 1 carton.

**Q** **Are the mailing times shown on site guaranteed?**

A   No. Air Mail delivery can be affected by mailing problems in the destination US state. But we meet mailing problems so rare that no statistics can be made out of this.

**Q** **If I place an order on Saturday, when my order will be sent?**

A   When we receive orders we guarantee to ship them in 2 working days (usually it takes not more than 36 hours). Orders placed on Thursdays are processed on Fridays and shipped on Mondays. Orders placed on Fridays, Saturdays and Public Holidays are processed on the first working day after reception and shipped on the second day. The day and time when your order was packed and shipped you'll receive by special e-mail. Please, notice that we do not ship orders within 24 hours to give you a possibility to change or update your postal address and/or the order items. In such cases you must immediately send us an e-mail with your changes . Please don't forget to quote your order number when writing about changes in your order.

**Q** **I bought twelve (6 and 6) cartons of cigarettes one week ago and I have received only one parcel of 6 cartons. Is that normal?**

A   Yes. The cartons are shipped in parcels (one parcel contains not more than 6 cartons for King Size and 8 cartons for Slims) within 2 days but in rare cases they reach destination together. The time between the first and the last parcel delivery is in average 5 to 10 days for the United States.

**Q** **Do you deliver by any couriers? (e.g.: DHL, UPS, TNT, etc.)**

A   No. We work with the European AirMail only.

**Q** **Can I track my order?**

A   No, as the parcels are sent by AirMail there are no trackings.

**[top]**

## Legality

**Q** **Is it legal to resell cigarettes ordered from Cigarettes 4 Smokes .com ?**

A  No. This is against the law in any country of the world.

**[top]**

**Q** **Is it illegal to order a large quantity of cigarettes, for example, 50 cartons?**

A    The quantity of cigarettes that can be purchased at Cigarettes4Smokes.com is left to the discretion of customers who must be aware of the laws in force in their country and the sanctions they may incur if their intention is to resell cheap cigarettes. It is the responsibility of the Buyer to ascertain and comply with the laws relating to the purchase and use of any tobacco goods. In order to determine the applicable limits on purchases or taxing responsibilities, if any, imposed by your particular state, the consumer may want to contact their state authorities.

**[top]**

## Customs

**Q**    **Do you guarantee that no duty will be paid worldwide?**

A   We cannot guarantee that no tax will be paid worldwide because some countries may occasionally apply the international postal regulations and standards. In the USA, parcels containing 200 cigarettes are exempted from taxes.

**[top]**

## Guarantee

**Q** **Will I get my money back or have the goods replaced if the parcel is lost, stolen or damaged?**

A    Cigarettes4Smokes.com offers a 100% money back guarantee covering the price of the cigarettes and shipping costs if, for any reason, the purchase is not deemed satisfactory.

**Q** **Can I withdraw the order placed with your online store?**

A   You can withdraw your order within 24 hours of its placement.

**[top]**

## Non-disclosure

**Q** **Does Cigarettes4Smokes.com use personal data of customers (mailing address, e-mail address, etc.) for advertising campaigns or other promotional activities?**

A    We do not sell or rent your personal information to others. The information provided to us as a result of your online purchase, such as your name, E-mail address, phone number(s) and point of delivery or forwarding address are only used for shipping.

**Q** **Does Cigarettes4Smokes.com have a database containing**
**the customer's credit card details?**

A    No. Your personal information will be encrypted and transmitted via secure communications to be processed solely by our authorized online retailer.

[top]

**Q** **Does Cigarettes4Smokes.com store information on who**
**bought cigarettes online on files?**

A    No, we don't store this information.

## Payments

**Q** **What payment methods do you accept?**

A    We accept Credit Cards (Visa only) and eChecks.

**Q** **Can I pay by postal order or money order?**

A    No. Unfortunately we accept credit cards and eChecks only.

**Q** **Can I place an order by telephone or Fax?**

A    No. You can place your order online only.

**Q** **How to pay by check?**

A    Payment by check is a processing service that allows customers to pay for cigarettes over the Internet by check without the need to mail a check. To pay by check please follow the below steps: Get your checkbook. Pull out the next valid check. Copy all information from that check to the last checkout form. Press the "Complete Purchase" button on the last checkout form and wait for the confirmation screen. Write void on your check and keep it with your printed receipt. Make sure to record an entry in your check register for the amount of this check and the check number. You will see this transaction in your monthly bank statement soon.

**Q** **What is your Chargeback policy?**

A    We will not tolerate credit card chargebacks and any customer attempting or threatening to do this will be immediately barred from making any future purchases on this website as well as having their card blacklisted among processors. If there is a problem we will always seek a solution resulting in either a refund or a reship in line with our structured reship and refund procedure.

**[top]**

Copyright 2003, http://www.cigarettes4smokes.com/ - All Rights Reserved Cigarettes online
**contacts**: info@cigarettes4smokes.com

9/12/2007 9:24 PM

$12.30 for Marlboro cigarettes. Cheap marlboro cigarette online.

Case 1:07-cv-08135-DAB    Document 1-4    Filed 09/17/2007    Page 51 of 53

http://www.cigarettes4smokes.com/marlboro_cigarettes.htm





$12.30 for Marlboro cigarettes. Cheap marlboro cigarette online

Case 1:07-cv-08135-DAB    Document 1-4    Filed 09/17/2007    Page 52 of 53

http://...cigarettes4smokes.com/marlboro_cigarettes.htm

- 555
- Alliance
- Bond
- Boss
- Camel
- Chesterfield
- Dallas
- Davidoff
- Delta
- Dunhill
- Epique
- Esse
- Gauloises
- Gitanes
- Karelia
- Kent
- L & M
- Lucky Strike
- Magna
- Marlboro
- Mild Seven
- Monte Carlo
- More
- Muratti
- Next
- Pall Mall
- Parliament
- President
- R 1
- Rothmans
- Salem
- Sobranie
- Style
- Viceroy
- Virginia
- Vogue
- West
- Winston

Information

All our **DISCOUNT MARLBORO** are delivered fresh to your door.
Buy cheap discount Marlboro cigarettes online at Cigarettes 4 Smokes
.com

**Warning:** Cigarettes smoking is hazardous for your health.
You must be 18 years of age or older to buy cigarettes online.

Copyright 2003, http://www.cigarettes4smokes.com/ - All Rights Reserved Cigarettes online
**contacts**: info@cigarettes4smokes.com

9/12/2007 9:25 PM

- Gallery of famous smokers
- Effects of smoking
- History of cigarettes
- What is in cigarettes

**partners**