Robert Buehler (RB 1458)
Jennifer L. Larson (JL 8114)
HELLER EHRMAN LLP
Times Square Tower
7 Times Square
New York, NY 10036
(212) 832-8300 Telephone
(212) 763-7600 Fax

(additional counsel listed on signature page)

*Attorneys for Plaintiff Philip Morris USA Inc.*

07 CIV 8135

JUDGE BATTS



SEP 17 2007
U.S.D.C. S.D. N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PHILIP MORRIS USA INC.,

                Plaintiff,

v.

CIGMALL, DMITRIY SUVOROV, DIANA BEZEDE, EMIL BERNIKOVISH, TKACHENKO T.A., OLEG DEROMCUK, CIGMALL LTD., ADERMAN OOO, ADAM ADAMOVICHENKO, CHERENZOV A.A., CINTEK UK LTD., BORIS CERNISHEV, DAVID BUHERMAN, SHYNCHUKOVSKIY I.A., EMIOL LTD., OLEG EMILEVICI, E-TRADING (UK) LIMITED and MIKE VERTIKS,

                Defendants.

Case No.:

ECF CASE

RULE 7.1 DISCLOSURE STATEMENT OF PLAINTIFF PHILIP MORRIS USA INC.

---

Plaintiff Philip Morris USA Inc. submits this Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure Rule 7.1. To enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Philip Morris USA Inc. (a private non-governmental party) provides and certifies the following information:

Philip Morris USA Inc. is a corporation incorporated under the laws of the Commonwealth of Virginia. Philip Morris USA Inc. is a wholly-owned subsidiary of Altria Group, Inc.

Altria Group, Inc. is publicly traded on the New York Stock Exchange, under the stock trading symbol MO. All of the issued and outstanding shares of Philip Morris USA Inc. are owned by Altria Group, Inc.

Dated: New York, New York
September 17, 2007

          Respectfully submitted,

          HELLER EHRMAN LLP

          By: _____

          Robert Buehler (RB 1458)
          Jennifer L. Larson (JL 8114)
          Times Square Tower
          7 Times Square
          New York, NY 10036
          (212) 832-8300 Telephone
          (212) 763-7600 Fax

          Kenneth L. Chernof
          HELLER EHRMAN LLP
          1717 Rhode Island Avenue, NW
          Washington, D.C. 20036
          (202) 912-2199 Telephone
          (202) 912-2020 Fax

          Warren J. Rheaume
          HELLER EHRMAN LLP
          701 Fifth Avenue
          Suite 6100
          Seattle, WA 98104
          (206) 389-4226 Telephone
          (206) 447-0849 Fax

-and-

Naomi B. Spector
HELLER EHRMAN LLP
4350 La Jolla Village Drive
7th Floor
San Diego, CA 92122
(858) 450-5744 Telephone
(858) 587-5944 Fax

*Attorneys for Plaintiff Philip Morris USA Inc.*