COURTESY COPY

Robert B. Buehler (RB 1458)
Jennifer L. Larson (JL 8114)
HELLER EHRMAN LLP
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 832-8300
Facsimile: (212) 763-7600

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/2008

(additional counsel listed on signature page)

*Attorneys for Plaintiff Philip Morris USA Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILIP MORRIS USA INC.,<br><br>                         Plaintiff,<br><br>        v.<br><br>CIGMALL, DMITRIY SUVOROV, DIANA BEZEDE, EMIL BERNIKOVISH, TKACHENKO T.A., OLEG DEROMCUK, CIGMALL LTD., ADERMAN OOO, ADAM ADAMOVICHENKO, CHERENZOV A.A., CINTEK UK LTD., BORIS CERNISHEV, DAVID BUHERMAN, SHYNCHUKOVSKIY I.A., EMI01 LTD., OLEG EMILEVICI, E-TRADING (UK) LIMITED and MIKE VERTIKS,<br><br>                         Defendants. | Case No.: 07 Civ. 8135 (DAB)<br><br>**ECF CASE** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff Philip Morris USA Inc. voluntarily dismisses the above-captioned action without prejudice. Philip Morris USA Inc. further states that none of the Defendants have served an answer or a motion for summary judgment.

Dated: New York, New York
February 4, 2008

    Respectfully submitted,

By:    s/Jennifer L. Larson
    Jennifer L. Larson (JL 8114)
    HELLER EHRMAN LLP
    Times Square Tower
    7 Times Square
    New York, NY 10036
    Telephone: (212) 832-8300
    Facsimile: (212) 763-7600

    Kenneth L. Chernof
    HELLER EHRMAN LLP
    1717 Rhode Island Avenue, N.W.
    Washington, D.C. 20036
    Telephone: (202) 912-2199
    Facsimile: (202) 912-2020

    Warren J. Rheaume
    HELLER EHRMAN LLP
    701 Fifth Avenue, Suite 6100
    Seattle, WA 98104
    Telephone: (206) 389-4226
    Facsimile: (206) 447-0849

    -and-

    Naomi B. Spector
    HELLER EHRMAN LLP
    4350 La Jolla Village Drive
    7th Floor
    San Diego, CA 92122
    Telephone: (858) 450-5744
    Facsimile: (858) 587-5944

*Attorneys for Plaintiff Philip Morris USA Inc.*

**SO ORDERED**

*Deborah A. Batts* 2/14/08
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

2